FILED by \_\_\_MC\_\_\_ D.C.

Jun 8, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-80101-CR-CANNON/REINHART
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The Special Counsel's Office has applied to this Court for an Order sealing the Indictment, judicial summonses, related paperwork, and this Order. For good cause shown, as set forth in the Special Counsel Office's application:

**IT IS HEREBY ORDERED** that the Indictment, judicial summonses, related paperwork, and this Order shall be filed under seal until the initial appearance of the first defendant or until further order of this Court, except that the Special Counsel's Office is authorized to make limited disclosure of the fact that the Grand Jury has returned an Indictment and that there will be an initial court appearance on June 13, 2023, as follows:

1. To attorneys for Trump and Nauta to effectuate service of the judicial summonses, make arrangements for their court appearances and booking, discuss court procedures and scheduling, and make arrangements for producing discovery;

2. To local and federal law enforcement and other government agencies for the purposes of ensuring witness security, the integrity of the judicial proceedings, national security, and public order, as well as to make logistical preparations for the defendants' court appearances and booking;

3. To witnesses and their attorneys to protect against harassment and intimidation;

4. To the United States District Court of the District of Columbia, under seal, in relation to grand jury and sealed matters in that jurisdiction; and

5. As necessary to advance the law enforcement and security purposes and equities set forth above.

**DONE AND ORDERED** in chambers at Miami, Florida, this \_\_\_\_ day of June, 2023.

_____
HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE