UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80101-CR-CANNON/REINHART

IN RE: SEALED INDICTMENT

_____/

## MOTION TO UNSEAL

The Special Counsel, by and through the undersigned Assistant Special Counsel, moves to unseal the Indictment and docket in this case. The conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest.

Respectfully submitted,

JACK SMITH
SPECIAL COUNSEL

BY:  s/Karen E. Gilbert
Karen E. Gilbert
Assistant Special Counsel
Florida Bar No. 771007
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80101-CR-CANNON/REINHART**

IN RE: SEALED INDICTMENT

_____/

**ORDER TO UNSEAL**

The Special Counsel, having applied to this Court for an Order unsealing the Indictment and the docket in this case, for the reason that conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment and docket in this case shall be unsealed.

**DONE AND ORDERED** in chambers at Miami, Florida, this 9th day of June 2023.

_____
HON. EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE