# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

Wilkie D. Ferguson, Jr. Courthouse - Courtroom 13-3     Date: 6/13/23     Time 3:00 p.m.

| | |
|---|---|
| **Defendant:** 1) DONALD J. TRUMP | **J#:** Summons    **Case #:** 23-80101-CR-CANNON |
| **AUSA:** David Harbach, Jay Bratt, & Julie Edelstein | **Attorney:** Todd Blanche (Pro hac vice) & Christopher Kise (PERM) |
| **Violation:** Willful Retention of Natl Defense Info, Consp to Obstruct Justice, Withholding a Document or Record | **Surr:** 6/13/23    **YOB:** 1946 |
| **Proceeding:** Initial Appearance/ Arraignment | **CJA Appt:** |
| **Bond/PTD Held:** ☐ Yes  ☐ No | **Recommended Bond:** |
| **Bond Set at:** STIP-Personal Recognizance Release | **Co-signed by:** |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**
Brady Order given. Defense Counsel stated in open court that they will be filing a permanent appearance in the case. **Defendant Arraigned.** Reading of Indictment Waived. Not Guilty plea entered. Jury Trial demanded. Standing Discovery Order requested. Both sides stipulate to a Personal Recognizance Release- Standard Conditions of the Bond 1 & 5 imposed. Special Condition: Fact witnesses on the list provided by the Government – No Communication about the facts of the case, except through counsel.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

**Stephanie McCarn, Court Reporter**         Time in Court: **35 mins.**

s/Jonathan Goodman                                            **Magistrate Judge**