# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-80101-CR-CANNON-REINHART

**UNITED STATES OF AMERICA**

**v.**

**DONALD J. TRUMP and**
**WALTINE NAUTA,**

**Defendants.**

_____/

### GOVERNMENT'S RULE 16 MOTION FOR PROTECTIVE
### ORDER LIMITING DISCLOSURE OF DISCOVERY INFORMATION

The government respectfully moves pursuant to Fed. R. Crim. P. 16(d)(1) for entry of a proposed Protective Order to govern discovery in this case. The government has conferred with counsel for Defendant Donald J. Trump and Defendant Waltine Nauta, who have no objections to this motion or the protective order.[1]

On June 8, 2023, a grand jury in this district returned a 38-count indictment charging Defendant Trump and Defendant Nauta. Defendant Trump is charged with unlawfully retaining national defense information in violation of 18 U.S.C. § 793(e) (Counts 1-31). Defendants Trump and Nauta are charged jointly with conspiring to obstruct justice in violation of 18 U.S.C. §1512(k) (Count 32), obstructing justice in violation of 18 U.S.C. §§ 1512(b)(2)(A), and (c)(1) (Counts 33 and 34), concealing a document in a federal investigation in violation of 18 U.S.C. § 1519 (Count 35), and a false statements concealment scheme in violation of 18 U.S.C. §1001(a)(1) (Count 36). Defendants Trump and Nauta are each charged with making false statements in violation of 18 U.S.C. §1001(a)(2) (Counts 37 and 38, respectively).

---

[1]  Counsel for Defendant Nauta, Stanley Woodward, has not yet been admitted *pro hac vice* and entered an appearance, but the government conferred with him on the protective order and is providing him with a copy of this motion and proposed order.

1

The government is ready to provide unclassified discovery to the defense. The discovery materials include sensitive and confidential information, including the following: personal identifiable information covered by Rule 49.1 of the Federal Rules of Criminal Procedure; information that reveals sensitive but unclassified investigative techniques; non-public information relating to potential witnesses and other third parties (including grand jury transcripts and exhibits and recordings of witness interviews); financial information of third parties; third-party location information; and personal information contained on electronic devices and accounts. The materials also include information pertaining to ongoing investigations, the disclosure of which could compromise those investigations and identify uncharged individuals.

As a result, the government proposes protections against the dissemination of discovery materials and the sensitive information that they contain. Accompanying this motion is a proposed Protective Order that will protect against unauthorized disclosure of sensitive information, while allowing the defense to use the materials in preparation of their defense.

For the foregoing reasons, the government respectfully requests that this Court enter a Rule 16(d)(1) protective order limiting the disclosure of discovery materials.

Respectfully submitted,

JACK L. SMITH
SPECIAL COUNSEL


By:     */s/ Jay I. Bratt*
        Jay I. Bratt
        Counselor to the Special Counsel
        Special Bar ID #A5502946
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530

Julie A. Edelstein
Senior Assistant Special Counsel
Special Bar ID #A5502949

David V. Harbach
Assistant Special Counsel
Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.

/s/ *Jay I. Bratt*
Jay I. Bratt
Counselor to the Special Counsel