UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

      v.                                          Case No.: 23-cr-80101-AMC

DONALD J. TRUMP, et al.,

    Defendants.
_____/

**CERTIFICATION OF CHAD R. BOWMAN**

Chad R. Bowman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the District of Columbia and of Maryland; and am admitted to practice before the U.S. Supreme Court; the U.S. Courts of Appeal for the Second, Fourth, Seventh, Eighth, Ninth and D.C. Circuits; and the U.S. District Courts for the District of Columbia, the Northern District of Illinois, Maryland and the Western District of Michigan; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                        Chad R. Bowman