UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.
_____/

## NOTICE OF COMPLIANCE

    Christopher M. Kise of the law firm Continental PLLC and Todd Blanche of the Blanche Law Firm (collectively "Counsel") file this Notice of Compliance pursuant to the Court's Paperless Order entered July 6, 2023 (the "Order"), which requires "all attorneys of record [to] complete all outstanding applicant tasks required to obtain the requisite security clearances in this matter" by July 13, 2023.  (ECF No. 57).

    This Notice is to certify that Counsel has completed all outstanding applicant tasks required to obtain the requisite security clearances in this matter with one exception.  Mr. Kise is coordinating with the Litigation Security Group of the United States Department of Justice and has arranged for his fingerprints to be submitted in West Palm Beach on Monday, July 17, 2023.

| | |
|---|---|
| Date: July 13, 2023 | Respectfully submitted, |
| *s/ Todd Blanche* | *s/ Christopher M. Kise* |
| Todd Blanche | Christopher M. Kise |
| Admitted Pro Hac Vice | Florida Bar No. 855545 |
| toddblanche@blanchelaw.com | ckise@continentalpllc.com |
| BLANCHE LAW FIRM | CONTINENTAL PLLC |
| 99 Wall Street, Suite 4460 | 255 Alhambra Circle, Suite 640 |
| New York, New York, 10005 | Coral Gables, Florida, 33134 |
| (212) 716-1250 | (305) 677-2707 |
| *Counsel for President Donald J. Trump* | *Counsel for President Donald J. Trump* |

CONTINENTAL PLLC
Miami – Tallahassee – Washington D.C.