## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO.　23-80101-CR-CANNON

v.

**DONALD J. TRUMP**

_____
Defendant

### WAIVER OF APPEARANCE FOR ARRAIGNMENT

I _____ Donald J. Trump _____ am charged by indictment with an offense or offenses under the United States Code.

I have received a copy of the indictment and the plea is **NOT GUILTY** to the charged offense(s).

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

**Aug 4/23**
**Date**

**4 AUG 2023**
**Date**

Defendant　　　(*Original Signature*)

Counsel for Defendant　(*Signature*)

☐ Waiver Approved
☐ Waiver Denied

_____
**Date**

**Judicial Officer**　　(*Signature*)