**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

**UNITED STATES OF AMERICA**,

        Plaintiff,

**v.**

**DONALD J. TRUMP,
WALTINE NAUTA,** and
**CARLOS DE OLIVEIRA,**

        Defendants.

_____/

**SEALED ORDER GRANTING MOTION TO EXTEND TIME**

**THIS CAUSE** comes before the Court upon Defendant Waltine Nauta's Motion to Extend Time (the "Motion") [ECF No. 117], filed on August 14, 2023. Defendant Nauta seeks permission to file his response to the Court's Sealed Order Requiring Sealed Written Submissions [ECF No. 101] one business day late [ECF No. 117 p. 3]. Defendant Nauta simultaneously filed his Brief for the Court [ECF No. 118] under seal.

Upon review, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant Waltine Nauta's Motion to Extend Time [ECF No. 117] is **GRANTED**.

2. Defendant Nauta's Brief for the Court [ECF No. 118] is considered timely filed.

3. **This Order shall be filed under seal.**

CASE NO. 23-80101-CR-CANNON

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 14th day of August 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record