UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## NOTICE OF APPEARANCE

    The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                            Respectfully submitted,

                            JACK SMITH
                            Special Counsel

        By:    */s/ Brett C. Reynolds*_____
                   Brett C. Reynolds
                   Assistant Special Counsel
                   Special Bar ID #A5503067
                   950 Pennsylvania Avenue, N.W.
                   Washington, D.C. 20530

September 14, 2023

## CERTIFICATE OF SERVICE

I certify that on September 14, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Brett C. Reynolds
Brett C. Reynolds