UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it filed the Government's Notice Pursuant to Section 10 of the Classified Information Procedures Act under seal with the Court by delivering it to the Classified Information Security Officer. The cover sheet for the Notice is attached hereto.

    Respectfully submitted,

    JACK SMITH
    Special Counsel

By:    */s/ Brett C. Reynolds*
    Brett C. Reynolds, Assistant Special Counsel
    Special Bar ID #A5503067
    Jay I. Bratt, Counselor to the Special Counsel
    Julie A. Edelstein, Senior Assistant Special Counsel
    David V. Harbach, II, Assistant Special Counsel
    David Raskin, Assistant Special Counsel
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

September 14, 2023

## **CERTIFICATE OF SERVICE**

I certify that on September 14, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Brett C. Reynolds*
Brett C. Reynolds
