**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 23-cr-80101-AMC |
| DONALD J. TRUMP, et al. | |
| Defendants. | |

**NOTICE OF PRESS COALITION'S ATTORNEY APPEARANCE**
**FOR OCTOBER 12, 2023 HEARING**

Pursuant to D.E. 177 Order from the Court, Rachel E. Fugate of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Intervenors, Press Coalition, for the October 12, 2023 hearing.

Dated: October 11, 2023.

Respectfully Submitted,

**SHULLMAN FUGATE PLLC**

**Rachel E. Fugate**
Rachel E. Fugate, Esq.
Florida Bar No. 144029
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel: (813) 935-5098
rfugate@shullmanfugate.com

*Attorney for Press Coalition*