UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          *EX PARTE*

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## SEALING ORDER

The Government, having applied to this Court for an Order sealing the Motion to Seal and *Ex Parte* Motion to Exceed Page Limits, and this order and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Motion to Seal, the *Ex Parte* Motion to Exceed Page Limits, and this Order shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this _____ day of November 2023.

                                                                                _____
                                                                                AILEEN M. CANNON
                                                                                UNITED STATES DISTRICT JUDGE