UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

v.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## NOTICE OF FILING

The Government hereby gives notice that it filed three *Ex Parte, In Camera*, Under Seal Motions for an Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1)—one for each of the three defendants—under seal with the Court by delivering them to the Classified Information Security Officer ("CISO") on December 6, 2023. Unclassified cover sheets for the three motions are attached hereto.

                                               Respectfully submitted,

                                               JACK SMITH
                                               Special Counsel

By:    */s/ Julie A. Edelstein*
        Jay I. Bratt, Counselor to the Special Counsel
        Julie A. Edelstein, Senior Assistant Special Counsel
        David V. Harbach, II, Assistant Special Counsel
        David Raskin, Assistant Special Counsel
        Brett C. Reynolds, Assistant Special Counsel
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530

December 6, 2023

**CERTIFICATE OF SERVICE**

      I certify that on December 6, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                            */s/ Julie A. Edelstein*
                                            Julie A. Edelstein