Classified Information Security Officer
CISO _____ [signature]
Date _____ 12/6/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Filed *Ex Parte, In Camera and* |
| ) | **Under Seal with the Classified** |
| DONALD J. TRUMP, ) | **Information Security Officer** |
| WALTINE NAUTA, and ) | |
| CARLOS DE OLIVEIRA, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED R. CRIM. P. 16(d)(1) WITH RESPECT TO DEFENDANT NAUTA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

Filed with the Classified
Information Security Officer
CISO _____
Date _____12/6/23_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Filed *Ex Parte, In Camera* and |
| ) | Under Seal with the Classified |
| DONALD J. TRUMP, ) | Information Security Officer |
| WALTINE NAUTA, and ) | |
| CARLOS DE OLIVEIRA, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA,* UNDER SEAL MOTION FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED R. CRIM. P. 16(d)(1) WITH RESPECT TO DEFENDANT DE OLIVEIRA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

Filed with the Classified
Information Security Officer
CISO _____
Date 12/6/23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Filed *Ex Parte, In Camera* and |
| ) | Under Seal with the Classified |
| DONALD J. TRUMP, ) | Information Security Officer |
| WALTINE NAUTA, and ) | |
| CARLOS DE OLIVEIRA, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED R. CRIM. P. 16(d)(1) WITH RESPECT TO DEFENDANT TRUMP**