UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,
                                                               /
            Defendants.

## CONSENT MOTION TO ALLOW ELECTRONIC DEVICES

Defendants Donald J. Trump and Waltine Nauta, by and through the undersigned counsel, and pursuant to the Administrative Order 2018-79 *in re Cellular Phone and Electronic Equipment Usage in the Courthouse*, issued by the Chief Judge of the United States District Court for the Southern District of Florida on October 17, 2018 (the "Administrative Order"), respectfully moves this Court for a written request to the U.S. Marshal's Service (with a copy to counsel of record) to permit Brand Woodward Law, LP's law clerk and Blanche Law PLLC's legal analyst[1] to bring electronic equipment into the U.S. Courthouses in this Southern District of Florida (the "courthouses") located at the addresses listed below:

1. Wilkie D. Ferguson, Jr. U.S. Courthouse
   400 North Miami Avenue
   Miami, FL 33128;

2. C. Clyde Atkins U.S Courthouse
   301 North Miami Avenue
   Miami, FL 33128;

---

[1] Defense counsel will provide the names of Brand Woodward's law clerk and Blanche Law's legal analyst to the Court directly.

3. Paul G. Rogers Federal Building and U.S. Courthouse
   701 Clematis Street, Room 202
   West Palm Beach, FL 33401; and

4. Alto Lee Adams, Sr. U.S. Courthouse
   101 South U.S. Highway 1, Room #1016
   Ft. Pierce, FL 34950.

Under the Administrative Order,

> [a]ll electronic devices including but not limited to Cellular Phones … [and] … Laptop Computers … are prohibited from being brought into any federal courthouse facility within the Southern District of Florida with the following exceptions…. A written request signed by a judge or other designated authority, forwarded to the United States Marshal for verification, allowing a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time….

Both Brand Woodward's law clerk and Blanche Law's legal analyst assist defense counsel in the present proceedings. The purpose of allowing Brand Woodward's law clerk and Blanche Law's legal analyst in bringing electronic devices is to enable and facilitate communications between defense counsel of record through cellular telephone and email communications via firm laptop whilst present within these courthouses.

Should the Court grant the instant motion, defense counsel requests that the effective date of this request be the date upon which this Motion is granted until this matter is concluded.

[SIGNATURE BLOCK NEXT PAGE]

Dated: January 3, 2024                                  Respectfully submitted,

  *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

  *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fl. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida  34950
772-579-2771 (telephone)
772-264-5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

  *s/ Todd Blanche*
Todd Blanche (*pro hac vice*)
Emil Bove (*pro hac vice*)
toddblanche@blanchelaw.com
emil.bove@blanchelaw.com
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, New York 10005
212.716.1250

  *s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
305.677.2707

*Counsel for President Donald J. Trump*

**Certificate of Conferral**

Pursuant to Local Rule 88.9 of the Local Rules for the United States District Court of the Southern District of Florida, defense counsel has conferred with counsel for the Special Counsel's Office whom advise that they consent to the relief sought in the instant motion.

Respectfully submitted,

_s/ Stanley E. Woodward, Jr._
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

_s/ Sasha Dadan_
Sasha Dadan, Esq. (Fl. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida  34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically submitted the foregoing, via electronic mail, to counsel of record.

Respectfully submitted,

*s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com


*s/ Sasha Dadan*
Sasha Dadan, Esq. (Fl. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida  34950
772-579-2771 (telephone)
772-264-5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*