# EXHIBIT 1

Filed with Classified
Information Security Officer

CISO _____
Date 01/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.

Case No. 23-80101-CR
CANNON/REINHART

**(U) CLASSIFIED SUPPLEMENT TO DEFENDANTS'
JANUARY 16, 2024 MOTIONS TO COMPEL DISCOVERY**