# EXHIBIT 1

Filed with Classified
Information Security Officer

CISO _[signature]_

Date  01/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.

Case No. 23-80101-CR
CANNON/REINHART

**President Donald J. Trump's Challenge To The Prosecution's CIPA § 4 Motion**