Received by the Classified
Information Security Officer
CISO _____
Date _1/26/24_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA          )
                                  )
              v.                  )
                                  )        Filed Under Seal with the Classified
                                  )        Information Security Officer
DONALD J. TRUMP,                  )
WALTINE NAUTA, and                )
CARLOS DE OLIVEIRA,               )
                                  )
                                  )
              Defendants.         )

GOVERNMENT'S RESPONSE TO TRUMP'S CHALLENGE TO THE
GOVERNMENT'S CIPA SECTION 4 MOTION