Filed with Classified
Information Security Officer

CISO [signature] Judge Campbell
Date 2/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,  )
)
)
v.  )   Filed with the Classified
)   Information Security Officer
DONALD J. TRUMP,  )
WALTINE NAUTA, and  )
CARLOS DE OLIVEIRA,  )
)
    Defendants.  )

**GOVERNMENT'S OPPOSITION TO THE
CLASSIFIED SUPPLEMENT TO DEFENDANT
DONALD J. TRUMP'S MOTION TO COMPEL DISCOVERY**