Filed with Classified Information Security Officer

CISO _____

Date 02/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, )<br>WALTINE NAUTA, and )<br>CARLOS DE OLIVEIRA, )<br>)<br>)<br>Defendants. ) | Filed *Ex Parte*, *In Camera*, and Under Seal with the Classified Information Security Officer |

**GOVERNMENT'S CLASSIFIED *EX PARTE*, *IN CAMERA*, UNDER SEAL SUPPLEMENT TO MOTIONS FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**