**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON(s)**

**UNITED STATES OF AMERICA**,

**v.**

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## NOTICE OF FILING

In accordance with this Court's February 27, 2024 Order Granting Special Counsel's CIPA § 4 Motions As To Defendants Nauta and De Oliveira (ECF No. 340), the Government attaches to this Notice the unclassified stand-alone version of its Section 4 Motions as to Defendants Nauta and De Oliveira, previously submitted *ex parte* and under seal as an attachment to the Government's Third Classified Supplement to CIPA § 4 Motions.

Respectfully submitted,

JACK SMITH
Special Counsel

By:    */s/ Julie A. Edelstein*
       Jay I. Bratt, Counselor to the Special Counsel
       Julie A. Edelstein, Senior Assistant Special Counsel
       David V. Harbach, II, Assistant Special Counsel
       David Raskin, Assistant Special Counsel
       Brett C. Reynolds, Assistant Special Counsel
       950 Pennsylvania Avenue, N.W.
       Washington, D.C.  20530

### <u>CERTIFICATE OF SERVICE</u>

I certify that on February 23, 2024, I electronically filed the foregoing document with the

Clerk of Court using CM/ECF.


*/s/ Julie A. Edelstein*
Julie A. Edelstein