## Government's Proposed Schedule

| | |
|---|---|
| **Pretrial Motions Responses** | March 7, 2024 |
| **Pretrial Motions Replies** | March 14, 2024 |
| **Defense Rule 16 Expert Disclosures; Any Defense CIPA Section 5 Notice** | March 18, 2024 |
| **Hearing on Motions to Compel, if necessary** | March 20, 2024 |
| **Hearing on Pretrial Motions, if necessary; Status Conference** | April 3, 2024 |
| **Government's CIPA Section 6(a) Motion; Defense Reciprocal Discovery** | April 15, 2024 |
| **Joint Discovery Status Report** | April 22, 2024 |
| **Defense Response to CIPA Section 6(a) Motion; Government's Supplemental Rule 16 Expert Disclosures** | April 29, 2024 |
| **Deadline for the Filing of Any Motions in Limine** | May 3, 2024 |
| **Government's Reply in Support of CIPA Section 6(a) Motion** | May 6, 2024 |
| **Deadline for the Filing of Any Motions to Introduce Evidence Under Fed. R. Evid. Rule 404(b)** | May 10, 2024 |
| **CIPA Section 6(a) Hearing** | May 13-14, 2024 |
| **Status Conference** | May 15, 2024 |
| **Responses to Motions in Limine** | May 17, 2024 |
| **Responses to Rule 404(b) Motions; Replies in Support of Motions in Limine** | May 24, 2024 |
| **Replies in Support of Rule 404(b) Motions** | May 31, 2004 |
| **Hearing on Motions in Limine and Rule 404(b) Motions; Status Conference** | June 5, 2024 |
| **Government's CIPA Section 6(c) Motion** | June 7, 2024 |
| **Defense Response to Government's CIPA Section 6(c) Motion** | June 21, 2024 |

| | |
|---|---|
| **Government's CIPA Section 6(c) Reply** | June 25, 2024 |
| **CIPA Section 6(c) Hearing** | June 27-28, 2024 |
| **Calendar Call** | July 1, 2024 |
| **Trial** | July 8, 2024 |