UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| vs. | Case No. 23-80101-CR |
| DONALD J. TRUMP, *et al.*, | CANNON/REINHART |
| Defendants. | |

### PRESIDENT TRUMP'S NOTICE OF SCHEDULING CHANGE

President Donald J. Trump respectfully submits this Notice regarding a change in schedule in *People v. Trump*, Indictment No. 71543-2023 (Supreme Court N.Y. Cnty.), which may impact the Court's consideration of the proposed schedules set forth at ECF Nos. 356 and 357.

On March 15, 2024, pursuant to the letter attached hereto as Exhibit 1, the judge presiding over *People v. Trump* preliminarily adjourned the start of jury selection from March 25 until April 15, 2024. The judge scheduled a hearing on March 25, 2024 relating to President Trump's motion to dismiss the Indictment, and for other sanctions based on the prosecution's ongoing discovery violations, after which the judge plans to "set the new trial date, if necessary . . . ." Ex. 1 at 2. Further, the judge noted that "[t]his Court's directive that the parties, including the Defendant, not engage or otherwise enter into any commitment pending completion of this trial remains in effect." *Id.* at 2-3.

President Trump will apprise the Court of the outcome of the hearing and any further scheduling changes.

Dated: March 18, 2024

Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*