Filed with Classified
Information Security Office

CISO _Dmm_
Date _03/19/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

**SEALED *EX PARTE* ORDER GRANTING IN PART AND RESERVING RULING ON PART OF SPECIAL COUNSEL'S CIPA § 4 MOTION AS TO DEFENDANT TRUMP**