# SASSO & SASSO, P.A.
## ATTORNEYS AT LAW

MICHAEL A. SASSO
MICHAEL C. SASSO *
DAVID F. TEGELER * °
KEVIN T. MCGAVOCK
CHRISTIAN BONTA

B. KATHLEEN DEVORE •
WENDY E. GORY •

• FLORIDA REGISTERED PARALEGAL


CERTIFIED
The Florida Bar
CONSTRUCTION LAW

1031 WEST MORSE BOULEVARD
SEACOAST BANK BUILDING, SUITE 120
WINTER PARK, FLORIDA 32789

(407) 644-7161 TELEPHONE
(407) 629-6727 FACSIMILE
MSASSO@SASSO-LAW.COM

* BOARD CERTIFIED IN CONSTRUCTION LAW

° REGISTERED ARCHITECT

March 18, 2024

DATE: 3/19/2024
TIME: 12:34 AM/PM
INITALS: AMB
PS #: 15-08

*Via Courier Service*
U.S. District Judge Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1, Room 1016
Ft. Pierce, FL 34950

Re:  *United States of America v. Donald J. Trump, et al.*,
Case No.: 9:23-CR-80101-AMC (S.D. Fla.)
Motion for Leave to File Brief of Professor Seth Barrett Tillman and Landmark Legal Foundation as *Amici Curiae* in Support of Defendant Trump's Motion to Dismiss the Indictment (ECF No. 326)

Dear Judge Cannon:

This law firm represents Professor Seth Barrett Tillman and Landmark Legal Foundation with respect to its motion for leave to file a brief as *amici curiae* in the case styled, *United States of America v. Donald J. Trump, et al.*, Case No.: 9:23-CR-80101-AMC. Counsel attempted to file this brief on March 13, 2024, but due to technical difficulties, were not able to. On that day, the Clerk's Office advised us to wait for further guidance. On March 18, 2024, the Clerk's Office advised us to send hard copies of the filings to the Court, which we do so now by courier service.

Enclosed for the Court's review are the following documents, in hard copy as well as electronically saved to a USB drive, which we have already served on counsel on March 13, 2024:

1. Motion for Leave to File Brief of Professor Seth Barrett Tillman and Landmark Legal Foundation as *Amici Curiae* in Support of Defendant Trump's Motion to Dismiss the Indictment (ECF No. 326), dated March 13, 2024 ("Motion for Leave").

2. Exhibit A to the Motion for Leave, E-Mail dated March 11, 2024 at 2:38PM between counsel.

3. Brief of Professor Seth Barrett Tillman and Landmark Legal Foundation as *Amici Curiae* in Support of Defendant Trump's Motion to Dismiss the Indictment (ECF No. 326), dated March 13, 2024.

1

4. Proposed Order granting Motion for Leave to File Brief of Professor Seth Barrett Tillman and Landmark Legal Foundation as *Amici Curiae* in Support of Defendant Trump's Motion to Dismiss the Indictment (ECF No. 326).

Counsel for President Donald J. Trump consents to the filing of the Brief. Counsel for the United States of America took no position on the filing of the Brief. Counsel for Carlos De Oliveira has no opposition to the filing of the motion. The Undesigned counsel made a reasonable effort to confer with counsel for Waltine Nauta prior to filing the motion.

Respectfully submitted,

Michael A. Sasso

Enclosures as stated
cc: All Counsel of Record (*via E-Mail*)