UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

 Defendants.
_____/

## NOTICE OF SUBMISSION

 The United States of America, through its undersigned counsel, hereby gives notice that, pursuant to ECF Nos. 320 and 365, it submitted via email today to the Court and counsel for defendants a sealed Order entered by the District Court for the District of Columbia transferring to this Court, pursuant to Rule 6(e)(3)(G), resolution of public disclosure of certain pleadings and other materials arising out of a grand jury matter in the District of Columbia. In addition, the Government submitted via email to the Court and defense counsel proposed "red box" redactions to Exhibits 15-19 to defendant Trump's Motion for Relief Relating to the Mar-a-Lago Raid and Unlawful Piercing of Attorney-Client Privilege.

           Respectfully submitted,

           JACK SMITH
           Special Counsel

      By: */s/ Jay I. Bratt*
         Jay I. Bratt
         Counselor to the Special Counsel

Special Bar ID #A5502946
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Julie A. Edelstein
Senior Assistant Special Counsel
Special Bar ID #A5502949

David V. Harbach, II
Assistant Special Counsel
Special Bar ID #A5503068

2

## **CERTIFICATE OF SERVICE**

      I, Jay I. Bratt, certify that on March 25, 2024, I served the foregoing document on all parties via CM/ECF.

                                      */s/ Jay I. Bratt*_____
                                      Jay I. Bratt