**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF**
**FLORIDA WEST PALM BEACH DIVISION**

**CASE NO.: 23-80101-CR-CANNON-REINHART**

UNITED STATES OF AMERICA,

          *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

          *Defendants.*
_____/

**CERTIFICATION OF MATTHEW SELIGMAN**

Matthew Seligman, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of California (No. 288980); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days. Dated: March 29, 2024

                                                        /s/ *Matthew Seligman*
                                                        Matthew Seligman