UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

United States of America

V

9:23-cr-80101-AMC

Donald J Trump , et al

_____/

## MOTION FOR LEAVE TO FILE AN
## AMICUS CURIAE BRIEF IN SUPPORT OF THE DEFENDANTS

Jose A. Perez respectfully requests leave to file the attached proposed amicus curiae brief in support of the Defendant Donald J Trump's Motion to Dismiss the Indictment. District courts possess the inherent authority to appoint "friends of the court" to assist in their proceedings[1].

I

## AMICI CURIAE AT COMMON LAW

At Common Law Amici Curie did not have to be an Attorney[2] and were permitted to bring to the Courts' attention points of Law and Fact[3]. The amici

---

[1] Bayshore Ford Trucks Sales, Inc. v. Ford Motor Co., 471 F.3d 1233, FN 34 (11th Cir. 2006) citing *Lathrop v. Unidentified, Wrecked & Abandoned Vessel*, 817 F. Supp 953, 960 n. 10 (M.D.Fla.1993)
[2] The Amicus Curiae Brief. From Friendship to Advocacy, 72 YALE LJ. 694, 695 (1963)
[3] Ibid 694

1

curiae, were utilized at an early date to avert injustices which might otherwise have resulted from strict application of the principles of adversary proceedings[4]-

Wherefore, Mr. Perez respectfully submits that his right to proceed as Amicus Curiae, ought to be subjected to a Bruen historical tradition analysis.[5]

II

## WHENEVER THE GOVERNMENT INTERFERES WITH THE FREEDOM OF A PRESIDENTIAL CANDIDATE IT IS SIMULTANEOUSLY INTERFERING WITH THE FREEDOM OF HIS ADHERENTS

Justice Hugo Black once explained[6] that most cases before the Federal Courts involve matters that affect far more people than the immediate record Parties. What was true of this Court in the past is true of most federal courts today. At every level, "lawsuits often are not merely a private fight and will have implications on those not named as parties[7]. The amicus curiae is not a party to litigation, but participates by making suggestions and ensuring complete presentation of fact and issues[8].

---

[4] Ibid 696 citing Coxe v. Phillips, 95 Eng. Rep. 152 (K.B. 1736).
[5] *New York State Rifle & Pistol Ass'n, Inc. v. Bruen,* 597 U.S. ___, 142 S. Ct. 2111, 213 L. Ed. 2d 387 (2022).
[6] Mary- Christine Sungaila, *Effective Amicus Practice Before the United States Supreme Court: A Case Study,* 8 S. Cal. Rev. L. & Women's Stud. 187, 188 (1999).
[7] Wright & Miller, 7C Fed. Prac. & Proc. Civ. § 1901 (3d ed. 2002).
[8] Alexander v. Hall, 64 F.R.D. 152, 155 (D.S.C. 1974).; The Amicus Curiae Brief. From Friendship to Advocacy, supra at 694,

Mr. Perez will show hereinbelow that the instant case involves and/or implicates **HIS rights to vote and to election integrity**: The US Supreme Court has ruled that qualified citizens[9], like Mr. Perez, have a fundamental constitutional right to vote and to election integrity [10] and those rights are protected against federal encroachment by the First Amendment and state infringement by the Fourteenth Amendment[11].

Whenever, as here, the government arbitrarily, whimsically capriciously interferes with the freedom of a Presidential Candidate it is simultaneously interfering with the freedom of his adherents. [12]

The Right of Suffrage in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized [13].

The Eleventh Circuit has ruled that individuals have a right to a private cause of action to defend their right to vote and to election integrity[14]. The former

---

[9] Voting rights act - §10101.
[10] *Purcell v. Gonzalez*, 549 US 1, 4 (2006)
[11] Williams v Rhodes, 393 US 23, 30-31 (1974) *Burdick v. Takushi, 504 US 428*, 433, (1992); *Anderson v. Celebrezze, 460 US 780*, 787-88 (1983)
[12] Wymbs v Republican State Exec. Comm., 719 F. 2d 1072, 1084 (11th Cir-1984) citing Sweezy v New Hampshire, 354 US 234, 250-251 (1957); US v South Dakota, 636 F. 2d 241, 245 (8th Cir-1980); Bullock v. Carter, *405 US 134*, 143 (1972); Democratic Party of United States v. Wisconsin ex rel. LaFollette, 450 US 107, 122 (1981)
[13] Smith, et al v Meese, et al, 821 F. 2d 1484, 1489-90, 1494 (11th Cir-1987) citing Reynolds v Sims, 377 us 533, 554 (1964) : Griffin v Breckenridge, 403 US 88, 101-102 (1971)
[14] Schwier v Cox, 340 F. 3d 1284, 1290 (11th Cir-2003)

3

III

## CONCLUSION

For the reasons identified hereinabove, Jose A Perez, respectfully submits that the Court ought to grant his petition to proceed as Amicus Curiae..

Respectfully Submitted,

Jose A Perez
2128 William Street #273
Cape Girardeau, MO 63703
347-552-2881
theaesculapius@gmail.com

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served by emailing a copy thereof, on this ___18th___ Day of March 2024 to :

Mr. Christopher Michael Kise
201 East Park Av.
Ste 5th Floor
Tallahassee, FL 32301
chris@ckise.net

**Sasha Dadan**
Dadan Law Firm, PLLC
201 S. 2nd St.Ste 202
Fort Pierce, FL 34950
772-579-0347
sasha@dadanlawfirm.com


**Larry Donald Murrell , Jr.**
400 Executive Center Drive Suite 201
West Palm Beach, FL 33401561-686-2700
Fax: 686-4567
ldmpa@bellsouth.net


Mr. James Pearce
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
James.pearce@usdoj.gov

_____
Jose A Perez

6

## CERTIFICATE OF CONFERENCE

Pursuant to S.D. Florida L.R. 88.9(a) Mr. Perez sent an email to the Parties' counsel. At the time of editing, they had failed or refused to respond.

_____
Jose A Perez

```
JOSE PEREZ                              1 LBS         1 OF 1
(347) 552-2001                          SHP WT: 1 LBS
THE UPS STORE #6095                     DATE: 16 APR 2024
STE 107
2801 WASHINGTON RD
AUGUSTA  GA 30909-2355

SHIP  US DISTRICT CT
TO:   CLERK OF COURT
      STE 108
      299 E BROWARD BLVD

      FORT LAUDERDALE  FL 33301-1922

               FL 333 0-02

UPS GROUND
TRACKING #: 1Z 0E0 858 03 3580 5018

BILLING: P/P

REF #1: ML

                          ISH 13.00F ZZP 450 12.5V 03/2024
```


Case 9:23-cr-80101-AMC   Document 459   Entered on FLSD Docket 04/18/2024   Page 8 of 8

```
CLERK OF COURT
299 E BROWARD BLVD
STE 108
FORT LAUDERDALE FL 33301

P:BLUE   S:RIGHT   I:14E
45-4960

1Z0E0858033580  5018
SAT08485 XLE_02-1 Apr 18 06:48:30 2024
US 3331 HIPPS 24.3.1 SAT08485 XLE_02-1sL
```