# EXHIBIT B

**From:** GaryM Stern <​@nara.gov> <​@nara.gov>
**Sent time:** 06/30/2021 06:26:31 PM
**To:** Per. 47    Per. 38    Per. 33
**Cc:** Per. 21 @nara.gov>
**Subject:** Re: Need for Assistance re Presidential Records

Per. 38, Per 33, Per. 47

We have not received any update on the other two categories of records in the three weeks since Per. 47 said would get back to us soon, nor have we received the North Korean records that you located and agreed to ship to us (per Per. 21 June 17 shipping instructions to Per. 47).

The Archivist has now directed me to seek the assistance of the Department of Justice, which is the necessary recourse when we are unable to obtain the return of improperly removed government records that belong in our custody.

Please contact me as soon as possible to discuss the status and return of all of these records.

Thanks,
Gary

(cell)

Gary M. Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740
(office)
(fax)
@nara.gov



On Tue, Jun 8, 2021 at 7:42 PM Per. 47 > wrote:
Gary, as we discussed yesterday, we will work with Per. 21 on arrangements for the North Korea materials.  We are continuing to look into the other two categories of documents and will get back to you with more information soon.

Thanks,
Per. 47

**From:** GaryM Stern <​@nara.gov>
**Sent:** Wednesday, May 26, 2021 3:59 PM
**To:** Per. 47 <​>
**Cc:** Per. 21 @nara.gov>; Per. 38 <​>; Per. 33 <​>
**Subject:** Re: Need for Assistance re Presidential Records

P. 47, P. 21 will coordinate with you on arranging for transfer of the North Korea records.

Please let me know as soon as you can the status of the other records that we have raised. It is vitally important that we account for them, and any other Presidential records that may still be outside of our possession, as quickly as possible.

Thanks,
Gary

Gary M. Stern



General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740
▓▓▓▓▓ (office)
▓▓▓▓▓ (fax)
▓▓▓▓▓

On Tue, May 18, 2021 at 4:19 PM Per. 47 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Hi P. 21. The correspondence is at the Florida office.

Get Outlook for iOS

From: Per. 21 ▓▓▓▓▓▓▓▓▓▓▓▓@nara.gov>
Sent: Tuesday, May 18, 2021 4:11:00 PM
To: Per. 47 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Cc: GaryM Stern <▓▓▓▓▓▓@nara.gov>; Per. 38 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Per. 33 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Subject: Re: Need for Assistance re Presidential Records

Per. 47

Do you have this correspondence at the office in Alexandria?  If so, we can pick them up.  If not, we'll need to discuss some other options.

Per. 21

On Tue, May 18, 2021 at 3:46 PM Per. 47 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Gary,

We have the original North Korea correspondence available to send to you.  Please let me know the best arrangements to get this to you.

I'm checking on the other items and will circle back with you on those.

Thanks,
Per. 47

From: GaryM Stern <▓▓▓▓▓▓@nara.gov>
Sent: Thursday, May 6, 2021 3:16 PM
To: Per. 38 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Per. 33 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Per. 47 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Cc: ▓▓▓▓▓▓▓▓▓▓@nara.gov>
Subject: Need for Assistance re Presidential Records

P. 38, P. 33, P. 47

As the EOP continues to transfer the electronic Trump Presidential records into our custody, we have come upon several problems that we need your help in resolving.  We have already been working with P. 47 to address various issues with respect to capturing Presidential records on social media accounts; his assistance has been very helpful, although some problems remain that will likely require further follow up with you.

There are also now certain paper/textual records that we cannot account for. We therefore need your immediate assistance to ensure that NARA receives all Presidential records as required by the Presidential Records Act.

For example, the original correspondence between President Trump and North Korean Leader Kim Jong-un were not transferred to us; it is our understanding that in January 2021, just prior to the end of the Administration, the originals were put in a binder for the President, but were never returned to the Office of Records Management for transfer to NARA. It is essential that these original records be transferred to NARA as soon as possible.

Similarly, the letter that President Obama left for President Trump on his first day in office has not been transferred; since that letter was received by President Trump after his term commenced, it is a Presidential record – note that all of NARA's other Presidential Libraries maintain the original copy of similar letters, and it is necessary that this one be provided to us as well.

It is also our understanding that roughly two dozen boxes of original Presidential records were kept in the Residence of the White House over the course of President Trump's last year in office and have not been transferred to NARA, despite a determination by Per. 37 in the final days of the Administration that they need to be. I had also raised this concern with P. 47 during the final weeks.

We know things were very chaotic, as they always are in the course of a one-term transition. This is why the transfer of the Trump electronic records is still ongoing and won't be complete for several more months. But it is absolutely necessary that we obtain and account for all original Presidential records.

Please let us know as soon as you can how we can get these issues resolved.

Thanks,
Gary

_____(cell)

Gary M. Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740
_____(office)
_____(fax)
_____@nara.gov



--
Per. 21

_____
National Archives and Records Administration
700 Pennsylvania Avenue, NW
Washington, DC 20408-0001
_____(c)
_____@nara.gov

Subject to Protective Order

NSDGJS000028
USA-00383982