UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DONALD J. TRUMP,<br>WALTINE NAUTA, and<br>CARLOS DE OLIVEIRA,<br><br>Defendants. | Case No. 23-80101-CR<br>CANNON/REINHART |

## NOTICE OF UNAVAILABILITY OF COUNSEL

Please take notice that Counsel for President Donald J. Trump, Christopher M. Kise, will be unavailable from April 29, 2024 through at least May 14, 2024, due to a scheduled surgery on April 29, 2024, and the post-surgery recovery period which will restrict his ability to work and travel during that time.

Dated: April 24, 2024

Respectfully submitted,

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I, Christopher M. Kise, certify that on April 24, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise
