UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/

## NOTICE OF FILING

    The Government hereby provides notice that it filed today under seal:

(1) The materials required by the Court's paperless Order at ECF No. 502; and

(2) The Government's Third Amended Index of Names Redacted in Motion to Compel and Rule 12 Motions Litigation.

                    Respectfully submitted,

                    JACK SMITH
                    Special Counsel

By:    */s/ Jay I. Bratt*
          Jay I. Bratt
          Counselor to the Special Counsel
          Special Bar ID #A5502946
          950 Pennsylvania Avenue, N.W.
          Washington, D.C.  20530

          David V. Harbach, II
          Assistant Special Counsel
          Special Bar ID #A5503068

Julie A. Edelstein
Senior Assistant Special Counsel
Special Bar ID #A5502949

## <u>CERTIFICATE OF SERVICE</u>

I, Julie A. Edelstein, certify that on May 2, 2024, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.

*/s/ Julie A. Edelstein*
Julie A. Edelstein
