

**U.S. Department of Justice**

*United States Attorney's Office*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: ▉▉▉▉▉▉▉@usdoj.gov

---

William J. Nealon Federal Building
235 N. Washington Avenue, Suite 311
P.O. Box 309
Scranton, PA  18503-0309
(570) 348-2800
FAX (570) 348-2037/348-2830
TTY (570) 341-2077

Sylvia H. Rambo United States Courthouse
1501 N. 6th Street
Box 202
Harrisburg, PA  17102
(717) 221-4482
FAX (717) 221-4493/221-2246
TTY (717) 221-4452

Herman T. Schneebeli Federal Building
240 West Third Street, Suite 316
Williamsport, PA  17701-6465
(570) 326-1935
FAX (570) 326-7916
TTY (570) 326-9843

*Please respond to: Harrisburg*

August 14, 2023

<u>Via Federal Express</u>

Stanley Woodward
▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉

    Re:   <u>*United States v. Donald J. Trump, etl al.,*
            Case No. 23-CR-80101</u>

Mr. Woodard:

Enclosed are unfiltered and unscoped forensic reports of your client's, Walt Nauta, iPhones and iCloud accounts. Specifically, we are providing to you Cellebrite UFDR files, Human Readable Reports for the following devices and accounts:

- iPhone 12 Pro Max, ▉▉▉▉▉
  IMEI: ▉▉▉▉▉▉▉▉▉▉▉▉

- iPhone 13 Pro Max, ▉▉▉▉▉
  IMEI: ▉▉▉▉▉▉▉▉▉▉▉▉

- Apple iCloud Account: ▉▉▉▉▉▉▉▉▉▉@gmail.com; +▉▉▉▉▉▉▉

- Apple iCloud Account: ▉▉▉▉▉▉▉▉@45office.com
  DSID: ▉▉▉▉▉▉

As we discussed, I will provide you with the password in a separate communication.

Sincerely,

███████████ ____

Assistant United States Attorney