# EXHIBIT 3



P. 53 ███████ @nara.gov>

## ____: [EXTERNAL] FYI re NARA & "Trump Boxes"
1 message

**Bratt, Jay (NSD)** ███ @usdoj.gov>                     Wed, Feb 9, 2022 at 3:05 PM
To: ███ Per. 53 ███ @nara.gov>, "Amundson, Corey (CRM)" ███ @usdoj.gov>
Cc: "Stern, GaryM" ███ @nara.gov>

Thank you.  We're meeting with the FBI shortly to discuss how they want to approach getting access to the records.  I should have an update later.

Jay

**From:** ███ Per. 53 ███ @nara.gov>
**Sent:** Wednesday, February 9, 2022 3:02 PM
**To:** Amundson, Corey (CRM) ███ @usdoj.gov>; Bratt, Jay (NSD) ███ @usdoj.gov>
**Cc:** Stern, GaryM ███ @nara.gov>
**Subject:** [EXTERNAL] FYI re NARA & "Trump Boxes"

Good afternoon.  Gary and I wanted to be certain you were aware of the attached, which we just received.

Thanks,

P. 53

Subject to Protective Order  USA-00383822

# EXHIBIT 4

**From:**       John Hamilton <john.hamilton@nara.gov>
**Sent time:**  10/25/2022 11:00:17 AM
**To:**          ▓(b) (6)▓ <▓(b) (6)▓>
**Cc:**          ▓(b) (6)▓ <▓(b) (6)▓>; ▓(b) (6)▓ <▓(b) (6)▓>; ▓(b) (6)▓
                <▓(b) (6)▓>; ▓(b) (6)▓ <▓(b) (6)▓ ▓(b) (6)▓ >
**Subject:**    Re: Letter from Ranking Member Comer and Ranking Member Jordan
**Attachments:** Wall Response to 10.14.2022 Comer, Jordan Letter.docx (1).pdf

Dear ▓(b) (6)▓ ,

Please find attached a response from Acting Archivist of the US Debra Steidel Wall to the letter she received on 10-14-22 from Ranking Members Comer and Jordan.

Thank you,
John Hamilton

On Fri, Oct 14, 2022 at 7:56 AM ▓(b) (6)▓ <▓(b) (6)▓> wrote:

> Ms. Wall,
>
> Please see the attached letter from Ranking Member James Comer and Ranking Member Jim Jordan.   We appreciate your assistance and look forward to hearing from you.  Please acknowledge receipt of this letter.
>
> Thank you,
>
> ▓(b) (6)▓
>
> ▓(b) (6)▓
>
> Committee on Oversight and Reform | Ranking Member James Comer
>
> 2105 Rayburn | Washington, DC 20515 | (202) 225-5074

--
John O. Hamilton
Director of Congressional Affairs
National Archives and Records Administration
700 Pennsylvania Avenue, NW
Washington, DC 20408-0001
PH: 202-357-6832
Cell: ▓(b) (6)▓
Fax: 202-3575959



Archivist *of the*
United States

NATIONAL
ARCHIVES

October 25, 2022

The Honorable James Comer
Ranking Member
Committee on Oversight and Reform

The Honorable Jim Jordan
Ranking Member
Committee on the Judiciary
U.S. House of Representatives
Washington, DC 20515

*By Email*

Dear Ranking Members Comer and Jordan:

I write in response to your letter of October 14, 2022, in which you stated:

> The fact that NARA transmitted to DOJ a referral that launched a criminal investigation
> of the former president the same day the Democrat Chairwoman of the Committee
> inquired whether the agency had been in contact with DOJ raises serious concerns about
> whether NARA made the referral after pressure from Committee Democrats.

There was, in fact, no connection between these two actions. NARA received the 15 boxes from
President Trump on January 18, 2022, and then discovered that they contained classified national
security information. Shortly after the discovery, NARA consulted with its Office of Inspector
General (OIG), which operates independently of NARA. As DOJ has disclosed publicly in court
filings, NARA's OIG subsequently referred the matter to DOJ on February 9, 2022.

