# EXHIBIT 2

```
 1                    IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLUMBIA
 2

 3      - - - - - - - - - - - - - - - - - )

 4      IN RE:                            *

 5                                        *  CASE NO. N/A

 6      PVO 18 USC 793, 1519, 2071        *

 7      - - - - - - - - - - - - - - - - - )

 8                        Grand Jury 22-6

 9                        United States District Courthouse
                          333 Constitution Avenue, NW
10                        Washington, DC 20001

11                        Thursday, December 22, 2022

12

13           The testimony of TIMOTHY PARLATORE was taken in

14      the presence of a full quorum of the Grand Jury, commencing

15      at 9:20 a.m., before:

16              JULIE EDELSTEIN
                Attorney, Department of Justice
17
                BRETT REYNOLDS
18              Attorney, Department of Justice

19              ANNE McNAMARA
                Assistant United States Attorney
20

21

22

23

24         Digitally reported by:

25              [REDACTED]   Grand Jury Court Reporter

                         FREE STATE REPORTING, INC.
                       Court Reporting   Transcription
                          D.C. Area 301-261-1902
                        Balt. & Annap. 410-974-0947
```

Subject to Protective Order                                      USA-00809172

1    A.   Sure.  And so generally speaking, you know, I
2  represent him, you know, related to, you know, various
3  matters, including, you know, DOJ probes, you know, January
4  6th probe, you know, this one, you know, some other, you
5  know, things.  But I am primarily a criminal defense
6  attorney.  I do do civil litigation as well.  But I'm not a
7  political attorney, if that's what you're wondering.  So I'm
8  not doing any election stuff.
9    Q.   So we are not seeking today to elicit from you
10 privileged information.
11   A.   Okay.
12   Q.   But should you say that any information is
13 privileged, I will ask you what privilege and the basis for
14 the invocation.
15   A.   Sure.
16   Q.   Do you understand?
17   A.   Absolutely.
18   Q.   When did you become involved in this matter?
19   A.   As to the compliance with the subpoena?
20   Q.   So more broadly speaking with it, with the
21 investigation into the potential mishandling of classified
22 information at Mar-a-Lago and other locations?
23   A.   In which capacity?  And I apologize for asking.
24 The -- because it is kind of a weird situation --
25   Q.   So let me --

Subject to Protective Order                                       USA-00809184

```
 1   something that's helpful, I can't.
 2        Q.   A couple questions --
 3        A.   It's privileged.
 4        Q.   -- on that.
 5             WITNESS:  Which is something that she knows.
 6   If -- it's something that every --
 7             BY MS. EDELSTEIN:
 8        Q.   Is there a limitation --
 9             WITNESS:  -- attorney --
10             BY MS. EDELSTEIN:
11        Q.   -- on --
12             WITNESS:  It's something that every attorney does
13   know.
14        Q.   Is there a limitation that, for the communication
15   to be attorney/client privilege, it must for the purpose of
16   asking legal advice?
17        A.   Any information obtained from a client is part of,
18   you know, legal advice or representation.  Yes.
19        Q.   And are you aware that a client can waive that?
20        A.   I am aware that a client can waive that.
21        Q.   And if the former President's so cooperative, why
22   hasn't he allowed you to share his conversations with the
23   Grand Jury today?
24        A.   Are you -- are we really doing this?
25        Q.   I'm -- I asked you a question.
```

FREE STATE REPORTING, INC.
Court Reporting   Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

USA-00809212

```
 1        A.   Are you --
 2        Q.   You must made a representation --
 3        A.   Well --
 4        Q.   -- about a conversation --
 5        A.   Hold on a second.  Hold on.
 6        Q.   -- that occurred, and you said that the former
 7   President --
 8        A.   Hold on.
 9        Q.   -- offered --
10        A.   Are you saying --
11        Q.   -- anything you want.
12        A.   Are you saying that for --
13        Q.   And I --
14        A.   -- somebody to be cooperative, they're required to
15   waive their attorney/client privilege?
16        Q.   I am absolutely not saying that.  I'm just asking
17   you --
18        A.   Okay.
19        Q.   -- on this --
20        A.   Because the --
21        Q.   -- point --
22        A.   -- the question you just asked seemed to indicate
23   that for somebody to be cooperative, they should waive their
24   attorney/client privilege, which is absolutely wrong --
25        Q.   I'm not here to --
```

Subject to Protective Order

USA-00809213

```
 1        A.   -- for you to suggest.
 2        Q.   -- induce any waivers --
 3        A.   Right?
 4        Q.   -- of attorney/client privilege.
 5        A.   Do you understand --
 6        Q.   You just --
 7        A.   -- that that's not something that should be even
 8   suggested --
 9        Q.   I understand --
10             MR. REYNOLDS:  Sir, you're the witness today.
11             BY MS. EDELSTEIN:
12        Q.   -- my legal obligations.  You're the witness
13   today, and I've asked you a question --
14        A.   Well, you -- but that's an --
15        Q.   -- you made a representation --
16        A.   -- improper question.
17        Q.   -- to this Grand Jury about what was said at a
18   meeting.  And I asked you the basis for that representation.
19        A.   That's an improper question.  You can't ask me
20   what the President said to me.  You don't -- there's --
21        Q.   Then who --
22        A.   -- no --
23        Q.   -- told you that?
24        A.   There's no privilege waiver.  There were other
25   people in the room.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                         USA-00809214

1  kept you a long day, so we really appreciate it.
2          MR. REYNOLDS:  Thank you.
3          WITNESS:  And thank you.  And I apologize if some
4  of the answers were a little bit more convoluted just
5  because of the weird dynamic here, but I appreciate your
6  time.  Thank you.
7          (Whereupon, the witness was excused at 3:22 p.m.
8  on December 22, 2022.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25