# EXHIBIT 1

DECLASSIFIED BY NSICG F19EUK01
ON 06-06-2023
This redaction version only.

| | |
|---|---|
| **From:** | FBI 19          N. (WF) (FBI) |
| **Sent:** | Monday, August 1, 2022 1:53 PM |
| **To:** |                              (WF) (FBI) |
| **Subject:** | FW: Items for Mr. Per. 18 --- |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **SentinelCaseId:** | |
| | |
| **Classification:** | |

======================================================

TRANSITORY RECORD

For the PE sub-COORD file
Thank you

-----Original Message-----
From: FBI 19              WF) (FBI)
Sent: Monday, August 01, 2022 1:19 PM
To: FBI 10         (WF) (FBI)
Cc: Riedlinger, Anthony T. (WF) (FBI)
Subject: Items for Mr. Per. 18 ---

Classification:
======================================================

TRANSITORY RECORD

DOJ/FBI would respectfully request Former President Trump's cooperation via Mr. Per. 18 in providing the opportunity to thoroughly search for any documents pursuant to captioned investigation.

If enabled to effect a Consensual Search with the parties below, it would provide a level of comfort that the FBI has retrieved all appropriate documents relevant to the National Defense and Presidential Records Act (PRA).

FBI WFO Team

Mr.

Subject to Protective Order

USA-00940268

USSS Security POC (anticipated as Mar-A-Lago [MAL] remains a presidential residence)

NARA OGC/Designated Rep

We would ask to search the following MAL locations in order of priority:

·       All boxes/containers present in the storage room (located in the ground level of MAL and designated by a gold door)

·       The 45th Office at MAL

·       MAL Owner's Quarters

·       All other spaces currently used to store USG documents from January 2021 to present (including spaces temporarily or otherwise designated as/converted to be used as storage during the off-season)

·       Any relevant local off-site storage facilities, including Life Storage, located at 1520 Belvedere Road, West Palm Beach, FL 33406

FBI/DOJ will convey the nature of items to be seized:

·       All classified documents or those that appear to be NDI/classified in nature; and/or

·       Documents that fall within the purview of the Presidential Records Act

Pursuant to witness testimony detailing Former President Trump's predilection to travel with his papers, this team would also like to request [ Per. 18 ] speak with his client about the presence of classified and/or PRA in any other locations, to include Bedminster, NJ and New York.

Thank you,

```
=======================================================
Classification: ███████████
```

```
=======================================================
Classification: ███████████
```

Subject to Protective Order                                                                                                            USA-00940270