# EXHIBIT 3

FD-888 (Rev. 07-19-2022)

Unclassified

# LAW ENFORCEMENT OPERATIONS ORDER

| CASE ID NUMBER | ████████ | |
|---|---|---|
| FIELD DIVISION/SQUAD | WF████/MM ████ | |
| Date Prepared  08/03/2022 | Planned Operation Date  08/08/2022 | |
| CASE TITLE | PLASMIC ECHO (SIM); | |
| | Mishandling of Classified or National Defense Information; | |
| | UNSUB | |
| | | |
| CASE AGENT/OFFICE  ████████  FBI 21A, 11, 9 | | Telephone Number  ████████ |
| ALTERNATE CASE AGENT ████ ████  FBI 39 | | Telephone Number  ████████ |

## SITUATION/MISSION

| Type of Operation | Activity Location |
|---|---|
| ☐ Arrest<br>☑ Search<br>☐ Surveillance<br>☑ Seizure<br>☐ Other | Mar-a-Lago Resort (The PREMISES) - 1100 S Ocean Blvd, Palm Beach, FL 33480 (See Attachments) |

| Warrant Information |
|---|
| ☑ Warrant Verified   22-mi-8332-BER, dated 8/5/2022 |

| Overall Mission Concept (Brief statement of who, what, why, when, and where) |
|---|
| FBI WF and FBI/MM agents and ERT will effect a search of designated locations within Mar-a-Lago (MAL) to locate and seize classified information, NDI, and US Government records as described in captioned search warrant. |

| CAUTION STATEMENT |
|---|
| Not applicable. |

**(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of the Federal Bureau of Investigation and may be distributed within the federal government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials, and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a Website on an unclassified network without first obtaining FBI approval.**

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                                    USA-01285174

Unclassified

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | | |
|---|---|---|---|
| Name: Not applicable. | Race: | Sex: | DOB: |
| Aliases: | Height: | | Weight: |
| | Eyes: | | Hair: |
| Fingerprint Code: | SSAN: | | FBI#: |

**Identifying Marks and Tattoos:**

**Address:**

**Vehicle Info.:**

**Criminal History:**

**REASON FOR CAUTION STATEMENT** (subject specific)

Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included.

Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.**

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                                USA-01285175

Unclassified
## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | |
|---|---|---|
| Name: Not applicable. | Race: | Sex: | DOB: |
| Aliases: | Height: | Weight: |
| | Eyes: | Hair: |
| Fingerprint Code: | SSAN: | FBI#: |

Identifying Marks and Tattoos:

Address:

Vehicle Info.:

Criminal History:

**REASON FOR CAUTION STATEMENT** (subject specific)

Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included.

Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.**

This Document has been prepared by the Federal Bureau of Investigation

Unclassified

Subject to Protective Order

USA-01285176

Unclassified
## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | | |
|---|---|---|---|
| Name: Not applicable. | Race: | Sex: | DOB: |
| Aliases: | Height: | | Weight: |
| | Eyes: | | Hair: |
| Fingerprint Code: | SSAN: | | FBI#: |

| Identifying Marks and Tattoos: |
|---|
| |

| Address: |
|---|
| |

| Vehicle Info.: |
|---|
| |
| |

| Criminal History: |
|---|
| |
| |
| |

| **REASON FOR CAUTION STATEMENT** (subject specific) |
|---|
| |

| Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included. |
|---|
| |

| Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.** |
|---|
| |

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                                                            USA-01285177

Unclassified

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | |
|---|---|---|
| Name: Not applicable. | | Race:          Sex:                    DOB: |
| Aliases: | | Height:                    Weight: |
| | | Eyes:                        Hair: |
| Fingerprint Code: | | SSAN:                  FBI#: |

Identifying Marks and Tattoos:

Address:

Vehicle Info.:

Criminal History:

**REASON FOR CAUTION STATEMENT** (subject specific)

Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included.

Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.**

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                                    USA-01285178

Unclassified

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | | |
|---|---|---|---|
| Name: Not applicable. | Race: | Sex: | DOB: |
| Aliases: | Height: | | Weight: |
| | Eyes: | | Hair: |
| Fingerprint Code: | SSAN: | | FBI#: |

| Identifying Marks and Tattoos: |
|---|
| |

| Address: |
|---|
| |

| Vehicle Info.: |
|---|
| |
| |

| Criminal History: |
|---|
| |
| |
| |

| **REASON FOR CAUTION STATEMENT** (subject specific) |
|---|
| |

| Identify other outstanding legal processes. The issuing officials, districts and dates issued, and warrant locations should be included. |
|---|
| |

| Other Information Regarding Subject (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies.) **Provide Photo If Available.** |
|---|
| |

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order

Unclassified

## SITUATION/MISSION CONTINUED

INTELLIGENCE - Additional pertinent information can be added as an attachment

- [✓] Site Survey Results  Photos attached. On 6/3/22, Case Agents observed ground floor of MAL; CCTV review of the same.

- [ ] Danger Areas _____

- [ ] Aggressive Animals _____

- [✓] Surveillance Systems  Four known cameras on basement level; security control center at MAL and offsite controlled by the USSS.

- [ ] Cover and Concealment _____

- [ ] Presence of Children/Minors _____

- [ ] Other _____

## LAW ENFORCEMENT PARTICIPANTS IN THE OPERATION

Identify personnel directly involved in the operation, as well as their assignment (entry/perimeter) for the operation

| NAME | AGENCY | ASSIGNMENT | SIGNAL# | CELLULAR# |
|------|--------|------------|---------|-----------|
| FBI 8, 10, 19, 39, 21A, 9, 30, 1, 28, 31, 22, 12, 17, 5, 13, 36 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

This Document has been prepared by the Federal Bureau of Investigation

Unclassified

Subject to Protective Order

USA-01285180



| NAME | AGENCY | ASSIGNMENT | SIGNAL# | CELLULAR# |
|------|--------|------------|---------|-----------|

**OTHER LAW ENFORCEMENT PERSONNEL**

Identify personnel who are not directly involved in the operation, but may support the overall mission (e.g., mass interviews, evidence technicians, photo specialists, intelligence analysts, Command Post personnel, traffic control, etc.)

# EXECUTION

### OVERALL PRIMARY PLAN SUMMARY

DOJ and FBI will contact FPOTUS' retained counsel, ███ Per. 18 ███ on 8/8/2022, to notify him of the search warrant and request collaboration and assistance. After a reasonable time period, FBI WF/MM will execute the search warrant with the Case Team, MM Filter Team, and MAL/USSS representatives, as deemed necessary. This execution will require coordination with USSS and may include coordination with MAL Guest Services to ensure a fulsome understanding of spaces occupied as designated in the search warrant.

- Friday, 8/5/2022 -
External DOJ/SDFL/FBI Ops Brief, 10am via TEAMS
Internal FBI Brief, 1pm via Lync

- Sunday, 8/7/2022 -
WF Team travels to MM AOR via commercial carrier
All Case and Filter Team on Standby for Monday execution

- Monday, 8/8/2022 -
DOJ/FBI EM contact Mr. Per. 18 locations to be searched will be safeguarded by FBI at time of this call
SW execution will occur at or around 9:00am; routine updates to FBI EM via Command Element (███████████)
Evidence secured overnight; designated couriers will maintain positive control of evidence throughout the search

- Tuesday, 8/9/2022 -
Couriers will maintain positive control of all evidence
CIRG/SFOU pick-up at Ft. Lauderdale Airport at/around 9:30am
WF staging at Reagan National Airport to retrieve evidence and personnel; evidence to temp storage in ███ Workbox room

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                        USA-01285181

Unclassified

---

SPECIFIC DUTIES

(Concise, detailed statements directing how each unit, squad, team, or individual accomplishes their duties.)

MM EM will be notified to coordinate with EM of partnering agencies.

Case Team and MM ERT will conduct an operations briefing prior to departure to MAL. All personnel participating in the search will review the Search Warrant Attachment A and Attachment B prior to the commencement of the search.

A Ryder box truck, passenger van, a sprinter van, a cargo van, and ERT unmarked vehicles will be on standby and will transport team and equipment to premise. The minimum amount of of vehicles needed for the operation will be used.

FBI will request CCTV on premises be disabled during the search.

Upon arrival, ERT photographers will take entry photographs, overall and in each area/room to be searched.

WF Case Team Seizing Agent is ███ FBI 21A ██ and WF will lead the team on items to be seized.

Search team will locate and seize boxes and documents within premises as detailed in search warrant.

Once located, photographed, and sketched, boxes and documents will be removed from premises and loaded into the box truck. At least one designated search team member will maintain positive control of seized items.

Once search of premise is complete, the vehicles containing boxes/documents will be manned appropriately.

