# EXHIBIT 5

FD-674a (7-24-2017)　　　　**ERT PHOTOGRAPHIC LOG**　　　　PAGE 1 OF 6

FD-674a (7-24-2017)

**DATE** 8/08/22

**CASE ID** ▮▮▮▮▮▮▮▮▮▮

**PHOTOGRAPHER** SA ▮▮▮ FBI 24

**LOCATION** Mar-a-Lago (45/office)
1100 S Ocean Blvd
Palm Beach, FL 33480

FBI

Subject to Protective Order　　　　USA-01285286

FD-674a (7-24-2017)     **ERT PHOTOGRAPHIC LOG**     PAGE 1 OF 6

**GENERAL INFORMATION**

LOCATION: Mar-a-Lago (45 office)
DATE: 8/08/22
1100 S. Ocean Blvd., Palm Beach, FL 33480
CASE ID: [redacted]

CAMERA TYPE: Nikkon D780    CARD #: 1
PREPARER/PHOTOGRAPHER: [redacted] / SA [redacted]     FBI 23, 16
REMARKS: FBI 24

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / **Other** / Items # | Long / Med / Close | | Photo Log |
| 2 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 3 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 4 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 5 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 6 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 7 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Entry from doorway (45 office) |
| 8 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 9 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 10 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 11 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 12 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 13 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 14 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 office) |
| 15 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 16 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 17 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 18 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 office secretary |
| 19 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 office secretary |
| 20 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |
| 21 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |

FBI 23

| # | Type | Shot | Notes |
|---|---|---|---|
| 22 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 23 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 24 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 25 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 26 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 27 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 28 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 29 | Entry / Exit / Other / (Items #) 1 | Long / Med / Close | Item 1 & 1A Locations |
| 30 | Entry / Exit / Other / (Items #) 1 | Long / (Med) / Close | Item 1 & 1A Locations |
| 31 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Item 1 & 1A Locations |
| 32 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Item 1 & 1A Locations |
| 33 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Items 1 & 1A Locations |
| 34 | Entry / Exit / Other / (Items #) 1, 1A | Long / (Med) / (Close) | |
| 35 | Entry / Exit / Other / (Items #) 1, 1A | Long / Med / (Close) | |
| 36 | Entry / Exit / Other / (Items #) 1, 1A | Long / Med / (Close) | |
| 37 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 39 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 40 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 41 | Entry / Exit / Other / (Items #) 2 | (Long) / Med / Close | |
| 42 | Entry / Exit / Other / (Items #) 2 | Long / (Med) / Close | |
| 43 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | |
| 44 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | |
| 45 | Entry / Exit / Other / (Items #) | (Long) / Med / Close | Item 3 Location |
| 46 | Entry / Exit / Other / (Items #) | Long / (Med) / Close | Item 3 Location |
| 47 | Entry / Exit / Other / (Items #) | Long / Med / (Close) | Item 3 Location |

Subject to Protective Order　　　　　USA-01285288

FD-674a (7-24-2017)    **ERT PHOTOGRAPHIC LOG**    PAGE ~~3~~ 4 OF ~~5~~ 6

| # | Entry/Exit/Other | Items # | Long/Med/Close | Notes |
|---|---|---|---|---|
| 48 | | (Items #) 3 | (Close) | with scale |
| 49 | | (Items #) 2A | (Close) | with scale |
| 50 | | (Items #) 2A | (Close) | with scale |
| 51 | | (Items #) 2A | (Close) | with scale |
| 52 | | (Items #) 2A | (Close) | with scale |
| 53 | | (Items #) 4 | (Long) | Drawer, Item 4 Location |
| 54 | | (Items #) 4 | (Med) | Drawer, Item 4 Location |
| 55 | | (Items #) 4 | (Close) | Drawer, Item 4 Location |
| 56 | | Items # 5 | (Long) | bin location - Item 5 |
| 57 | | Items # 5 | (Med) | bin location - Item 5 |
| 58 | | Items # 5 | (Close) | bin location - Item 5 |
| 59 | | Items # 5 | (Close) | with scale |
| 60 | | Items # 5 | (Close) | with scale |
| 61 | | Items # 5 | (Close) | with scale |
| 62 | (Entry) | | | room G |
| 63 | (Entry) | | | room G |
| 64 | (Entry) | | | room G |
| 65 | (Entry) | | (Long) | Item 6 location |
| 66 | | | (Med) | Item 6 location |
| 67 | | | (Close) | Item 6 location |
| 68 | | Items # 6 | (Close) | with scale |
| 69 | | | (Long) | Item 7 location |
| 70 | | | (Med) | Item 7 location |
| 71 | | | (Close) | Item 7 location |
| 72 | | Items # 7 | (Close) | with scale |
| 73 | (Other) | | | room F wall safe |

