# EXHIBIT 17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENA
GJ 42-17 and GJ 42-69

Case No. 23-gj-10 (BAH)

Chief Judge Beryl A. Howell

<u>UNDER SEAL</u>

## ORDER

[Per. 18] and [redacted] (the "Witnesses"), attorneys who have represented former President Donald J. Trump, received grand jury subpoenas for documents and testimony and declined to comply in full because of the former president's invocation of attorney-client privilege and the work-product doctrine, as well as, in [Per. 18]'s case, the attorney's own independent claim to the protection of his opinion work product. The government filed the instant Motion to Compel, ECF No. 1, together with an *ex parte* supplement in support of the Motion, ECF No. 2, seeking an order to compel the Witnesses to give testimony and produce documents previously objected to by [Per. 18] and the former president.

Upon consideration of the government's Motion and its *ex parte* supplement and the exhibits thereto; the oppositions submitted by the former president and [Per. 18] the government's reply brief; the extensive supplemental briefing filed at the Court's direction by the former president, [Per. 18] and the government; the March 9, 2023 hearing involving arguments from counsel for the former president, [Per. 18] and the government; [Per. 18]'s *in camera, ex parte* submission of the documents he withheld from the government; and the entire record herein, the Court finds that (1) the government has made a prima facie showing that the former president committed criminal violations; (2) the crime-fraud exception applies to pierce any attorney-client privilege and fact work-product doctrine protection that would otherwise

protect (a) all six topics, as enumerated below, upon which the government seeks testimony from the Witnesses, with the exception, for ▆▆▆ of the final topic, (b) documents withheld by Per. 18 reflecting his efforts to comply with the grand jury subpoena issued to the Office of Donald J. Trump on May 11, 2022, and (c) documents withheld by Per. 18 that may have informed his knowledge of the June 24, 2022 grand jury subpoena issued to the Trump Organization in advance of his conversation with the former president in the afternoon of June 24, 2022; and (3) Per. 18 may withhold certain responsive documents in their entirety and others in part from the government on the basis of his independent claim to opinion work product protection, which the government does not presently argue is vitiated by the crime-fraud exception, as set forth in the attached Appendices. Accordingly, it is hereby—

**ORDERED** that the government's Sealed Motion to Compel Testimony, ECF No. 1, is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that Per. 18 is to appear before the Grand Jury of the U.S. District Court for the District of Columbia and give testimony, which has previously been the subject of an assertion by the former president of the attorney-client privilege and work-product doctrine protection, as well as an assertion by Per. 18 of opinion work product protection as to his own testimony, relating, but not limited to, any communications and meetings regarding the following six topics, and any similar such communications or meetings:

(1) ███████████████████████████████████████
███████

(2) ███████████████████████████████████████
███████████████████████;

Subject to Protective Order
USA-01288784

(3) The identities of individuals involved in selecting Per. 12 s, the reasons for Per. 12's selection, and communications (with Per. 12 and others) related to P. 12 selection;

(4) ██████████████████████████████████████████

(5) ██████████████████████████████████████████ ; and

(6) What Per. 18 discussed with former President Donald J. Trump in a phone call on June 24, 2022; and it is further

**ORDERED** that ████████ is to appear before the Grand Jury of the U.S. District Court for the District of Columbia and give testimony, which has previously been the subject of an assertion by the former president of the attorney-client privilege and work-product doctrine protection, relating, but not limited to, the first five of the above-enumerated topics; and it is further

**ORDERED** that, by noon on March 20, 2023, Per. 18 shall produce to the government: (1) the documents listed in Appendix A, (2) the documents listed in Appendix B-1 with Per. 18's proposed redactions executed, and (3) the documents listed in Appendix B-2 as redacted by the Court, which are appended as Attachments 1 and 2 to a separate Order filed *ex parte* with disclosure only to Per. 18 and the government; and it is further

**ORDERED** that the government's motion is DENIED as to the single withheld document by ████ unless such document is a duplicate of any documents withheld by Per. 18 upon which this Court has ruled and ordered production, in part or in full; and it is further

Subject to Protective Order

USA-01288785

**ORDERED** that, by 10 a.m. on March 20, 2023, the government shall redact the accompanying Memorandum Opinion as necessary to protect matters occurring before the grand jury and the ongoing investigation, and disclose the resulting redacted Opinion, through counsel, to the Witnesses and former president, and file the redacted Opinion on the docket by the same time.

