# EXHIBIT 19

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE GRAND JURY SUBPOENA<br>GJ 42-17 and GJ 42-69 | Case No. 23-gj-10 (BAH)<br><br>Chief Judge Beryl A. Howell<br><br>**UNDER SEAL**<br><br>**EX PARTE TO GOVERNMENT AND**<br>█ Per. 18 █ **ONLY** |

## ORDER

In accordance with the conclusions detailed in the Court's Memorandum Opinion, the

Court has redacted █P. 18█-PRIV-082 and █P. 18█-PRIV-083 to remove █ Per. 18 █'s opinion work

product, which redacted versions are attached to this Order as Attachment 1 and Attachment 2,

respectively. It is hereby **ORDERED** that counsel for █ Per. 18 █ and the government shall file,

by 2 p.m. on March 20, 2023, their positions as to whether the attachments may be released to

former President Donald J. Trump and his counsel.

**SO ORDERED.**

Date: March 17, 2023

_____
BERYL A. HOWELL
Chief Judge

**ATTACHMENT 1**

**REDACTED** P. 18 **-PRIV-082**

Subject to Protective Order

USA-01288791

Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

USA-01288794

Subject to Protective Order

USA-01288795



Subject to Protective Order



USA-01288797



Subject to Protective Order

USA-01288798

Subject to Protective Order

USA-01288799

Subject to Protective Order

USA-01288800

Subject to Protective Order

USA-01288801



Subject to Protective Order

Subject to Protective Order

Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-01288808



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-01288812



Subject to Protective Order

Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

USA-01288816

Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

**ATTACHMENT 2**

**REDACTED** ██P. 18██**-PRIV-083**

Subject to Protective Order                                                    USA-01288820



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

USA-01288824



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-01288827



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-01288832



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

# EXHIBIT 20

Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125 US



### Certification of Business Records

I, ███████████ the undersigned, declare that I am employed by FedEx Express in the Legal Department as a Senior Paralegal Specialist; and by my position, am authorized and qualified to make this certification.

Based upon a diligent search and to my knowledge, I certify that the accompanying records are copies of all documents, information, and things that:

1. were made at or near the time by – or from information transmitted by – someone with knowledge;
2. were kept in the course of regularly conducted activity of a business; and
3. making the records was a regular practice of that activity.

Records deemed privileged or protected from disclosure, if any, do not accompany this response.

I certify and declare, under penalty of perjury that the foregoing is true and correct.

Place of Execution:     FedEx Express
                        Legal Department
                        3620 Hacks Cross Road
                        Building B -- Third Floor
                        Memphis, TN 38125

████████████████████████████████████
████████████████, sr. paralegal specialist,
and custodian of records

SWORN TO AND SUBSCRIBED before me on this 27th day of Sept. 2022

████████████████████████████████████
Notary Public in and for
The State of Tennessee

My Commission Expires: 04/22/2025

_____

TENNESSEE NOTARY PUBLIC SHELBY COUNTY MY COMMISSION EXPIRES 4-22-2025

Subject to Protective Order

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, ███████████, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL produced November 14, 2022 in response to the legal process served on Apple on November 8, 2022.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

>   a.   made at or near the time by — or from information transmitted by — someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

>   b.   kept in the course of a regularly conducted activity of Apple's business; and

>   c.   made as part of a regular practice of the activity of Apple's business.

Subject to Protective Order

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  November 14, 2022                      APPLE INC.

By: ████████████████

Name: ███████████

Title:  Legal Specialist, Apple Inc.