# EXHIBIT 2



Subject to Protective Order

USA-00806217



Subject to Protective Order



Subject to Protective Order

USA-00806230



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order