# EXHIBIT 3



Subject to Protective Order

USA-00806244



Case 9:23-cr-80101-AMC Document 567-3 Entered on FLSD Docket 05/21/2024 Page 4 of 9



Subject to Protective Order

USA-00806246





Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-00806250



Subject to Protective Order