# EXHIBIT 4





Subject to Protective Order
USA-00808593



Subject to Protective Order

USA-00808594



Subject to Protective Order

USA-00808595