# EXHIBIT 5



Subject to Protective Order

USA-00805861



Subject to Protective Order

USA-00805959



Subject to Protective Order

USA-00805977





Subject to Protective Order

USA-00806054





Subject to Protective Order   USA-00806056



Subject to Protective Order

USA-00806057



Subject to Protective Order

USA-00806058



Subject to Protective Order

USA-00806060