UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF COMPLIANCE

Pursuant to the Court's paperless order at ECF No. 573, the Government hereby provides notice that today it filed under seal fully unredacted versions of the following two responses to motions: (1) Government's Opposition to Waltine Nauta's Motion to Dismiss the Indictment Based on Selective and Vindictive Prosecution (filed in redacted form at ECF No. 486); and (2) Government's Surreply to Defendant Waltine Nauta's Motion to Dismiss for Selective and Vindictive Prosecution (filed in redacted form at ECF No. 488).

Dated: May 23, 2024

                        Respectfully submitted,

                        JACK SMITH
                        Special Counsel

By:    */s/ Jay I. Bratt*
            Jay I. Bratt
            Counselor to the Special Counsel
            Special Bar ID #A5502946
            950 Pennsylvania Avenue, N.W.
            Washington, D.C.  20530

            David V. Harbach, II
            Assistant Special Counsel
            Special Bar ID #A5503068

**CERTIFICATE OF SERVICE**

  I, Michael E. Thakur, certify that on May 23, 2024, I served the foregoing document on all parties via CM/ECF.

                */s/ Michael E. Thakur*
                Michael E. Thakur