UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

       Defendants.

Case No. 23-80101-CR
CANNON/REINHART

## JOINT STATUS REPORT

President Donald J. Trump respectfully submits this Joint Status Report in response to paragraph 5 of the Court's June 5, 2024 Order, ECF No. 605, and following conferral with the Special Counsel's Office.

There are two additional documents that may be pertinent to the Court's studied resolution of the privilege and work-product issues raised in President Trump's Motion for Relief Related to Mar-A-Lago Raid and Unlawful Piercing of Attorney-Client Privilege.  ECF No. 566.  Those documents are located at ECF Nos. 14 and 16 in the District of Columbia proceeding with docket number 23-gj-10.  The parties to that proceeding were the Department of Justice, President Trump (represented by former counsel who have not appeared in this matter), and the attorney referenced in the Superseding Indictment as "Trump Attorney 1."  *See, e.g.*, ECF No. 85 ¶ 53.  The documents at issue are *ex parte* filings by "Trump Attorney 1" in response to two minute orders entered by the court in the District of Columbia.  None of the parties here has had access to these filings.  There is no pending transfer petition specifically related to these documents.

Dated: June 10, 2024                              Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707
*Counsel for President Donald J. Trump*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 6, 2024, counsel for President Trump and the Special Counsel's Office conferred telephonically regarding the Court's June 5, 2024 Order (ECF No. 605) and the information in this Joint Status Report. The parties have conferred in good faith and agree with the representations made in this Report.

*/s/ Christopher M. Kise*
Christopher M. Kise

## CERTIFICATE OF SERVICE

I, Christopher M. Kise, certify that on June 10, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

<u>/s/ Christopher M. Kise</u>
Christopher M. Kise