# EXHIBIT 3

**From:** ███FBI 17████████ (MM) (FBI)
**Subject:** Re: Please call me on asap
**To:** ███FBI 19████████ (WF) (FBI)
**Sent:** August 9, 2022 2:59 PM (UTC-04:00)

███FBI 5███ assisted me with what we discussed. Her number is ████████

She also has more updated information concerning where the documents were allegedly located.

---

**From:** ███FBI 19███████ (WF) (FBI) ████████
**Sent:** Tuesday, August 9, 2022 2:43:00 PM
**To:** ███FBI 17███████ (MM) (FBI) ████████
**Subject:** Please call me on asap

IM or desk
████████