# EXHIBIT 6

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO 

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U//FOUO) Meeting between Special Counsel, FBI WFO, and FBI MM (July 11-12, 2023)   **Date:** 11/28/2023

**From:** WASHINGTON FIELD
   **Contact:** FBI 9

**Approved By:**

**Drafted By:** FBI 9

**Case ID #:**   (U//FOUO) Search Warrant subfile SearchWarrant

**Synopsis:** (U//FOUO) Meeting between Special Counsel, FBI WFO, and FBI MM to discuss August 8, 2022 search of Mar-a-Lago

**Enclosure(s):** Enclosed are the following items:
1. (U) Meeting notes

**Details:**
On July 11 and 12, 2023, Special Counsel and FBI Washington Field Office (WFO) personnel met with FBI Miami Field (MM) personnel to discuss the execution of the August 8, 2022 search of Mar-a-Lago.

Participants in the meeting included:

- Assistant Special Counsel (ASC) David Raskin
- ASC Karen Gilbert
- WFO Special Agent (SA) FBI 9
- WFO SA FBI 21A
- MM SA FBI 39
- MM SA FBI 17 (Filter Team)
- MM SA FBI 36 (Filter Team)
- MM SA FBI 13 (Filter Team)
- MM Acting Supervisory Special Agent (A/SSA) FBI 37 (ERT)
- MM SA FBI 34 (ERT)
- MM SA FBI 23 (ERT)

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

Title: (U//FOUO) Meeting between Special Counsel, FBI WFO, and FBI MM (July 11-12, 2023)
Re: ███████████-SearchWarrant, 11/28/2023

- ███ FBI 32 ███ (ERT)
- ███ FBI 24 ███ (ERT)
- ██████████████████████ ██████████ (ERT)
- ██████ █████████ (ERT)
- ████████████████ ████████████ (ERT)
- ██████ █████████████ (ERT)
- MM SA FBI 16 ████████████
- ████████████████████ █████████████████
- ██████████ ██████████████

(U//FOUO) The original Agent notes will be maintained in the attached 1A.

♦♦

**UNCLASSIFIED//FOUO**

2