# EXHIBIT 7

Tuesday 11
~~Monday 10~~ July 2023    ①
~~Thursday~~
Friday 10am Ops Brief Teams - 32

Sunday 10 am Aug 6



[REDACTED] FBI 12 , + FBI 17
FBI 17 Sunday night call

6⁴² AM brief complete MM → to 2nd Rally
[REDACTED] Contact w/ USSS [RP2 Filter team mts grey van]
Meet w/ USSS [REDACTED]
    Publix
1st wave
    Cmd Vehicle [REDACTED]
    Copy Van  Filter + WTD + Sec + HQ
    ERT x 2
    Box truck            (walkthru
                          USSS/[REDACTED])
2nd wave
    ERT x 5
    1-3 x 2

Personnel in cars - save Sentries

FBI 22
[REDACTED]

FBI 31

North Exit Lane off Ocean Blvd ent.
[REDACTED] 1st ext plutar.



KEG/DAR ▮▮▮ @ MM ②

**FBI 39**
FBI 17
**FBI 36**
FBI 13
FBI 37
**FBI 34**
FBI 23
**FBI 32**
FBI 24

**FBI 16**

**PER. 12** ▮ - ▮ - maybe from ▮
walks up - talking to AONES.
Filming / photos.

- filter moved up to office while wait for
  unlock of storage. key in office.
- Filter / pax sent to storage, observed
  stiger cut bolt for storage. 1131 ▮ +
  ▮ went in storage for plann view.
- USSS SAC taking notes in little nbk.
- ▮ jo wee ▮
  in storage - at about 1/2 to 3/4 done

(3)

- Filter searches - order not preserved, filter material pulled to front/top of box for DC to explore.

- Filter in strg rm, passed out to anteroom, fore searches.

- [FBI 36] [FBI 13] [FBI 5] [FBI 17] [FBI 12] office filter

- [FBI 17] + [FBI 5] to desk
- [redacted] + [FBI 36] to closet

☆ [redacted] photo timestamp of unredacted Closet box photo.

[FBI 36] did [redacted] desk pls filter
11:22am Storage rm "Loc 1" trying again filter
2:12pm office search complete

☆ SAs - [redacted] did NOT know names went over.

Residence
USSS ASAC opened 1st → Pine Hall
- Filter [FBI 36] + [FBI 5] bedrooms
  [FBI 12]

(A)

- Res Photo - [redacted]
- Pine Hall → French Hall → Bedrooms → Downstairs to main res.
- Filter cleared upstairs then ERT search
- Filter moved downstairs

[FBI 37] [FBI 12] Motz
[redacted] Staff ducked rest of property
[redacted] had M 4:17pm complete

Wednesday 12 July 2023                                                    ①

▓▓▓▓▓▓▓▓▓▓

Filter + TLs Session
[FBI 34]     ,[FBI 23]          [FBI 13]
[FBI 17]     [FBI 36]
* Will have follow on call w/ [FBI 5] + [FBI 12]

Search + TLs
[FBI 34]     , [FBI 23]  ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓ - office until pkging complete →
then to storage for pkging.  ▓▓▓
pked non-classified.
▓▓▓▓ - took class
▓▓▓▓ - entered into comp

▓▓▓▓▓▓▓ - after filter going
thru for class
• Strg boxes st @ 8, 9 …
Item 10 - 1st box w/class in storage
   AIS   NATO sig.

Filter at some point, started pulling class
out + placed on top. Search team still
went through every doc.

Box 73 - [FBI 32]

* Names ▓▓▓ (Notify when go over in DISC)