# EXHIBIT 11

I. [FBI 12]   3/14/2024   2:25 pm

DVH ARM

Was with [FBI 17, 13, and 5] when search of Primary office

Potentially privileged removed to separate area and covered w/ sheet indicating potentially privileged doc until [FBI 12] confirmed investigative team done searching area from where it came + then they put doc back

[FBI 12] seizing agent for items in office seized that were potentially privileged

everything packaged closely so [FBI 12] unaware of contents

[FBI 12] not present in storage room for filter team work

never went in storage room

[FBI 12] did go to residence to help didn't find anything

①

[FBI 36]   5/15/24           8:35 am
         DvH    APM   [redacted]

[FBI 36 and 5] waited in van at beginning → they were alternates - eventually called in as other 3 needed help. Initially a plain view search → just when starting to open drawers + really search got word the storage room was accessible + [FBI 36] went down to storage room. When [FBI 36] got to storage room - Female agent from WFO there → door not yet been cut. [redacted] from MM SWAT used bolt cutters to break lock. [FBI 36] one of first into storage room. After [FBI 36] did plain view search to confirm no Attorney Client in open, photo went in and took initial photos then ERT went in and labelled everything. [FBI 36] filter search took place in storage room & to ensure no case team member could see anything potentially privileged → [FBI 36 and 5] did search together. When found privileged material in box, box sequestered. When found classified in box, searched entire box for potentially privileged, if none found, sent out of room to next team → ERT.

[FBI 36 and 5] searched different boxes - both one at a time. [FBI 36] ensured everything from a box went back into same box but order not practical to ensure it could be maintained. [FBI 36] "shocked" when [FBI 36] saw classified - "undoubtly clear" when [FBI 36] saw classified → obvious it was classified.

[FBI 36] recalls a couple of instances where [FBI 36] told case team classified material in box → didn't do it every time because happened too much. [FBI 36] just sent them out of storage room

[FBI 36] [FBI 36 and 5] went through every box in room one or the other → in constant communication
Some not sent out → clothing etc nothing responsive to search warrant

If [FBI 36] found box w/ "voluminous documents" sent to search team even if [FBI 36] didn't see classified docs responsive, err on side of caution

[FBI 36] has no recollection of taking classified out and placing on top of box so easier to find for case team

At some point [FBI 17 and 13] came to help
Don't recall any discussion w/ [FBI 17 and 13] about what to do if they found classified
[FBI 36 and 5] directed [FBI 17 and 13] about which boxes needed to be searched

[FBI 36] did not place any cover sheets into boxes
[FBI 36] does not believe any filter team member had any classified cover sheets
[FBI 36] never saw cover sheets in any box [FBI 36] searched
[FBI 36] would carry boxes out of room where search team would continue search & ERT would photo on butcher paper — search in ante room happening on boxes cleared by filter while filter team continued search in storage room

After done w/ storage room, [FBI 36] went to Residence
Initial walk through to look for privileged then ERT came in to photo everything

Case team still searching at storage room when filter team went to Residence

[FBI 36 and 5] [FBI 17 and 13] all to residence together → per [FBI 36] recollection

In residence w/ Secret Service chaperones

[FBI 36] remembers hearing locked door led to roof and was under construction so it was not going to be opened

[FBI 36] done after Residence

[FBI 36] did not take any notes nor author any 302

[FBI 36] does not recall any after action or lessons learned kind of meetings besides one w/ Kenn Gilbert and Dave Raskin

Subject to Protective Order                                    USA-01291470

**FBI 13**

5/15/24                9:35 am

DvH APM [redacted]

Briefly in ante room but then to office
mostly in office 2nd door on left
- [FBI 13] not part of initial walk through
- [FBI 13] not involved in desk search
- [FBI 13] began search of closet alone, started on left side of closet
- [FBI 13] searching box of documents when [FBI 5] came into closet to help w/ search
- [FBI 13] did majority of search of box but thinks [FBI 5] assisted for a little bit
- [FBI 13] looking for legal letterhead, indication of correspondence w/ lawyers etc first
- [FBI 13] also looking for classification banners, not content or presidential records

Blue box, [FBI 13] found no privileged but pertinent docs inside
- [FBI 13] told tell young male agent from WFO about pertinent
- [FBI 13] also communicated through [redacted]
- [FBI 13] searched box inside closet
- [FBI 13] searched entire box

found banner markings indicating classified
obvious when [redacted] came across class doc that it was classified

Does recall seeing cover sheets inside box
don't know one way or other if cover sheets in photo came from box
Also did see docs w/ text indicating actual classified info   header/footer, portion marks
Did not pay attention to content but knows content there that is classified

[FBI 13] When [FBI 5 and 36] and [FBI 17] went to storage room →
already there, [FBI 13] asked what [  ]
could do to help, [FBI 36 and 5] pointed [  ] to boxes
that needed to be searched still

[FBI 13] searched boxes looking for same as in office
One box at a time, box to box integrity a priority
Did not focus on maintaining order nor did [  ]
think [  ] could even if [  ] was focused on it
Impossible to maintain exact order, things thrown into
boxes — same true for blue box in other Closet
When [FBI 13] found responsive non-privileged [  ] alerted
others in storage room and boxes then given
to case team

[FBI 13] "I believe I did" when asked if [  ] pulled
classified out and placed on top
Thousands of docs inside box, impossible to keep
in order, pulled and placed on top → easier for case team to find
Did not put any placeholders inside box
5 boxes pulled for potentially privileged →
helpful processing or way out but not
involved in taping segregating in storage room
[FBI 13] did not take any notes nor write any 302s

[FBI 5]        3/15/24        10:35

DVH   ATM   [redacted]

First place [FBI 5] went was 45 office
[FBI 5] not involved in tipping drawer in FPOTUS' desk
Does not recall if photo of drawer is exactly as the drawer looked when [redacted] opened it
Protocol is photo evidence in place before touching
that was how they did everything that day
[FBI 13] went into closet first then [FBI 5] joined him
[FBI 5] searched low boxes or boxes removed from shelves
[redacted] did not move boxes as [redacted]
[FBI 5] did help [FBI 13] search blue box
Searched everything in closet, enough room so no need to take things out
At time photo taken w/ cover sheets [FBI 5] already in storage room
Not involved in placing cover sheets
[FBI 5] focused on classified markings not contents
just looking for markings that indicated it was classified
Don't recall if cover sheets were in blue box
[FBI 5] deferred to [FBI 13] on what needed to be done in closet as [redacted] was there first
[FBI 5] called out to go to storage room while in closet, [FBI 13] stayed to finish closet
[FBI 36] already there when [FBI 5] got to storage room
In storage room [FBI 5] searched one box at a time
No chance docs from one box ended up in another
"To best of my ability" [FBI 5] kept contents in order
impossible to maintain exact order
letters, newspapers, post-it notes, golf balls etc

[FBI 5] Responsive non-privileged boxes handed to team outside storage room → gave entire box

Non-responsive pA to right hand side of storage room

When [FBI 5] handed off box [REDACTED] did her best to ID where responsive docs were while maintaining order as well as could be

Not possible to maintain exact order as when first opened

When [FBI 13] + [FBI 17] came to help

[FBI 13] there whole time

[FBI 5] or [FBI 36] gave direction on what to search to [FBI 13 and 17]

When left storage room to go to Residence work still being done outside storage room

Secret Service w/ them whole time in Residence didn't find anything there

[FBI 5] did not take any notes or write any 302

[FBI 5] did find classified docs in boxes in storage room very obvious when class found, banner markings easy to find