# EXHIBIT 12

FBI 17

APM DvH

Started w/ ante-room → outside POTUS office
Did initial walk-thru to make sure nothing privileged in plain view then ERT in for pics

FBI 17, 13, and 5 in first

At some point FBI 36 left to go to storage room
Nothing in plain view

FBI 17 and 5 to POTUS desk first, FBI 17 to one side FBI 5 to other

FBI 5 found Macron doc in desk

FBI 17 went to Target day before → used tape on desk to seal as definitely privileged material inside

FBI 13 went to closet, spent a lot of time on box on floor - lots of classified inside

FBI 17 saw pic being set up, doesn't know who set up
Remembers seeing cover sheets, never seen these types before → doesn't know where they came from

Per. 34 desk → FBI 17 started on left side
no privileged or responsive docs found
KJU letter in desk drawer

FBI 36 and 5 called for help in storage room
FBI 17 and 13 went to help after done w/ 45 office

In storage room - FBI 17 did open boxes found classified
never personally found any privileged docs in a box

FBI 17 working in back corner of storage room - farthest from door

FBI 17 took papers out - laid down upside down next to box then flipped back over when putting back in box

FBI 17 kept everything in order to best of ability
can't say w/ 100% certainty everything in same order

FBI 17 only worked on 1 box at a time
"can't see that happening" to question of mixing docs between boxes

2

FBI 17 taped & wrote on privileged boxes
boxes kept separate even in different car back to P.O.
After storage room, met IGG who didn't need help
All 5 then to Residence
Bottom of Stairs closet on left
Per. 30 memorabilia → nothing privileged
FBI 17 did FBI 73 room + Per. 30 closet — nothing
FBI 17 can't remember anything about closet on left leading to stairway
FBI 17 does have notes he used for 302
not sure if in 1A
in his desk in Miami → sealed envelope

Subject to Protective Order                    USA-01291477