# EXHIBIT 14

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Evidence Item Splits from Copied NARA Boxes   **Date:** 03/05/2024

**From:** WASHINGTON FIELD
  **Contact:** FBI 9

**Approved By:**

**Drafted By:** FBI 9

**Case ID #:**   (U//FOUO) Evidence subfile
  EVIDENCE
  (U//FOUO) DONALD J. TRUMP; SENSITIVE INVESTIGATIVE MATTER
  SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U//FOUO) To document evidence item splits from copied NARA boxes (items 1B1-1B10 and 1B12-1B15 from EVIDENCE subfile.)

**Reference:**          -EVIDENCE Serial 3

**Details:**

   From May 16, 2022 to May 18, 2022, Federal Bureau of Investigation (FBI) Special Agents obtained copies of fifteen (15) boxes of documents from the National Archives and Records Administration (NARA). The copied boxes were entered into evidence as items 1B1-1B15 in the EVIDENCE subfile of the captioned investigation. See referenced serial          -3 for full detail.

   On June 12, 2023 at 1:15pm, classified documents, identified by their FBI-assigned index codes, were separated out of fourteen of the fifteen boxes. These documents were split into new evidence items prior to submitting to the ECR:

   • From evidence item 1B1 "Box A" (E6656399):

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

Title:  (U//FOUO) Evidence Item Splits from Copied NARA Boxes
Re:     ▮▮▮▮▮▮▮▮▮▮▮▮-EVIDENCE, 03/05/2024

- Documents 1-3, 5-16, and 91-92 (E7388655), classified TOP SECRET//HCS-P/SI-▮▮▮▮▮▮/ORCON/NOFORN/FISA;
- Document 4 (E7388654), classified TOP SECRET//▮▮▮▮▮;
- From evidence item 1B2 "Box B" (E6656398):
  - Documents 17-33, 192, and 195 (E7388656), classified TOP SECRET//HCS-P/SI//ORCON/NOFORN//EXDIS//▮▮▮▮▮▮▮▮▮▮▮▮▮▮;
- From evidence item 1B3 "Box C" (E6656397):
  - Documents 34-41 and 43-48 (E7388658), classified TOP SECRET//HCS-P//ORCON/NOFORN//SPECIAL HANDLING;
  - Document 42 (E7388657), classified TOP SECRET//SI-G▮▮▮▮//ORCON/REL TO USA, FVEY/FISA//SPECIAL HANDLING;
- From evidence item 1B4 "Box D" (E6656396):
  - Documents 49-50 (E7388659), classified CONFIDENTIAL;
- From evidence item 1B5 "Box E" (E6656395):
  - Document 51 (E7388660), classified CONFIDENTIAL;
- From evidence item 1B6 "Box F" (E6656394):
  - Documents 52-65 (E7388661), classified TOP SECRET//FRD//ORCON/NOFORN;
- From evidence item 1B7 "Box G" (E6656393):
  - Documents 66-86 (E7388662), classified TOP SECRET//HCS-P/SI//ORCON/NOFORN/FISA//SPECIAL HANDLING;
- From evidence item 1B8 "Box H" (E6656392):
  - Documents 93-100 (E7388663), classified SECRET//NOFORN;
- From evidence item 1B9 "Box I" (E6656391):
  - Documents 87-90 and 193 (E7388664), classified TOP SECRET//SI//ORCON/NOFORN/FISA//SPECIAL HANDLING;
- From evidence item 1B10 "Box J" (E6656390):
  - Documents 101-104, 132-146, and 151-187 (E7388665), classified TOP SECRET//HCS-P/SI-G//ORCON/NOFORN/FISA;
- From evidence item 1B12 "Box L" (E6656388):
  - Documents 105-115 (E7388666), classified TOP SECRET//HCS-P/SI-G//ORCON/NOFORN/FISA;
- From evidence item 1B13 "Box M" (E6656387):
  - Documents 116-119 (E7388667), classified SECRET;
- From evidence item 1B14 "Box N" (E6656386):
  - Documents 120-131 (E7388668), classified SECRET//HCS-P//ORCON/NOFORN; and
- From evidence item 1B15 "Box O" (E6656385):
  - Documents 188-190 and 196 (E7388669), classified TOP SECRET//HCS-P/SI/TK//ORCON/NOFORN/FISA//SPECIAL HANDLING.

**UNCLASSIFIED//FOUO**

Subject to Protective Order                                                                    USA-01291270

**UNCLASSIFIED//FOUO**

Title:  (U//FOUO) Evidence Item Splits from Copied NARA Boxes
Re:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ EVIDENCE, 03/05/2024

 [*Agent Note: Evidence item 1B11 "Box K" contained no classified documents. Documents 4 and 42 (E7388654 and E7388657) will be stored at FBI Headquarters Bureau Control Office Vault 11785 due to special handling requirements. All remaining newly split classified documents will be stored at WFO.*]


♦♦