# EXHIBIT 15

10:25 start

Woodward, Irving, Morrell, Bordoch

A-14 opened  10:35 am - 10:41
  SW took pic of top
A-15      10:42 - 11:58
Item 2    11:04 - 11:12
A-16      11:14 - 11:25      11:44 - 11:53
A-43      11:27 - 11:33
  Box Chain of Custody Form
  from 10/2-8/2022
A-34      11:56 - 12:04
A-73      11:57 - 12:00
A-71      12:01 - 12:05

12:15 depart

Subject to Protective Order                                              USA-01291577

Tuesday 12 MAR 2024    10:25 - 12:15
Protective Order
BT (wifi    Private atty space   ETs ▓ + ▓
Closed/order                     SW, AB, JI, DM
Index                            JP ▓
Index
1) A-14
2) A-15 (SW looking for scans)
3) Item 2/1B19
4) A-16

Asked about order? coversheets? ones that WN/CDO moved in/out of storage room identified?

5) A43 - form
6) A-34
7) A-73
8) A-71

★ Class docs found after left MAL?
   filter boxes

Subject to Protective Order                                   USA-01291578