UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Fourth Classified *Ex Parte*, *In Camera*, Under Seal Supplement to Motions for an Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) with the Court by delivering it to the Classified Information Security Officer ("CISO") in Fort Pierce, Florida on June 13, 2024.  An unclassified cover sheet for the Supplement is attached hereto.

                              Respectfully submitted,

                              JACK SMITH
                              Special Counsel

By:    */s/ Jay I. Bratt*
          Jay I. Bratt
          Counselor to the Special Counsel
          Special Bar ID #A5502946
          950 Pennsylvania Avenue, N.W.
          Washington, D.C.  20530

          Julie A. Edelstein
          Senior Assistant Special Counsel
          Special Bar ID #A5502949

David V. Harbach, II
Assistant Special Counsel
Special Bar ID #A5503068

2

## CERTIFICATE OF SERVICE

I certify that on June 13, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                          *s/ Julie A. Edelstein*
                                          Julie A. Edelstein