UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## GOVERNMENT'S CONSENT MOTION FOR ADDITIONAL PAGES

On June 10, 2024, defendant Donald J. Trump filed an additional pre-trial motion, his Motion to Dismiss Based on Spoliation of Evidence in Violation of Due Process. *See* ECF No. 612. Consistent with the page limitation set forth in ECF No. 320, the Motion is twenty-five pages long. The Government's opposition is due on June 24, 2024. The Government hereby moves for leave to have an additional seven pages for its opposition in order to be able to fully respond to defendant Trump's allegations and arguments. As set forth in the accompanying Certificate of Conference, counsel for defendant Trump consent to the Government's request.

For the foregoing reasons, the Court should grant the Government's Motion.

                            Respectfully submitted,

                            JACK SMITH
                            Special Counsel

By:    */s/ Jay I. Bratt*
        Jay I. Bratt
        Counselor to the Special Counsel

Special Bar ID #A5502946
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

David V. Harbach, II
Assistant Special Counsel
Special Bar ID #A5503068

2

## CERTIFICATE OF CONFERENCE

On June 19, 2024, counsel for the Government and counsel for defendant Trump conferred via email concerning the relief the Government is seeking in this Motion. Counsel for defendant Trump advised Government counsel that defendant Trump consents to this Motion.

/s/ *Jay I. Bratt*
Jay I. Bratt

## CERTIFICATE OF SERVICE

I, Jay I. Bratt, certify that on June 19, 2024, I served the foregoing document on all parties via CM/ECF.

*/s/ Jay I. Bratt*_____
Jay I. Bratt