# EXHIBIT 1

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  1:22-mj-481 |
| INFORMATION ASSOCIATED WITH TRUTH SOCIAL PROFILE WITH USERNAME @rickywshiffer or Ricky Shiffer THAT IS STORED AT PREMISES CONTROLLED BY TRUTH SOCIAL | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 111 | Assault, Intimidation, or Impeding of Officers |
| 18 U.S.C. 930(b) | Possession of Firearm at Federal Facility |
| 18 U.S.C. 875(c) | Online Threats |
| 18 U.S.C 1361 | Damage to Federal Property |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached shee████

████████████
*Applicant's signature*

Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__**via FaceTime video**_____ *(specify relia*

Date: **Aug 12, 2022**

_____
Karen L. Litkovitz
*Judge's signature*
**United States Magistrate Judge**

City and state:  Cincinnati, Ohio

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TRUTH SOCIAL PROFILE WITH USERNAME **@rickywshiffer** or **Ricky Shiffer** THAT IS STORED AT PREMISES CONTROLLED BY TRUTH SOCIAL | Case No.  1:22-mj-481 <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, ▮▮▮▮, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Truth Social account that is stored at premises owned, maintained, controlled, or operated by Truth Social, a social-networking company headquartered in San Francisco, CA. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Truth Social to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the Truth Social account.

2.      I am a Special Agent with the Federal Bureau of Investigation (hereafter "FBI") and have been since ▮▮▮▮▮▮▮. Since ▮▮▮▮▮ to the present, I have been assigned to the Joint Terrorist Task Force (hereafter "JTTF") of the National Security Branch of the FBI ▮▮▮▮ Division. Prior to my assignment to the JTTF, I was assigned to the Complex Financial Crimes Squad of the FBI ▮▮▮▮ Division. In this capacity, I investigated matters involving criminal enterprises, white collar crimes, civil rights violations, money laundering, and

various types of fraud. I have received training and investigative experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, electronic media and computer investigations, and various other crimes and investigative techniques.

3.      As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. Consequently, I am an "investigative or law enforcement officer of the United States," within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      This investigation pertains to alleged violations of 18 U.S.C. 111 (assault, intimidation, or impeding of officers), 18 U.S.C. 930(b) (possession of firearm at federal facility), 18 U.S.C. 875(c) (online threats), and 18 U.S.C. 1361 (damage to federal property), those violations involving suspect Ricky W. Shiffer, Jr. and culminating on or about August 11, 2022 in the Southern District of Ohio.

## PROBABLE CAUSE

6.      On or about August 11, 2022, Protective Security Officers ("PSO") with Paragon assigned to the Federal Bureau of Investigation ███████, Ohio Division Headquarters City ("FBI ███████ HQC") located at ███████████████████, Ohio ███, were

2

stationed in the Visitor Screening Facility ("VSF") at the front of the FBI ███ HQC

building. Between approximately 9:00 and 9:15 a.m., PSO Officers observed a white vehicle (the

"VEHICLE") quickly pull into the VSF parking lot. A white male, described as wearing a short-

sleeved shirt, approximately 5'10" to 6'0" in height, having a slender to medium build, bald, and

without any facial hair, later identified as Ricky Walter Shiffer, Jr. (the "SUBJECT"), exited the

vehicle with an AR-15 style rifle slung across his body and carrying a nail gun. PSO Officers

also observed the SUBJECT wearing some type of vest. The SUBJECT then approached the

VSF and attempted to use a nail gun on the one of the VSF windows. At approximately 9:11

a.m., PSO Officers activated an internal security alarm.

      7.      After multiple attempts to use the nail gun on a VSF window, the SUBJECT

returned to his vehicle and drove the vehicle through the VSF parking lot and departed the VSF

parking lot.

      8.      The VEHICLE had a Florida license plate of ███. Florida Bureau of Motor

Vehicle records show the VEHICLE as being registered to the SUBJECT.

      9.      Between approximately 9:35 and 9:40 a.m., responding federal Agents followed

the SUBJECT in the VEHICLE northbound on Interstate 71. Agents contacted a Captain with

the Ohio State Highway Patrol ("OSP") for assistance. OSP Officers joined the pursuit with

Agents.

      10.     At some point during the pursuit, a vehicle stop of the VEHICLE was initiated.

The SUBJECT then began firing shots at law enforcement and fled in the VEHICLE.

