# EXHIBIT 3



Subject to Protective Order   USA-00370814

