# EXHIBIT 4

USA-00042912

Subject to Protective Order