# EXHIBIT 6

FD-302 (Rev. 5-8-10)

- 1 of 3 -



**FEDERAL BUREAU OF INVESTIGATION**

DECLASSIFIED BY: NSICG
ON 06-05-2023
This redaction version only.

Date of entry      08/17/2022

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**

This document contains information that is restricted to case participants.

    A search warrant, 22-mj-8332-BER, issued in the United States District Court for the Southern District of Florida on August 5, 2022, was executed at 1100 South Ocean Boulevard, Palm Beach, Florida 33480 at 10:33 AM on August 8, 2022.

    Prior to the Federal Bureau of Investigation (FBI) team's entry onto the MAL premises, FBI leadership informed and coordinated with local United States Secret Service (USSS) leadership. Local USSS facilitated entry onto the premises, provided escort and access to various locations within, and posted USSS personnel in locations where the FBI team conducted searches.

    Department of Justice (DOJ) and FBI personnel onsite consisted of:

- Four (4) FBI Washington Field Office (WFO) personnel
- One (1) FBI Headquarters (HQ) personnel
- Twenty-five (25) FBI Miami Field Office (MM) personnel
- One (1) DOJ Counterintelligence and Export Control Section (CES) attorney
- One (1) United States Attorneys Office (USAO) Southern District of Florida (SDFL) attorney

    The timeline for the events are as follows, all times are approximate:

- August 8, 2022
    - 0859 - FBI team entered the Mar-a-Lago (MAL) premises
    - 0901 - Entry photographs of exterior initiated
    - 0914 - Telephonic contact with attorney [Per. 18] attempted
    - 0936 - Telephonic contact established with [Per. 18]



Investigation on  08/08/2022  at  Palm Beach, Florida, United States (In Person)

File #  [redacted]                                                                 Date drafted  08/09/2022

by  FBI 21A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order                                                                                 USA-00940244

Continuation of FD-302 of (U//FOUO) Search of Mar-a-Lago premises on August 8, 2022 , On 08/08/2022 , Page 2 of 3

- 1013 - CCTV activated on MAL premises
- 1033 - Search of MAL initiated
- 1055 - Entry photographs resumed
- 1055 - Filter Team review of "45 Office" initiated
- 1333 - USAO SDFL approves FBI entry in "45 Office" safe
- 1404 - FBI successfully access safe via technical means
- 1423 - Exit photos of "45 Office" initiated
- 1633 - Search of MAL premises concluded
- 1819 - Receipt for Property provided to [Per. 12]
- 1839 - FBI exits MAL premises
- 1952 - Seized evidence arrived at MM
- 2018 - Seized evidence secured in MM temporary storage

* August 9, 2022
    - 0708 - Seized evidence removed from MM temporary storage
    - 0713 - Convoy briefing provided by MM SWAT Team Leader
    - 0754 - Seized evidence departed MM
    - 0834 - Seized evidence arrived at Fort Lauderdale-Hollywood International Airport (FLL)
    - 0835 - Seized evidence loaded on aircraft
    - 0849 - Aircraft departs FLL
    - 1100 - Aircraft arrives at Reagan International Airport (DCA)
    - 1115 - MM Filter Team Lead transfers potentially privileged seized evidence to WFO Filter Team
    - 1120 - Seized evidence depart DCA
    - 1150 - Seized evidence arrived at WFO

A total of forty-five (45) pieces of evidence, comprised of boxes and sets of miscellaneous documents, were seized from the premises described in Attachment A. Thirty-nine (39) of the boxes and/or sets of documents contained comingled items described in Attachment B. Six (6) of the boxes and/or sets of documents contained potentially privileged items comingled with items described in Attachment B. On August 10, 2022 upon further review by FBI WFO, one (1) box was determined to contain potentially privileged information and was provided to the WFO Filter Team.

Storage Room:

- Ten (10) boxes which contained classified marked physical document
- Five (5) boxes which contained both potentially privileged items co-mingled with items in Attachment B

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U//FOUO) Search of Mar-a-Lago premises on August 8, 2022 , On 08/08/2022 , Page 3 of 3

- Eleven (11) boxes which contained non-classified marked items in Attachment B

"45 Office" Staff Room/Anteroom:

- One (1) box which contained both potentially privileged items co-mingled with items in Attachment B
- Two (2) boxes which contained non-classified marked items in Attachment B
- Two (2) individual physical documents which contained non-classified marked items in Attachment B

"45 Office" Private Office adjacent to Staff Room:

- One (1) individual physical document which contained non-classified marked items in Attachment B
- One (1) individual classified marked physical document

"45 Office" Private Office's closet:

- One (1) box which contained classified marked physical documents

The following items will be maintained in the attached 1A:

- Three (3) signed FD-597 documents
- Three (3) SD cards
- One (1) Map of MAL premises

Subject to Protective Order

USA-00940246