Wholly separate and distinct from the above described activities, on February 7, 2022, the
*Washington Post* published an article entitled National Archives had to retrieve Trump White
House records from Mar-a-Lago. NARA immediately began to receive numerous queries about
this article, including from the staff of the House Committee on Oversight and Reform, who
informed our staff that Chairwoman Maloney would be sending a letter. Subsequently, on
February 9, 2022, the Chairwoman sent the letter to Archivist of the United States David S.
Ferriero that is referenced in your letter. The letter did not copy the NARA OIG.

Debra Steidel Wall  ·  T: 202.357.5900  ·  F: 202.357.5901  ·  *debra.wall@nara.gov*
National Archives *and* Records Administration  ·  8601 Adelphi Road  ·  College Park, MD 20740  ·  *www.archives.gov*

15B000773

The fact that NARA's OIG sent its referral to DOJ on the same day that Chairwoman Maloney sent her letter to the Archivist is entirely coincidental. At no time and under no circumstances were NARA officials pressured or influenced by Committee Democrats or anyone else. As I emphasized in my October 7, 2022, letter to Ranking Member Comer, NARA has at all times acted professionally and without regard to any political or partisan influence with respect to this matter. Our actions were for the simple purpose of carrying out our core mission of ensuring that NARA has all Presidential records of former Presidents in our custody and control, as required by the Presidential Records Act, and our responsibilities regarding classified national security information.

You have also expressed your concern "about NARA's continued refusal to provide information about its role in the raid on the former president's home." Both I and NARA's Inspector General have already informed Ranking Member Comer that NARA played absolutely no role in, and had no prior knowledge of, the search of President Trump's Mar-a-Lago residence.

We have also explained that DOJ has requested that NARA not share or otherwise disclose to others information related to NARA's recovery of the 15 boxes at this time in order to protect the integrity of DOJ's ongoing work. I have given this same message to Chairwoman Maloney. For this reason, we continue to recommend that you consult directly with DOJ about this issue.

Sincerely,

Debra Steidel Wall

Debra Steidel Wall
Acting Archivist of the United States

cc:    The Honorable Carolyn B. Maloney,
       Chairwoman, Committee on Oversight & Reform

       The Honorable Jerrold L. Nadler,
       Chairman, Committee on the Judiciary

# EXHIBIT 5



Archivist *of the*
United States

February 18, 2022

The Honorable Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform
U.S. House of Representatives
2157 Rayburn House Office Building
Washington, DC 20514

Dear Madam Chairwoman:

I write in response to your letter of February 9, 2022, in which you asked a number of questions relating to "the 15 boxes of presidential records that the National Archives and Records Administration (NARA) recently recovered from former President Trump's Mar-a-Lago residence."   Please see our responses to each of your questions:

1. Did NARA ask the representatives of former President Trump about missing records prior to the 15 boxes being identified? If so, what information was provided in response?

> Answer:  NARA had ongoing communications with the representatives of former President Trump throughout 2021, which resulted in the transfer of 15 boxes to NARA in January 2022.

2.  Has NARA conducted an inventory of the contents of the boxes recovered from Mar-a-Lago?

> Answer:  NARA is in the process of inventorying the contents of the boxes.

3.  Please provide a detailed description of the contents of the recovered boxes, including any inventory prepared by NARA of the contents of the boxes. If an inventory has not yet been completed, please provide an estimate of when such an inventory will be completed.

> Answer: NARA staff are in the process of inventorying the contents of the boxes, which we expect to complete by February 25.  Because the records in the boxes are subject to the Presidential Records Act (PRA), any request for information regarding the content of the records will need to be made in accordance with section 2205(2)(C) of the PRA.

DAVID S. FERRIERO   ·   T: 202.357.5900   ·   F: 202.357.5901   ·   *david.ferriero@nara.gov*

National Archives *and* Records Administration   ·   700 Pennsylvania Avenue, NW   ·   Washington, DC 20408   ·   *www.archives.gov*

4. Are the contents of the boxes of records recovered by NARA undergoing a review to determine if they contain classified information? If so, who is conducting that review and has any classified information been found?

> Answer:  NARA has identified items marked as classified national security information within the boxes.