Boxes/documents will be transported to MM HQ for temporary storage.

The boxes and documents will be moved to a designated space in the MM HQC SCIF. SAs will maintain 24/7 visual coverage of the boxes and documents until scheduled aircraft pickup at Ft Lauderdale Airport.

The CIRG 757 can accommodate the projected case-seizure load of 100 Bankers boxes and five passengers (4xWF, 1xHQ).

WF personnel will transport evidence from the Reagan National Airport to WFO by unmarked truck.

Related to this search warrant, FBI/MM may effect surveillance of the Life Storage Facility, located at 1520 Belvedere Road, West Palm Beach, Florida, during and periods designated after this search.

---

This Document has been prepared by the Federal Bureau of Investigation

Unclassified

Subject to Protective Order

USA-01285182

## EXECUTION CONTINUED

### COORDINATING INSTRUCTIONS

(Include here instructions common to all.  Examples include times and dates for specific phases of the operation, coordination intra-office or with other agencies, warrant verification, danger areas, rehearsals, debriefings, etc.)

Coordination with the following will be executed as described above:

███ Per. 18 ███
USSS and other LE Agencies deemed necessary
MAL Security and Staff (execution occurs during off-season date range)

SDFL ███ Per. 23 ███ and DOJ/CES ███ Per. 6 ███ will be on stand-by for questions at the FBI/WPBRA.

---

## POLICY STATEMENT USE OF DEADLY FORCE (7/19/2022)

1. Law enforcement officers of the Department of Justice may use deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or serious physical injury to the officer or to another person.

   A.  Deadly force may not be used solely to prevent the escape of a fleeing suspect.

   B.  Firearms may not be fired solely to disable moving vehicles.Specifically, firearms may not be discharged at a moving vehicle unless:

       i.  a person in the vehicle is threatening the officer or another person with deadly force by means other than the vehicle; or

       ii.  the vehicle is operated in a manner that threatens to cause death or serious physical injury to the officer or others, and no other objectively reasonable means of defense appear to exist, which includes moving out of the path of the vehicle.

   C.  If feasible and if to do so would not increase the danger to the officer or others, a verbal warning to submit to the authority of the officer shall be given prior to the use of deadly force.

   D.  Warning shots are not permitted outside of the prison context.

   E.  Officers will be trained in alternative methods and tactics for handling resisting subjects, which must be used when the use of deadly force is not authorized by this policy.

   F.  Deadly force should not be used against persons whose actions are a threat solely to themselves or property unless an individual poses an imminent danger of death or serious physical injury to the officer or others in close proximity.

2. Officers should seek to gain voluntary compliance before using force if feasible and if doing so would not increase the danger to the officer or others.

3. Officers must prevent or stop, as appropriate, another officer from engaging in excessive or unlawful force, or force that violates DOJ policy.

4. Officers must request and/or render medical aid as appropriate.

☐ Non DOJ Deadly Force Policy Addressed
"All Non DOJ personnel will abide by their own agency's Deadly Force Policy"

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order

Unclassified

## EXECUTION CONTINUED

### CONTINGENCIES

1. Should media be present at MAL, all personnel will refer to MM OSC and adhere to FBI Media policy as briefed.

2. Should FPOTUS arrive at MAL, FBI MM EM and OSCs will be prepared to engage with FPOTUS and USSS Security Team.

3. Should USSS provide resistance or interfere with FBI timeline or accesses, FBI MM EM will engage with ███████████ FBI 8 and ███ FBI 19 will engage with USSS POC's per existing liaison relationships.

4. Should MAL Guest Reception be unwilling to provide a list of occupied guest rooms, FBI Search Team will knock on each guest room door to determine occupation status. FBI will request a map, list of rooms and skeleton key/card for all rooms from MAL staff.