Subject to Protective Order   USA-01285289

FD-674a (7-24-2017)        **ERT PHOTOGRAPHIC LOG**       PAGE ~~5~~ 5 OF 6

| # | Entry / Exit / Other / Items # | Long / Med / Close | Description |
|---|---|---|---|
| 74 | (Other) | Long / Med / Close | room F wall safe |
| 75 | (Other) | Long / Med / Close | room F wall safe |
| 76 | | Long / Med / Close | room label B |
| 77 | | Long / Med / Close | room label C |
| 78 | | Long / Med / Close | room label D |
| 79 | | Long / Med / Close | room label E |
| 80 | | Long / Med / Close | room label F |
| 81 | | Long / Med / Close | room label G |
| 82 | (Exit) | Long / Med / Close | room F |
| 83 | (Exit) | Long / Med / Close | room F |
| 84 | (Exit) | Long / Med / Close | room F |
| 85 | (Exit) | Long / Med / Close | room E |
| 86 | (Exit) | Long / Med / Close | room E |
| 87 | (Exit) | Long / Med / Close | room E |
| 88 | (Exit) | Long / Med / Close | room C |
| 89 | (Exit) | Long / Med / Close | room C |
| 90 | (Exit) | Long / Med / Close | room C |
| 91 | (Exit) | Long / Med / Close | room C |
| 92 | (Exit) | Long / Med / Close | room C |
| 93 | (Exit) | Long / Med / Close | room C |
| 94 | (Exit) | Long / Med / Close | room C |
| 95 | (Exit) | Long / Med / Close | room D |
| 96 | (Exit) | Long / Med / Close | room D |
| 97 | (Exit) | Long / Med / Close | room G |
| 98 | (Exit) | Long / Med / Close | room G |
| 99 | (Exit) | Long / Med / Close | room B |

FD-674a (7-24-2017)　　　　　　**ERT PHOTOGRAPHIC LOG**　　　　　PAGE 6 OF 6

| # | Entry / Exit / Other / Items # | Long / Med / Close | | Notes |
|---|---|---|---|---|
| 100 | Exit | Long / Med / Close | | Room B |
| 101 | Exit | Long / Med / Close | | Room B |
| 102 | Exit | Long / Med / Close | | Room B |
| 103 | Exit | Long / Med / Close | | Room B |
| 104 | Exit | Long / Med / Close | | Room B |
| 105 | Exit | Long / Med / Close | | 45 office |
| 106 | Other | Long / Med / Close | | 3rd Floor rooms across 45 office |
| 107 | Other | Long / Med / Close | | 3rd Floor rooms across 45 office |
| 108 | Other | Long / Med / Close | | 3rd Floor rooms across 45 office |
| 109 | Other | Long / Med / Close | | 3rd Floor rooms across 45 office |
| 110 | Other | Long / Med / Close | | 3rd Floor rooms across 45 office |
| 111 | Other | Long / Med / Close | | 3rd Floor rooms across 45 office |
| 112 | Other | Long / Med / Close | | 4th Floor door |
| 113 | Other | Long / Med / Close | | 4th Floor door |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | | |

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**   PAGE 1 OF 9

FD-674a (7-24-2017)

DATE 8/08/22

CASE ID ████████████

PHOTOGRAPHER SA ███ FBI 24 ███ FBI

LOCATION Mar-a-Lago (residence)
1100 S Ocean Blvd
Palm Beach, FL 33480

Subject to Protective Order                                                    USA-01285292

FD-674a (7-24-2017)   ERT PHOTOGRAPHIC LOG   PAGE 2 OF 9

## GENERAL INFORMATION

LOCATION: Mar-a-Lago (Residence), 1100 S. Ocean Blvd., Palm Beach, FL 33480
DATE: 8/8/2022          CASE ID: ▮▮▮▮▮

CAMERA TYPE: Nikon D780     CARD #: 1
PREPARER/PHOTOGRAPHER: ▮▮▮ FBI 16, 24 ▮▮▮
REMARKS:

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / Other / Items # | Long / Med / Close | | Photo log |
| 2 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Front door exterior entry residence |
| 3 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Front door exterior entry residence |
| 4 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Front door exterior entry residence |
| 5 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Entrance |
| 6 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Entrance |
| 7 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Entrance |
| 8 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Entrance |
| 9 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Entrance |
| 10 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Entrance |
| 11 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Bedrooms |
| 12 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Bedrooms |
| 13 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Bedrooms |
| 14 | Entry / Exit / Other / Items # | Long / Med / Close | | Foyer - Bedrooms |
| 15 | Entry / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |
| 16 | Entry / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |
| 17 | Entry / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |
| 18 | Entry / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |
| 19 | Entry / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |
| 20 | Entry / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |
| 21 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Former First Lady Master Bedroom suite |

| # | Entry / Exit / Other / Items # | Long / Med / Close | Description |
|---|---|---|---|
| 22 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 23 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 24 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 25 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 26 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 27 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 28 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 29 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady Master Bedroom suite |
| 30 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 31 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 32 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 33 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 34 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 35 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 36 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 37 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 39 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 40 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 41 | Entry / Exit / Other / Items # | Long / Med / Close | Former First Lady master Bedroom suite |
| 42 | Entry / Exit / Other / Items # | Long / Med / Close | Former President's Bedroom suite |
| 43 | Entry / Exit / Other / Items # | Long / Med / Close | Former President's Bedroom suite |
| 44 | Entry / Exit / Other / Items # | Long / Med / Close | Former President's Bedroom suite |
| 45 | Entry / Exit / Other / Items # | Long / Med / Close | Former President's Bedroom suite |
| 46 | Entry / Exit / Other / Items # | Long / Med / Close | Former President's Bedroom suite |
| 47 | Entry / Exit / Other / Items # | Long / Med / Close | Former President's Bedroom suite |

FD-674a (7-24-2017) — ERT PHOTOGRAPHIC LOG — PAGE 34 OF 9

| # | Entry / Exit / Other / Items # | Long / Med / Close | | Description |
|---|---|---|---|---|
| 48 | Entry / Exit / Other / Items # | Long / Med / Close | | Former President's Bedroom suite |
| 49 | Entry / Exit / Other / Items # | Long / Med / Close | | Closet off Bedroom Foyer |
| 50 | Entry / Exit / Other / Items # | Long / Med / Close | | Closet off Bedroom Foyer |
| 51 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 52 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 53 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 54 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 55 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 56 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 57 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 58 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 59 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 60 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 61 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 62 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 63 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 64 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 65 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 66 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 67 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 68 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 69 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 70 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 71 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 72 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 73 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |

Subject to Protective Order — USA-01285295

| # | Entry/Exit/Other/Items # | Long/Med/Close | | Description |
|---|---|---|---|---|
| 74 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 75 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 76 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 77 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 78 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 79 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 80 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 81 | Entry / Exit / Other / Items # | Long / Med / Close | | Binder from Former First Lady's Bedroom |
| 82 | Entry / Exit / Other / Items # | Long / Med / Close | | Entrance to lower level of residence |
| 83 | Entry / Exit / Other / Items # | Long / Med / Close | | Hall/stairway to lower level |
| 84 | Entry / Exit / Other / Items # | Long / Med / Close | | Hall/stairway to lower level |
| 85 | Entry / Exit / Other / Items # | Long / Med / Close | | Hall/stairway to lower level |
| 86 | Entry / Exit / Other / Items # | Long / Med / Close | | Hall/stairway to lower level |
| 87 | Entry / Exit / Other / Items # | Long / Med / Close | | Hall/stairway to lower level |
| 88 | Entry / Exit / Other / Items # | Long / Med / Close | | Hall/stairway to lower level |
| 89 | Entry / Exit / Other / Items # | Long / Med / Close | | Hallway lower level |
| 90 | Entry / Exit / Other / Items # | Long / Med / Close | | Hallway lower level |
| 91 | Entry / Exit / Other / Items # | Long / Med / Close | | Hallway lower level |
| 92 | Entry / Exit / Other / Items # | Long / Med / Close | | Storage room off Hallway |
| 93 | Entry / Exit / Other / Items # | Long / Med / Close | | Storage room off Hallway |
| 94 | Entry / Exit / Other / Items # | Long / Med / Close | | AC closet |
| 95 | Entry / Exit / Other / Items # | Long / Med / Close | | AC closet |
| 96 | Entry / Exit / Other / Items # | Long / Med / Close | | Child's bedroom suite lower level |
| 97 | Entry / Exit / Other / Items # | Long / Med / Close | | Child's bedroom suite lower level |
| 98 | Entry / Exit / Other / Items # | Long / Med / Close | | Child's bedroom suite lower level |
| 99 | Entry / Exit / Other / Items # | Long / Med / Close | | Child's bedroom suite lower level |