**SO ORDERED.**

Date: March 17, 2023

_____
BERYL A. HOWELL
Chief Judge

## APPENDIX A:
## NON-PRIVILEGED DOCUMENTS
## THAT MUST BE PRODUCED

| # | Doc ID | # | Doc ID |
|---|---|---|---|
| 1 | PRIV-002 | 39 | -PRIV-064 |
| 2 | PRIV-003 | 40 | -PRIV-067 |
| 3 | PRIV-004 | 41 | -PRIV-068 |
| 4 | PRIV-005 | 42 | -PRIV-069 |
| 5 | PRIV-006 | 43 | -PRIV-070 |
| 6 | PRIV-007 | 44 | -PRIV-081 |
| 7 | PRIV-009 | 45 | -PRIV-084 |
| 8 | PRIV-010 | 46 | -PRIV-085 |
| 9 | PRIV-011 | 47 | -PRIV-086 |
| 10 | PRIV-012 | 48 | -PRIV-087 |
| 11 | PRIV-013 | 49 | -PRIV-088 |
| 12 | PRIV-014 | 50 | -PRIV-089 |
| 13 | PRIV-015 | 51 | -PRIV-091 |
| 14 | PRIV-016 | 52 | -PRIV-092 |
| 15 | PRIV-017 | 53 | -PRIV-093 |
| 16 | PRIV-021 | 54 | -PRIV-094 |
| 17 | PRIV-022 | 55 | -PRIV-099 |
| 18 | PRIV-023 | 56 | -PRIV-102 |
| 19 | PRIV-024 | 57 | -PRIV-103 |
| 20 | PRIV-025 | 58 | -PRIV-104 |
| 21 | PRIV-026 | | |
| 22 | PRIV-028 | | |
| 23 | PRIV-029 | | |
| 24 | PRIV-030 | | |
| 25 | PRIV-037 | | |
| 26 | PRIV-038 | | |
| 27 | PRIV-041 | | |
| 28 | PRIV-042 | | |
| 29 | PRIV-043 | | |
| 30 | PRIV-044 | | |
| 31 | PRIV-047 | | |
| 32 | PRIV-050 | | |
| 33 | PRIV-053 | | |
| 34 | PRIV-055 | | |
| 35 | PRIV-057 | | |
| 36 | PRIV-058 | | |
| 37 | PRIV-059 | | |
| 38 | PRIV-060 | | |

P. 18

## APPENDIX B-1:
## DOCUMENTS THAT MUST BE PRODUCED
## WITH OPINION WORK PRODUCT REDACTIONS
## AS PROPOSED BY ▮Per. 18▮

The following documents must be produced with the redactions proposed by ▮Per. 18▮

| | | |
|---|---|---|
| 1 | ▮P. 18▮ | -PRIV-027 |
| 2 | | -PRIV-031 |
| 3 | | -PRIV-036 |
| 4 | | -PRIV-039 |
| 5 | | -PRIV-063 |
| 6 | | -PRIV-095 |
| 7 | | -PRIV-096 |
| 8 | | -PRIV-097 |
| 9 | | -PRIV-098 |
| 10 | | -PRIV-101 |

\*\*

## APPENDIX B-2:
## DOCUMENTS THAT MUST BE PRODUCED
## WITH OPINION WORK PRODUCT REDACTIONS
## AS MADE BY THE COURT

The following documents must be produced as redacted by the Court in the versions attached to the separate *ex parte* Order.

| | | |
|---|---|---|
| 1 | ▮P. 18▮ | -PRIV-082 |
| 2 | | -PRIV-083 |

Subject to Protective Order

## APPENDIX C:
## DOCUMENTS THAT MAY BE
## ENTIRELY WITHHELD

| | | Per. 18 | |
|---|---|---|---|
| 1 | | | PRIV-001 |
| 2 | | | PRIV-008 |
| 3 | | | PRIV-018 |
| 4 | | | PRIV-019 |
| 5 | | | PRIV-020 |
| 6 | | | PRIV-032 |
| 7 | | | PRIV-033 |
| 8 | | | PRIV-034 |
| 9 | | | PRIV-035 |
| 10 | | | PRIV-040 |
| 11 | | | PRIV-045 |
| 12 | | | PRIV-046 |
| 13 | | | PRIV-048 |
| 14 | | | PRIV-049 |
| 15 | | | PRIV-051 |
| 16 | | | PRIV-052 |
| 17 | | | PRIV-054 |
| 18 | | | PRIV-056 |
| 19 | | | PRIV-061 |
| 20 | | | PRIV-062 |
| 21 | | | PRIV-065 |
| 22 | | | PRIV-066 |
| 23 | | | PRIV-071 |
| 24 | | | PRIV-072 |
| 25 | | | PRIV-073 |
| 26 | | | PRIV-074 |
| 27 | | | PRIV-075 |
| 28 | | | PRIV-076 |
| 29 | | | PRIV-077 |
| 30 | | | PRIV-078 |
| 31 | | | PRIV-079 |
| 32 | | | PRIV-080 |
| 33 | | | PRIV-090 |
| 34 | | | PRIV-100 |

7

Subject to Protective Order                                                                                     USA-01288789