      11.     At approximately 10:06 a.m., the SUBJECT was observed by responding Agents

and officers outside of and adjacent to the VEHICLE with a weapon near the intersection of

Smith Road and Van Tress Road in or near Wilmington, Ohio. Agents reported that shots were

3

exchanged between law enforcement and the SUBJECT. The armed SUBJECT remained in a standoff with law enforcement from approximately 10 a.m. though approximately 4 p.m. At the conclusion of the standoff with law enforcement, the SUBJECT was deceased.

12. As part of the investigation, law enforcement has gathered information about SUBJECT's past activities and social media statements. For example, On May 13, 2022, an anonymous tipster (hereafter "ANONYMOUS") submitted an online tip to the FBI National Threat Operations Center (hereafter "NTOC") regarding certain group propaganda and veiled threats by Shiffer on an online social media platform called Rumble.com. Shiffer was described as a frequent poster on Rumble.com promoting violence and domestic terrorism including bragging about joining certain group(s). ANONYMOUS also submitted screenshots of Shiffer's

Rumble account which depicted posts of videos of himself at the United States Capitol on

January 6, 2021, as shown below:



13. On August 11, 2022, an FBI Crisis Negotiator spoke to the SUBJECT. During that conversation, the SUBJECT confirmed his attendance to the United States Capitol on January 6, 2021.

14. Investigators identified a Truth Social account with profile name "Ricky Shiffer" and username @rickywshifflerjr. At some point during the standoff, a post was made to the account relating to the events at the FBI ████████ HQC on August 11, 2022, as shown below:



15.    Investigators located a Truth Social post made to the @rickywshifflerjr account

on or about August 8, 2022 discussing a "call to arms" and that people must respond to "this

one" with force, as shown below. The August 8, 2022 date corresponds to day the FBI executed

a search warrant on Former President Donald Trump's Mar-a-Lago residence.



16.    Investigators located what appears to be a reply made to the Truth Social post

above, where another Truth Social user asked @rickywshefflerjr if he was proposing terrorism.

A reply from @rickywshefflerjr indicated that he was proposing war, not terrorism, and that people need to be ready to kill the FBI "on sight."



## TECHNICAL TERMS

17.    Based on my training and experience, I use the following technical terms to convey the following meanings:

8

    a.   IP Address: The Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

    b.   Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

    c.   Storage medium: A storage medium is any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

18.    Truth Social owns and operates a free-access social-networking website of the same name that can be accessed at http://www.truthsocial.com. Truth Social allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and location information. Truth Social also permits users create communications called "Truths" or "Retruths" to individuals whom they approve. These features are described in more detail below.

19.    Upon creating a Truth Social account, a Truth Social user must create a unique Truth Social username and an account password, and the user may also select a different name of 20 characters or fewer to identify his or her Truth Social account. The Truth Social user may also change this username, password, and name without having to open a new Truth Social account.

20.    Truth Social may ask users to provide basic identity and contact information, either during the registration process or thereafter. This information may include the user's full name, e-mail addresses, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers. For each user, Truth Social may retain information about the date and time at which the user's profile was created, the date and time at which the account was created, and the Internet Protocol ("IP") address at the time of sign-up. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a given Truth Social account.

21.    A Truth Social user can post a personal photograph or image (also known as an "avatar") to his or her profile, and can also change the profile background or theme for his or her account page. In addition, Truth Social users can post "bios" of 160 characters or fewer to their profile pages.

22.    Truth Social also keeps IP logs for each user. These logs contain information about the user's logins to Truth Social including, for each access, the IP address assigned to the user and the date stamp at the time the user accessed his or her profile.

23.    As discussed above, Truth Social users can use their Truth Social accounts to post "Truths" or "Retruths". Each Truth may include a timestamp that displays when the Truth was posted to Truth Social. Truth Social users can also "favorite," "retruth," or reply to the Truths of

10

other users. In addition, when a Truth includes a Truth Social username, often preceded by the @ sign, Truth Social designates that Truth a "mention" of the identified user. In the "Connect" tab for each account, Truth Social provides the user with a list of other users who have favorited or retruthed the user's own Truths, as well as a list of all Truths that include the user's username (*i.e.*, a list of all "mentions" and "replies" for that username).

24.     Truth Social users can include photographs or images in their Truths. Each Truth Social account also is provided a user gallery that includes images that the user has shared on Truth Social, including images uploaded by other services.

25.     Truth Social users can also opt to include location data in their Truths, which will reveal the users' locations at the time they post each Truth. This "Truth With Location" function is off by default, so Truth Social users must opt in to the service. In addition, Truth Social users may delete their past location data.

26.     When Truth Social users want to post a Truth that includes a link to a website, they can use Truth Social's link service, which converts the longer website link into a shortened link that begins with http://t.co. This link service measures how many times a link has been clicked.