5. Is NARA aware of any additional presidential records from the Trump Administration that may be missing or not yet in NARA's possession?

> Answer: NARA has identified certain social media records that were not captured and preserved by the Trump Administration. NARA has also learned that some White House staff conducted official business using non-official electronic messaging accounts that were not copied or forwarded into their official electronic messaging accounts, as required by section 2209 of the PRA.  NARA has already obtained or is in the process of obtaining some of those records.

6. What efforts has NARA taken, and is NARA taking, to ensure that any additional records that have not been turned over to NARA are not lost or destroyed?

> Answer:  NARA has asked the representatives of former President Trump to continue to search for any additional Presidential records that have not been transferred to NARA, as required by the Presidential Records Act.

7. Has the Archivist notified the Attorney General that former President Trump removed presidential records from the White House? If not, why not?

> Answer:  Because NARA identified classified information in the boxes, NARA staff has been in communication with the Department of Justice.

8. Is NARA aware of presidential records that President Trump destroyed or attempted to destroy without the approval of NARA? If so, please provide a detailed description of such records, the actions taken by President Trump to destroy or attempt to destroy them, and any actions NARA has taken to recover or preserve these documents.

> Answer:  In June 2018, NARA learned from a press report in Politico that textual Presidential records were being torn up by former President Trump and that White House staff were attempting to tape them back together.  NARA sent a letter to the Deputy Counsel to the President asking for information about the extent of the problem and how it is being addressed. The White House Counsel's Office indicated that they would address the matter.  After the end of the Trump Administration, NARA learned that additional paper records that had been torn up by former President Trump were included in the records transferred to us. Although White House staff during the Trump Administration recovered and

taped together some of the torn-up records, a number of other torn-up records that were transferred had not been reconstructed by the White House.

Sincerely,

DAVID S. FERRIERO
Archivist of the United States

cc: The Honorable James Comer, Ranking Member

# EXHIBIT 6

| From: | Gary Stern ███████@nara.gov> |
|---|---|
| Sent time: | 12/05/2022 08:32:10 AM |
| To: | Timothy Parlatore, Esq. ███████@parlatorelawgroup.com> |
| Subject: | Text re Inventory |

Tim, I got your text on Saturday, and I apologize for the delay in responding, but I needed to consult with DOJ. The Special Counsel has advised us not to make the inventory available to you at this time, in order to avoid any potential interference with their ongoing criminal investigation and the recent transition of the investigation to the Special Counsel's Office.

Thanks,
Gary

Gary M. Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740
████████████
████████████
████████@nara.gov







GJS-10-000004

Subject to Protective Order                    USA-00383468

# EXHIBIT 7

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

2022-5-10 Grand Jury Subpoena to NARA re 15 Trump Boxes.pdf

# UNITED STATES DISTRICT COURT
for the

## District of Columbia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   Custodian of Records
      National Archives and Records Administration
      8601 Adelphi Road
      College Park, MD  20740

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | Date and Time: |
|---|---|
| U.S. Courthouse, 3rd Floor        Grand Jury # 21-09<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Thursday, May 12, 2022 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects:

The fifteen (15) boxes, including their contents, that representatives of former President Trump caused to be delivered to the National Archives and Records Administration in January 2022.

Date:  May 10, 2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, telephone number and email of the prosecutor who requests this subpoena are:

Jay I. Bratt, Chief                                         Subpoena  #GJ2022050490332
Counterintelligence and Export Control Section             USAO #2022R00751
National Security Division                                 Preparer:  BRICKERS
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
████████@usdoj.gov

NSDGJS000316
Subject to Protective Order
USA-00384270

CO 293 (Rev. 8/91) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | |
| SERVED BY (PRINT NAME) | | TITLE |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER** (2)

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                     Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

(1)As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2)"Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

**Subpoena #GJ2022050490332**

Subject to Protective Order

NSDGJS000317

USA-00384271

# **EXHIBIT 8**

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

**District of Columbia**

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:   Custodian of Records
      The Office of Donald J. Trump
      1100 South Ocean Blvd.
      Palm Beach, FL  33480