5. An FBI MM/TTA with lock-picking equipment will be on scene.

## ADMINISTRATION AND EQUIPMENT

| WEAPONS AND AMMUNITION |
| --- |
| Standard Issue Weapon, Ammo, Handcuffs, Badge and Credentials (concealed) |
| Classified courier cards |
| Classified courier bags |
| SACs badge/RSA token |
| |
| |

| CLOTHING AND EQUIPMENT |
| --- |
| (Includes protective gear, identifying clothing, and special equipment, e.g., ballistic shield, body armor, pepper spray, flex cuffs, etc.) |
| Team Leaders and On-Scene Command: Business attire. |
| Case Agents and ERT: Business casual with unmarked polo or collared shirts and law enforcement equipment concealed. |
| medium and large sized bolt cutters carried by Search Team SA |
| food and water |
| |
| |
| |

This Document has been prepared by the Federal Bureau of Investigation

Unclassified

11

Unclassified

## ADMINISTRATION AND EQUIPMENT CONTINUED

---

HANDLING OF INJURED

Be specific. Include EMS telephone numbers, local radio channels, and addresses of medical facilities and/or EMS)

☑ On Site Medical Support Available:  Medic: ██ FBI 9 , WF, Paramedic: ██ FBI 37 , MM

_____

(This should include on-site medical support personnel name(s), location and contact information/call signs.)

☐ Nearest Hospital/Trauma Center:

    Name of Hospital:  St. Mary's Medical Center, Level I Trauma Center

    Address and Key Map Designation:  901 45th Street, West Palm Beach, FL 33407

    Telephone Number:  561-844-6300

    Life Flight Information:  N/A. Drive time is 18 minutes

☐ Additional Emergency Medical Information: _____

_____

---

HANDLING OF PRISONERS

Name:  Not applicable.                                          Age: _____  Sex: _____

Subject To Be Transported Directly To Incarceration: ☐ Yes ☐ No

Transporting Agents: _____

Subject Will Be Transported To FBI Office For Processing: ☐ Yes ☐ No

Transporting Agents: _____

Processing Agent(s): _____

Fingerprinted ☐ Yes ☐ No   Fingerprinting Agent: _____

Photographed ☐ Yes ☐ No   Photographing Agent: _____

DNA Swab ☐ Yes ☐ No   Swabbing Agent: _____

Interviewed ☐ Yes ☐ No   Interviewing Agent(s): _____

Subject Has Medical Needs? ☐ Yes ☐ None Known          If yes, please describe:

_____

_____

_____

---

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                          USA-01285185

HANDLING OF PRISONERS

Subject #2

Name: Not applicable. _____ Age: _____ Sex: _____

Subject To Be Transported Directly To Incarceration: ☐ Yes ☐ No

Transporting Agents: _____

Subject Will Be Transported To FBI Office For Processing: ☐ Yes ☐ No

Transporting Agents: _____

Processing Agents(s): _____

Fingerprinted ☐ Yes ☐ No   Fingerprinting Agent: _____

Photographed ☐ Yes ☐ No   Photographing Agent: _____

DNA Swab ☐ Yes ☐ No   Swabbing Agent: _____

Interviewed ☐ Yes ☐ No   Interviewing Agent(s): _____

Subject Has Medical Needs? ☐ Yes ☐ None Known                    If yes, please describe:
_____
_____
_____

Please Provide Details For All Additional Subjects.

---

HANDLING OF PRISONERS

Subject #3

Name: Not applicable. _____ Age: _____ Sex: _____

Subject To Be Transported Directly To Incarceration: ☐ Yes ☐ No

Transporting Agents: _____

Subject Will Be Transported To FBI Office For Processing: ☐ Yes ☐ No

Transporting Agents: _____

Processing Agent(s): _____

Fingerprinted ☐ Yes ☐ No   Fingerprinting Agent: _____

Photographed ☐ Yes ☐ No   Photographing Agent: _____

DNA Swab ☐ Yes ☐ No   Swabbing Agent: _____

Interviewed ☐ Yes ☐ No   Interviewing Agent(s): _____

Subject Has Medical Needs? ☐ Yes ☐ None Known                    If yes, please describe:
_____
_____
_____

Please Provide Details For All Additional Subjects.

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                                                    USA-01285186

Unclassified

---

### HANDLING OF PRISONERS

Subject #4
Name: Not applicable. _____ Age: _____ Sex: _____

Subject To Be Transported Directly To Incarceration: ☐ Yes ☐ No

Transporting Agents: _____

Subject Will Be Transported To FBI Office For Processing: ☐ Yes ☐ No

Transporting Agents: _____

Processing Agent(s): _____

Fingerprinted ☐ Yes ☐ No  Fingerprinting Agent: _____

Photographed ☐ Yes ☐ No  Photographing Agent: _____

DNA Swab ☐ Yes ☐ No  Swabbing Agent: _____

Interviewed ☐ Yes ☐ No  Interviewing Agent(s): _____

Subject Has Medical Needs? ☐ Yes ☐ None Known         If yes, please describe:
_____
_____
_____

Please Provide Details For All Additional Subjects.