Subject to Protective Order       USA-01285296

| # | Entry / Exit / Other / Items # | Long / Med / Close | | Description |
|---|---|---|---|---|
| 100 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 101 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 102 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 103 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 104 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 105 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 106 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 107 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 108 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 109 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 110 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 111 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 112 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 113 | Entry / Exit / Other / Items # | Long / Med / Close | | child's bedroom suite lower level |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | | Hallway |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | | Gym |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | | Gym |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | | Gym |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | | Closet off Hallway |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | | Kitchen |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | | Kitchen |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | | Kitchen |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | | Hallway off Kitchen |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | | Hallway off Kitchen |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | | office |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | | office |

FD-674a (7-24-2017) — **ERT PHOTOGRAPHIC LOG** — PAGE 7 OF 9

| # | Entry / Exit / Other / Items # | Long / Med / Close | Description |
|---|---|---|---|
| 126 | Entry | Long / Med / Close | office |
| 127 | Entry | Long / Med / Close | office |
| 128 | Entry | Long / Med / Close | AC closet |
| 129 | Entry | Long / Med / Close | stairway to master closet |
| 130 | Entry | Long / Med / Close | Entrance way/Foyer to master closet |
| 131 | Entry | Long / Med / Close | Master closet |
| 132 | Entry | Long / Med / Close | Master closet |
| 133 | Entry | Long / Med / Close | Master closet |
| 134 | Entry | Long / Med / Close | Master closet |
| 135 | Entry | Long / Med / Close | Master closet |
| 136 | Entry | Long / Med / Close | Master closet |
| 137 | Entry | Long / Med / Close | Master closet |
| 138 | Entry | Long / Med / Close | Master closet |
| 139 | Entry | Long / Med / Close | closet on Bottom of stairs lower level |
| 140 | Entry | Long / Med / Close | closet off master closet |
| 141 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 142 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 143 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 144 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 145 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 146 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 147 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 148 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 149 | Exit | Long / Med / Close | child's bedroom suite lower level |
| 150 | Exit | Long / Med / Close | storage closet |
| 151 | Exit | Long / Med / Close | AC closet |

Subject to Protective Order
USA-01285298

FD-674a (7-24-2017)          **ERT PHOTOGRAPHIC LOG**          PAGE 8 OF 9

| # | Type | Shot | | Description |
|---|---|---|---|---|
| 152 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Gym |
| 153 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Gym |
| 154 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Storage closet |
| 155 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Kitchen |
| 156 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Hallway outside office |
| 157 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Hallway outside office |
| 158 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Office |
| 159 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Office |
| 160 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Mechanical closet off office |
| 161 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Closet on bottom of stairs lower level |
| 162 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Master closet |
| 163 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Master closet |
| 164 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Master closet |
| 165 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Master closet |
| 166 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Master closet |
| 167 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Master closet |
| 168 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Stairway leading to master closet |
| 169 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Hall/stairway to upper level |
| 170 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Foyer - entrance |
| 171 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Foyer - entrance |
| 172 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Former First Lady master Bedroom suite |
| 173 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Former First Lady master Bedroom suite |
| 174 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Former First Lady master Bedroom suite |
| 175 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Former First Lady master Bedroom suite |
| 176 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Former First Lady master Bedroom suite |
| 177 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Former First Lady master Bedroom suite |

Subject to Protective Order        USA-01285299

| # | Entry / Exit / Other / Items # | Long / Med / Close | | Description |
|---|---|---|---|---|
| 178 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 179 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 180 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 181 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 182 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 183 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 184 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 185 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 186 | Exit | Long / Med / Close | | Former First Lady master Bedroom suite |
| 187 | Exit | Long / Med / Close | | Former President's Bedroom suite |
| 188 | Exit | Long / Med / Close | | Former President's Bedroom suite |
| 189 | Exit | Long / Med / Close | | Former President's Bedroom suite |
| 190 | Exit | Long / Med / Close | | Former President's Bedroom suite |
| 191 | Exit | Long / Med / Close | | Former President's Bedroom suite |
| 192 | Exit | Long / Med / Close | | Former President's Bedroom Suite |
| 193 | Exit | Long / Med / Close | | Former President's Bedroom Suite |
| 194 | Exit | Long / Med / Close | | Foyer - Bedrooms |
| 195 | Exit | Long / Med / Close | | Foyer - Bedrooms |
| 196 | Exit | Long / Med / Close | | Storage closet of Foyer - Bedrooms |
| 197 | Exit | Long / Med / Close | | Foyer - Entrance |
| 198 | Exit | Long / Med / Close | | Foyer - Entrance |
| 199 | Exit | Long / Med / Close | | Foyer - Entrance |
| 200 | Exit | Long / Med / Close | | Foyer - Entrance |
| 201 | Exit | Long / Med / Close | | Front door exterior to residence |
| 202 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 203 | Entry / Exit / Other / Items # | Long / Med / Close | | |