27.     A Truth Social user can "follow" other Truth Social users, which means subscribing to those users' Truths and site updates. Each user profile page includes a list of the people who are following that user (*i.e.*, the user's "followers" list) and a list of people whom that user follows (*i.e.*, the user's "following" list). Truth Socials users can "unfollow" users whom they previously followed, and they can also adjust the privacy settings for their profile so that their Truths are visible only to the people whom they approve, rather than to the public (which is the default setting). A Truth Social user can also group other Truth Social users into

11

"lists" that display on the right side of the user's home page on Truth Social. Truth Social also provides users with a list of "Who to Follow," which includes a few recommendations of Truth Social accounts that the user may find interesting, based on the types of accounts that the user is already following and who those people follow.

28.     In addition to posting Truths, a Truth Social user can also send Direct Messages (DMs) to one of his or her followers. These messages are typically visible only to the sender and the recipient, and both the sender and the recipient have the power to delete the message from the inboxes of both users. As of January 2012, Truth Social displayed only the last 100 DMs for a particular user, but older DMs are stored on Truth Social's database.

29.     Truth Social users can configure the settings for their Truth Social accounts in numerous ways. For example, a Truth Social user can configure his or her Truth Social account to send updates to the user's mobile phone, and the user can also set up a "sleep time" during which Truth Social updates will not be sent to the user's phone.

30.     Truth Social includes a search function that enables its users to search all public Truths for keywords, usernames, or subject, among other things. A Truth Social user may save up to 25 past searches.

31.     Truth Social users can connect their Truth Social accounts to third-party websites and applications, which may grant these websites and applications access to the users' public Truth Social profiles.

32.     If a Truth Social user does not want to interact with another user on Truth Social, the first user can "block" the second user from following his or her account.

33.     In some cases, Truth Social users may communicate directly with Truth Social about issues relating to their account, such as technical problems or complaints. Social-

12

networking providers like Truth Social typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. Truth Social may also suspend a particular user for breaching Truth Social's terms of service, during which time the Truth Social user will be prevented from using Truth Social's services.

34.     Therefore, the computers of Truth Social are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Truth Social, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

35.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Truth Social to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### CONCLUSION

36.     Based on the forgoing, I request that the Court issue the proposed search warrant.

37.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Southern District of Ohio is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

38.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

### REQUEST FOR SEALING

39.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant.  I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time.  Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on _____ **Aug 12, 2022** ____, 2022

Karen L. Litkovitz
**United States Magistrate Judge**

14

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Truth Social profile with username **@rickyshiffer** that is stored at premises owned, maintained, controlled, or operated by Truth Social, a company headquartered in San Francisco, California.

## <u>ATTACHMENT B</u>

### Particular Things to be Seized

**I.     Information to be disclosed by Truth Social**

To the extent that the information described in Attachment A is within the possession, custody, or control of Truth Social, including any messages, records, files, logs, or information that have been deleted but are still available to Truth Social, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Truth Social is required to disclose the following information to the government for each account listed in Attachment A:

    a.     All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

    b.     All past and current usernames, account passwords, and names associated with the account;

    c.     The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

    d.     All IP logs and other documents showing the IP address, date, and time of each login to the account;

    e.     All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

    f.     All "Truths" and Direct Messages sent, received, "favorited," or retruthed by the account, and all photographs or images included in those Truths and Direct Messages;

g.   All information from the "Connect" tab for the account, including all lists of
     Truth Social users who have favorited or retruthed Truths posted by the account,
     as well as a list of all Truths that include the username associated with the account
     (*i.e.*, "mentions" or "replies");

h.   All photographs and images in the user gallery for the account;

i.   All location data associated with the account, including all information collected
     by the "Truth With Location" service;

j.   All information about the account's use of Truth Social's link service, including
     all longer website links that were shortened by the service, all resulting shortened
     links, and all information about the number of times that a link posted by the
     account was clicked;

k.   All data and information that has been deleted by the user;

l.   A list of all of the people that the user follows on Truth Social and all people who
     are following the user (*i.e.*, the user's "following" list and "followers" list);

m.   A list of all users that the account has "unfollowed" or blocked;

n.   All "lists" created by the account;

o.   All information on the "Who to Follow" list for the account;

p.   All privacy and account settings;

q.   All records of Truth Social searches performed by the account, including all past
     searches saved by the account;

r.   All information about connections between the account and third-party websites
     and applications;