      **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | Date and Time: |
|---|---|
| U.S. Courthouse, 3rd Floor      Grand Jury #21-09<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | May 24, 2022<br>9:00 a.m. |

      You must also bring with you the following documents, electronically stored information, or objects:

> Any and all documents or writings in the custody or control of Donald J. Trump and/or the Office of Donald J. Trump bearing classification markings, including but not limited to the following: Top Secret, Secret, Confidential, Top Secret/SI-G/NOFORN/ORCON, Top Secret/SI-G/NOFORN, Top Secret/HCS-O/NOFORN/ORCON, Top Secret/HCS-O/NOFORN, Top Secret/HCS-P/NOFORN/ORCON, Top Secret/HCS-P/NOFORN, Top Secret/TK/NOFORN/ORCON, Top Secret/TK/NOFORN, Secret/NOFORN, Confidential/NOFORN, TS, TS/SAP, TS/SI-G/NF/OC, TS/SI-G/NF, TS/HCS-O/NF/OC, TS/HCS-O/NF, TS/HCS-P/NF/OC, TS/HCS-P/NF, TS/HCS-P/SI-G, TS/HCS-P/SI/TK, TS/TK/NF/OC, TS/TK/NF, S/NF, S/FRD, S/NATO, S/SI, C, and C/NF.

Date:  May 11, 2022

The name, address, telephone number and email of the prosecutor who requests this subpoena are:

Jay I. Bratt
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
████████@usdoj.gov

Subpoena  #GJ2022042790054

Fed. R. Crim. P. 6(e) Materials
Confidential Treatment Requested

Subject to Protective Order

████-GJ-000055

USA-00041545

CO 293 (Rev. 8/91) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |

SERVED ON (PRINT NAME)

| SERVED BY (PRINT NAME) | | TITLE |
|---|---|---|

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER (2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                              Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

(1)As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2)"Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of
certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

**Subpoena #GJ2022042790054**

Fed. R. Crim. P. 6(e) Materials
Confidential Treatment Requested

-GJ-000056

Subject to Protective Order                                                                 USA-00041546

**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*                    *Washington, D.C.  20530*

May 11, 2022

Per. 18

Re:     Grand Jury Subpoena

Dear ▓Per. 18▓:

Thank you for agreeing to accept service of the grand jury subpoena on behalf of the custodian of records for the Office of Donald J. Trump.

As we discussed, in lieu of personally appearing on May 24, the custodian may comply with the subpoena by providing any responsive documents to the FBI at the place of their location.  The FBI will ensure that the agents retrieving the documents have the proper clearances and will handle the materials in the appropriate manner.  The custodian would also provide a sworn certification that the documents represent all responsive records.  If there are no responsive documents, the custodian would provide a sworn certification to that effect.

Thank you again for your cooperation.

Very truly yours,

Jay I. Bratt
Chief
Counterintelligence and Export Control Section

▓▓▓@usdoj.gov

Fed. R. Crim. P. 6(e) Materials
Confidential Treatment Requested                                            ▓-GJ-000057

# EXHIBIT 9

**DECLASSIFIED BY: N35F1 2024/02/02**
**ON 06-06-2023**
**This redaction version only.**

| | |
|---|---|
| **From:** | ████ FBI 19 ████ (FBI) |
| **To:** | ████ (WF) (FBI) |
| **Subject:** | FW: Update from Interview today _PLASMIC ECHO --- ████ |
| **Date:** | Thursday, May 19, 2022 12:55:07 PM |

```
Classification: ███████████
DELIBERATIVE PRO████████████CUMENT
===========================================================
```