---

### HANDLING OF PRISONERS

Subject #5
Name: Not applicable. _____ Age: _____ Sex: _____

Subject To Be Transported Directly To Incarceration: ☐ Yes ☐ No

Transporting Agent(s): _____

Subject Will Be Transported To FBI Office For Processing: ☐ Yes ☐ No

Transporting Agent(s): _____

Processing Agent(s): _____

Fingerprinted ☐ Yes ☐ No  Fingerprinting Agent: _____

Photographed ☐ Yes ☐ No  Photographing Agent: _____

DNA Swab ☐ Yes ☐ No  Swabbing Agent: _____

Interviewed ☐ Yes ☐ No  Interviewing Agent(s): _____

Subject Has Medical Needs? ☐ Yes ☐ None Known         If yes, please describe:
_____
_____
_____

Please Provide Details For All Additional Subjects.

This Document has been prepared by the Federal Bureau of Investigation

Subject to Protective Order                                                    USA-01285187

Unclassified

## CONTROL AND COMMUNICATIONS

| Command Post (if utilized) | | | |
|---|---|---|---|
| Supervisor in Charge: ███████ ▮FBI 9▮ | | Location:  MAL premises | |
| Phone#: ███████ | | Radio Channel: N/A | Call Sign: N/A |
| On-Scene Command | | | |
| Agent in Charge: ███████ ▮FBI 10▮ | | Location:  MAL premises | |
| Phone#: ███████ | | Radio Channel: N/A | Call Sign:  N/A |

☑ If applicable, state & local police notified
███████████ ███████ will be notified of this search warrant on or around the morning of 8/8/2022.

| RADIO COMMUNICATIONS (include channels, frequencies, secure or clear mode) | | | |
|---|---|---|---|
| Channel ID (A-1, D-4, etc.) | Secure/Clear | AGENCY/OWNER (i.e., FBI, Virginia State Police, etc.) | PRIMARY PURPOSE/use (i.e., Sniper Channel, Administrative/Support Channel, etc.) |
| Not applicable. | | | |
| | | | |
| | | | |

**CAUTION STATEMENT** (Repeat of General Case Related Caution Statement)
 Not applicable.

Reviewed By: <u>WF/SWAT briefed for awareness 8/1/2022;FBI MM/SWAT briefed for awareness 8/5/2022</u>
Certified Tactical Instructor (Review to be conducted at the discretion of the SAC or Designee)

Reviewed By: ████ ▮FBI 19▮ ████  ██████ ▮FBI 39▮ ██
GS-14 Supervisory Special Agent

Approved By: ___████████___  ____██ ▮Per. 18▮ ██___
On Scene Commander or SAC Designee

This Document has been prepared by the Federal Bureau of Investigation

Unclassified

Subject to Protective Order                                                       USA-01285188

**18 min** (10.5 miles)   

via I-95 N

Fastest route now due to traffic conditions

**1100 S Ocean Blvd**

Palm Beach, FL 33480

> Get on I-95 N in West Palm Beach from US-98/Southern Blvd

  8 min (2.8 mi)

> Follow I-95 N to 45th St. Take exit 74 from I-95 N

  6 min (5.6 mi)

> Follow 45th St to N Terrace Dr

  5 min (2.0 mi)

**St. Mary's Medical Center**

901 45th St, West Palm Beach, FL 33407



Subject to Protective Order

USA-01285189



Subject to Protective Order

USA-01285190



Subject to Protective Order

USA-01285191



Subject to Protective Order

USA-01285192



Subject to Protective Order

USA-01285193



Subject to Protective Order

USA-01285194

# EXHIBIT 4

FD-302 (Rev. 5-8-10)

**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

### FEDERAL BUREAU OF INVESTIGATION

DECLASSIFIED BY: NSICG F14M26K92
CN 06-05-2023
This redaction version only.

Date of entry     08/17/2022

### DOCUMENT RESTRICTED TO CASE PARTICIPANTS

This document contains information that is restricted to case participants.

    A search warrant, 22-mj-8332-BER, issued in the United States District Court for the Southern District of Florida on August 5, 2022, was executed at 1100 South Ocean Boulevard, Palm Beach, Florida 33480 at 10:33 AM on August 8, 2022.