2

s. All records pertaining to communications between Truth Social and any person regarding the user or the user's Truth Social account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. 111 (assault, intimidation, or impeding of officers), 18 U.S.C. 930(b) (possession of firearm at federal facility), 18 U.S.C. 875 (online threats), and 18 U.S.C. 1361 (damage to federal property), those violations involving suspect Ricky W. Shiffer, Jr from January 1, 2021 to August 11, 2022, including, for each user ID identified on Attachment A, information pertaining to the following matters:

a. Records relating to who created, used, or communicated with the account, including records about their identities and whereabouts;

b. Records and information relating to communication devices, including phones and computers, used in the planning, preparation or in furtherance of the attack on August 11, 2022;

c. Records and information relating to the Federal Bureau of Investigation, including but not limited to, research or websites about the location of the FBI offices, FBI investigations, FBI security measures or other operational security;

d. Records and information relating to the suspect's motive and intent; and

e. Records and information relating to any associates of the suspect relating to the offenses above.

3

f.   Records and information relating to items used for a violent attack or assault, including firearms, ammunition, nail guns (and related equipment), body armor, helmets, and masks;

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS <u>RECORDS</u> <u>PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Truth Social, and my official title is _____. I am a custodian of records for Truth Social. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Truth Social, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Truth Social; and

c.      such records were made by Truth Social as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____
Date                                                        Signature

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| INFORMATION ASSOCIATED WITH TRUTH SOCIAL PROFILE WITH USERNAME @rickywshiffer or Ricky Shiffer THAT IS STORED AT PREMISES CONTROLLED BY TRUTH SOCIAL | ) ) ) ) |

Case No.   1:22-mj-481

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Southern    District of    Ohio
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    8/26/2022    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable Karen L. Litkovitz    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    **6:49 PM, Aug 12, 2022**

*Karen L. Litkovitz*
Karen L. Litkovitz
**United States Magistrate Judge**

City and state:    Cincinnati, Ohio

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

This warrant applies to information associated with the Truth Social profile with

username **@rickyshiffer** that is stored at premises owned, maintained, controlled, or operated by

Truth Social, a company headquartered in San Francisco, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Truth Social**

To the extent that the information described in Attachment A is within the possession, custody, or control of Truth Social, including any messages, records, files, logs, or information that have been deleted but are still available to Truth Social, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Truth Social is required to disclose the following information to the government for each account listed in Attachment A:

a.      All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

b.      All past and current usernames, account passwords, and names associated with the account;

c.      The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d.      All IP logs and other documents showing the IP address, date, and time of each login to the account;

e.      All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

f.      All "Truths" and Direct Messages sent, received, "favorited," or retruthed by the account, and all photographs or images included in those Truths and Direct Messages;

g.　All information from the "Connect" tab for the account, including all lists of Truth Social users who have favorited or retruthed Truths posted by the account, as well as a list of all Truths that include the username associated with the account (*i.e.*, "mentions" or "replies");

h.　All photographs and images in the user gallery for the account;

i.　All location data associated with the account, including all information collected by the "Truth With Location" service;

j.　All information about the account's use of Truth Social's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k.　All data and information that has been deleted by the user;

l.　A list of all of the people that the user follows on Truth Social and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

m.　A list of all users that the account has "unfollowed" or blocked;

n.　All "lists" created by the account;

o.　All information on the "Who to Follow" list for the account;

p.　All privacy and account settings;

q.　All records of Truth Social searches performed by the account, including all past searches saved by the account;

r.　All information about connections between the account and third-party websites and applications;

s.   All records pertaining to communications between Truth Social and any person regarding the user or the user's Truth Social account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. 111 (assault, intimidation, or impeding of officers), 18 U.S.C. 930(b) (possession of firearm at federal facility), 18 U.S.C. 875 (online threats), and 18 U.S.C. 1361 (damage to federal property), those violations involving suspect Ricky W. Shiffer, Jr from January 1, 2021 to August 11, 2022, including, for each user ID identified on Attachment A, information pertaining to the following matters:

a.   Records relating to who created, used, or communicated with the account, including records about their identities and whereabouts;

b.   Records and information relating to communication devices, including phones and computers, used in the planning, preparation or in furtherance of the attack on August 11, 2022;

c.   Records and information relating to the Federal Bureau of Investigation, including but not limited to, research or websites about the location of the FBI offices, FBI investigations, FBI security measures or other operational security;

d.   Records and information relating to the suspect's motive and intent; and

e.   Records and information relating to any associates of the suspect relating to the offenses above.

3

f.  Records and information relating to items used for a violent attack or assault, including firearms, ammunition, nail guns (and related equipment), body armor, helmets, and masks;