For the Sub-Coord



**From:** ████ FBI 19 ████ . (WF) (FBI) ████████
**Sent:** Thursday, May 19, 2022 11:50 AM
**To:** ███ FBI 39 ████ (MM) (FBI) ████████ ; ███ FBI 15 ███ (MM) (FBI) ████ ; ███ FBI 25 ███ . (MM) (FBI) < ████████ ; ████████ ████████
**Cc:** ███ FBI 11 ███ . (WF) (FBI) ████ ███ FBI 21A ███ (WF) (FBI) ████████ ; ███ FBI 9 ███ (WF) (FBI) ████ ; ███ FBI 10 ███ (WF) (FBI) ████████ >; ███ FBI 26 ███ . (CD) (FBI) ████████ ; FBI 212B ████ (CD) (FBI) ████████ ; ███ FBI 30 ███ (CD) (FBI) < ████████
**Subject:** Update from Interview today _PLASMIC ECHO --- ████████

```
Classification: ███████████
DELIBERATIVE PRO████████████CUMENT
===========================================================
TRANSITORY RECORD
```
Good Morning ████████ FBI 25, 8, 15, 39 ████████ ,

Thank you so much for your hospitality and assistance to date on captioned matter.  This is a beautiful place.
You have been added the main case and 302 sub-files ████████

Please see the highlights below from our interview yesterday and current updates.  Additionally, allow me to e-introduce the WFO Team so you know who is who moving forward.



████████ FBI 10 ████
████ FBI 19 ████
Case Agents: SAs ████ FBI 21A, 11, 9 ████

**Yellow highlights denote updates after 5pm, yesterday:**

From the interview of ████ Per. 34 ████ , the FBI and DOJ learned the following: 302 is in work.

- The interview took place at an office space ████████ ;
- The interview started at/around 9:55am and ended at/around 12:55pm
- Mr. Bratt, SAs ████ FBI 21A, 11 ████ then returned to the West Palm Beach RA and briefed

Subject to Protective Order

██ FBI 19  Also present telephonically for this briefing were ██ FBI 10  and DAG George Toscas;

- Witness appeared nervous, but was cooperative and forthcoming. ██ was able to provide some timelines and dates, but unable to provide specific dates for some questions.

General Takeaways

- Witness conveyed FPOTUS wanted everything in hard copy, he frequently took documents and newspapers to his residence suite both in the White House and MAL;
- There were many boxes in the WH Residence referred to by the witness as "his boxes" and these were moved around when FPOTUS traveled; witness described these as white banker boxes with blue stripes and some cardboard printer/paper boxes;
- Prior to the last day in office, the move out/pack out was chaotic; there were no master lists or inventories; ███████████████████████;
- Witness never saw contents inside of the 15 boxes;
- There are an additional 70-80 boxes of documents that remain at Mar-A-Lago (MAL); these were described as similar to the 15 boxes already returned to NARA
- In approximately May 2021, FPOTUS asked Per. 19 to find storage space [at MAL, where Per. 19 is employed];
- Between January 21, 2021 – August 2021, the boxes were stored in at least two different rooms within in MAL.  One of these rooms was the former SCIF was located within MAL.
- By August/September 2021, the 70-80 boxes were moved to a ground floor storage area in an unlocked storage space;
- There was a key lock installed on this room eventually; drama ensued between 45 Office staff and MAL staff members regarding who had keys;
- Per. 34 chose the 15 boxes sent to NARA as they were the most convenient for Per. 34 to access physically; these came from the ground level storage facility where all remaining boxes are currently located;
- Per. 34 ██████████████████████████ as those designated to be sent back to NARA; ████████████████████████ ██████████████████████;
- ████████████████████████████████ ██████████;
- At this time, witness gave ███████████ storage facility to FPOTUS as ██ role was completed;
- Post Jan 2021, witness has seen documents bearing classification markings (NFI) on FPOTUS' desk in MAL when ██████████████████████;
- Witness described seeing newer and older boxes in FPOTUS' bedroom here at MAL (post-administration);
- Witness described hearing from about a trip via airplane with FPOTUS over the summer of 2021, departing from Bedminster, NJ, where FPOTUS allegedly held a classified map and describe its contents to the passengers onboard (NARA review team has seen a similar document matching description);
- Witness stated there is an additional storage facility in this AOR, but witness conveyed ██ ██████████████████████████;

- Witness provided leads for interviews of ▮Per. 19, Per. 4▮ ████████ (GJS in hand)