    Prior to the Federal Bureau of Investigation (FBI) team's entry onto the MAL premises, FBI leadership informed and coordinated with local United States Secret Service (USSS) leadership.  Local USSS facilitated entry onto the premises, provided escort and access to various locations within, and posted USSS personnel in locations where the FBI team conducted searches.

    Department of Justice (DOJ) and FBI personnel onsite consisted of:

- Four (4) FBI Washington Field Office (WFO) personnel
- One (1) FBI Headquarters (HQ) personnel
- Twenty-five (25) FBI Miami Field Office (MM) personnel
- One (1) DOJ Counterintelligence and Export Control Section (CES) attorney
- One (1) United States Attorneys Office (USAO) Southern District of Florida (SDFL) attorney

    The timeline for the events are as follows, all times are approximate:

- August 8, 2022
    - 0859 - FBI team entered the Mar-a-Lago (MAL) premises
    - 0901 - Entry photographs of exterior initiated
    - 0914 - Telephonic contact with attorney ▮▮Per. 18▮▮ attempted
    - 0936 - Telephonic contact established with ▮▮Per. 18▮▮



| | | |
|---|---|---|
| Investigation on | 08/08/2022 | at Palm Beach, Florida, United States (In Person) |
| File # | ▮▮▮▮▮▮ | Date drafted  08/09/2022 |
| by | ▮▮FBI 21A▮▮ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA-00940244

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  (U//FOUO) Search of Mar-a-Lago premises on
                         August 8, 2022                          , On  08/08/2022 , Page  2 of 3

- 1013 - CCTV activated on MAL premises
- 1033 - Search of MAL initiated
- 1055 - Entry photographs resumed
- 1055 - Filter Team review of "45 Office" initiated
- 1333 - USAO SDFL approves FBI entry in "45 Office" safe
- 1404 - FBI successfully access safe via technical means
- 1423 - Exit photos of "45 Office" initiated
- 1633 - Search of MAL premises concluded
- 1819 - Receipt for Property provided to Attorney Per. 12 ███████
- 1839 - FBI exits MAL premises
- 1952 - Seized evidence arrived at MM
- 2018 - Seized evidence secured in MM temporary storage

- August 9, 2022
  - 0708 - Seized evidence removed from MM temporary storage
  - 0713 - Convoy briefing provided by ████████████
  - 0754 - Seized evidence departed MM
  - 0834 - Seized evidence arrived at Fort Lauderdale-Hollywood
    International Airport (FLL)
  - 0835 - Seized evidence loaded on aircraft
  - 0849 - Aircraft departs FLL
  - 1100 - Aircraft arrives at Reagan International Airport (DCA)
  - 1115 - MM Filter Team Lead transfers potentially privileged seized
    evidence to WFO Filter Team
  - 1120 - Seized evidence depart DCA
  - 1150 - Seized evidence arrived at WFO

    A total of forty-five (45) pieces of evidence, comprised of boxes and
sets of miscellaneous documents, were seized from the premises described in
Attachment A. Thirty-nine (39) of the boxes and/or sets of documents
contained comingled items described in Attachment B. Six (6) of the boxes
and/or sets of documents contained potentially privileged items comingled
with items described in Attachment B. On August 10, 2022 upon further review
by FBI WFO, one (1) box was determined to contain potentially privileged
information and was provided to the WFO Filter Team.

    Storage Room:

- Ten (10) boxes which contained classified marked physical document
- Five (5) boxes which contained both potentially privileged items
  co-mingled with items in Attachment B

Subject to Protective Order                                    USA-00940245

FD-302a (Rev. 5-8-10)

(U//FOUO) Search of Mar-a-Lago premises on

Continuation of FD-302 of August 8, 2022 _____, On 08/08/2022 , Page 3 of 3

- Eleven (11) boxes which contained non-classified marked items in Attachment B

"45 Office" Staff Room/Anteroom:

- One (1) box which contained both potentially privileged items co-mingled with items in Attachment B
- Two (2) boxes which contained non-classified marked items in Attachment B
- Two (2) individual physical documents which contained non-classified marked items in Attachment B

"45 Office" Private Office adjacent to Staff Room:

- One (1) individual physical document which contained non-classified marked items in Attachment B
- One (1) individual classified marked physical document

"45 Office" Private Office's closet:

- One (1) box which contained classified marked physical documents

The following items will be maintained in the attached 1A:

- Three (3) signed FD-597 documents
- Three (3) SD cards
- One (1) Map of MAL premises

Subject to Protective Order                                                                USA-00940246