==Next Steps and Updates in the Past 24 Hours:==
- ==We have contacted Walt Nauta for an interview.  After initially agreeing to speak to us this evening at the WPBRA; he has retained an attorney and this interview will be postponed;==
- ==Search Warrant PC is being collated by Case Agents, should it become necessary==
- ==Service of GJS for MAL employee/witness▮Per. 4▮ served at 5:47pm on 5/18==
- ==Service of GJS for MAL employee/witness▮Per. 19▮ not yet served after several attempts to contact her via phone and at her residence==
  - ==This GJS is being forwarded to ██████████████████████, of the local US Secret Service office.  He has graciously offered to try to serve the GJS to▮Per. 19▮ ████ at MAL;==
- ==An Interview of ▮ Per. 22 ▮ will be conducted 5/26/2022;==
- Interview of ████████▮Per. 3▮████████ (scheduled to be interviewed in WFO AOR in two weeks)
- ==An EC requesting declassification of the existence of this case is in work presently, should we need it (pending SW)==

To Determine:
- If Venue will be established
- FBI Logistics of box collection whether SW or GJS answer via ▮P. 18▮/FPOTUS reps; coord with USSS, etc.

Thank you,
▮P. 19▮

================▮============   ===================

```
Classification: ███████████████
```

Subject to Protective Order

# EXHIBIT 10

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

### District of Columbia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   Custodian of Records
      The Trump Organization
      725 Fifth Avenue
      New York, NY  10022

   **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | Date and Time: |
|---|---|
| U.S. Courthouse, 2nd Floor          Grand Jury # 22-03<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Thursday, July 7, 2022 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects:

Any and all surveillance records, videos, images, photographs and/or CCTV from internal cameras located on ground floor (basement) and outside the room known as "Pine Hall" on the Mar-a-Lago property located at 1100 S Ocean Blvd, Palm Beach, FL 33480 from the time period of January 10, 2022 to present.

Date:  June 24, 2022

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

_____

The name, address, telephone number and email of the prosecutor who requests this subpoena are:

Jay I. Bratt, Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
███████@usdoj.gov

Subpoena

Subject to Protective Order

USA-00950532

CO 293 (Rev. 8/91) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |

SERVED ON (PRINT NAME)

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
 Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

(1)As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2)"Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

Subject to Protective Order

# EXHIBIT 11

```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3     - - - - - - - - - - - - - - - - )

 4     IN RE:                          *

 5                                     * CASE NO. N/A

 6     PVO 18 USC 793, 1519, 2071      *

 7     - - - - - - - - - - - - - - - - )

 8                         Grand Jury 22-6

 9                         United States District Courthouse
                           333 Constitution Avenue, NW
10                         Washington, DC 20001

11                         Thursday, December 22, 2022

12

13          The testimony of TIMOTHY PARLATORE was taken in

14     the presence of a full quorum of the Grand Jury, commencing

15     at 9:20 a.m., before:

16          JULIE EDELSTEIN
            Attorney, Department of Justice
17
            BRETT REYNOLDS
18          Attorney, Department of Justice

19          ANNE McNAMARA
            Assistant United States Attorney
20

21

22

23

24          Digitally reported by:

25          ████ ███, Grand Jury Court Reporter
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00809172

41

1   something that's helpful, I can't.

2        Q.   A couple questions --

3        A.   It's privileged.

4        Q.   -- on that.

5             WITNESS:  Which is something that she knows.

6   If -- it's something that every --

7             BY MS. EDELSTEIN:

8        Q.   Is there a limitation --

9             WITNESS:  -- attorney --

10            BY MS. EDELSTEIN:

11       Q.   -- on --

12            WITNESS:  It's something that every attorney does

13   know.

14       Q.   Is there a limitation that, for the communication

15   to be attorney/client privilege, it must for the purpose of

16   asking legal advice?

17       A.   Any information obtained from a client is part of,

18   you know, legal advice or representation.  Yes.

19       Q.   And are you aware that a client can waive that?

20       A.   I am aware that a client can waive that.

21       Q.   And if the former President's so cooperative, why

22   hasn't he allowed you to share his conversations with the

23   Grand Jury today?

24       A.   Are you -- are we really doing this?

25       Q.   I'm -- I asked you a question.

Subject to Protective Order                                    USA-00809212