# EXHIBIT 7

```
 1
 2                        DRAFT TRANSCRIPT
 3
 4
 5
 6                    RECORDED INTERVIEW BETWEEN
 7                            [FBI 48]
 8                            [FBI 27]
 9              SPECIAL COUNSEL DAVID HARBACH
10                            [Per. 29]
11                            [REDACTED]
12                            [REDACTED]
13
14         File:     [Per. 29]      interview 04-06-23
15
16                     Date:  April 6, 2023
17
18
19
20
21
22
23
24
25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                         USA-00813806

1    (01:04:25)

2              MR. HARBACH:  Mm-hm.  What about --

3              [Per. 29]:  That's a lot of tape.

4              MR. HARBACH:  What about after you turned the

5    footage over to the Government?  Have you watched it?

6              [Per. 29]:  To my recollection, I have not

7    watched it in full.

8              MR. HARBACH:  Have you watched any of it?

9              [Per. 29]:  Yeah.  I watched some of it being

10   outside counsel telling me, you know, hey, can you take a

11   screenshot of this time period for me and send it to us.

12   I'll take a screenshot and send it over to them.

13             MR. HARBACH:  And so I want to --

14             [Per. 29]:  And I would just, like --

15   (indiscernible 01:04:58).  Like, the raid day -- I remember

16   you guys subpoenaed the day of the raid at Mar-a-Lago.  I

17   was watching that live, so --

18             MR. HARBACH:  Okay.

19             [Per. 29]:  -- I knew what the tape was.

20             MR. HARBACH:  Your observation a moment ago that

21   outside counsel might occasionally ask you to take a

22   screenshot.  Do you recall if that is -- if they were

23   apprised of what was being turned over to the Government

24   before it was handed over and they made these requests, or

25   after, or both, or do you recall?

1  (02:09:04)

2           Per. 29      :  -- understanding of it -- almost

3  like it manages it, but it tells the cameras kind of -- the

4  cameras that are supposed to be on the system, where they're

5  supposed to be recording to, the rules of the system, who's

6  supposed to have access to the system.  If we have to make a

7  change to the system, we mostly deal with the management

8  system.  The management server has a management client on

9  it.  That's where we go.  The recording server just intakes

10 a video and archives it.

11          MR. HARBACH:  I understand that when the FBI

12 executed the search warrant at Mar-a-Lago on August 8, I

13 think you said you watched it live.  Our understanding --

14 and I'm asking so I want to help you -- I want to make sure

15 we have it right.

16          Per. 29  :  Sure.

17          MR. HARBACH:  Is that, at some point, the cameras

18 were turned off or the recording was turned off during that

19 time.  I would like you to tell me what your memory is about

20 that.

21          Per. 29  :  Okay.  So my recollection of that

22 is I believe I got a call from Per. 76 .  I believe Per. 54  was

23 off that day.  P.76 said that there was a raid --

24          MR. HARBACH:   Per. 76  ?

25          Per. 29  :  P.76 -- sorry, Per. 76 .  I don't --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00813915

1  (02:10:24)
2  **Per. 29**: -- want to say he said it was a
3  raid.  I believe he said the FBI are here, they're going to
4  look at Mar-a-Lago, they're coming in.  Secret Service -- or
5  however you phrase it, you have to turn the cameras off for
6  agent safety, and I believe I also spoke to **Per. 75**, who
7  was in the office with **Per. 76**, or wherever **Per. 76** was, and
8  spoke to me and said the FBI would like the cameras off for
9  agent safety.  So I kind of took that like you have to do
10 it, so I did it.  I --
11         MR. HARBACH:  What exactly --
12         **Per. 29**: -- turned --
13         MR. HARBACH: -- did you do?
14         **Per. 29**:  I turned the servers off.
15         MR. HARBACH:  And where were you when you did
16 this?
17         **Per. 29**:  I was at Trump Tower in my office.
18         MR. HARBACH:  So you did it remotely.
19         **Per. 29**:  I did it remotely.
20         MR. HARBACH:  What does that mean, turn the
21 servers off?
22         **Per. 29**:  So I would log into the server and
23 turn the servers off.  I would log in as my user name on the
24 server, through the Windows button, shut off, shut off the
25 server.

Subject to Protective Order                                    USA-00813916

1    (02:11:21)

2             MR. HARBACH:  And why did you choose that method?
3    In other words, would there have been an option short of
4    shutting the servers down to prevent surveillance or to stop
5    recording?

6             [Per. 29]:  Say that again, sir?

7             MR. HARBACH:  Was turning the -- why was turning
8    the servers off the only option?

9             [Per. 29]:  I mean, you could have had options
10   of turning off the ports to the switches, which would have
11   taken a long time to do.  You could have turned off the
12   recording server itself, but lots of times you would get
13   error logs that way.  The safest way would be to turn the
14   server off itself.

15            MR. HARBACH:  Okay.  What do you mean the safest
16   way?

17            [Per. 29]:  So if you turn a server off -- if
18   you turn a recording service off, sometimes on the old
19   server, when you start it back up, you may get a few errors,
20   cache file needs to be rebuilt or something like that.  For
21   something like it being agent safety, I believe I thought
22   the best way to be let's just turn the server off itself
23   rather than just turning off the services, because, I mean,
24   unless somebody knew the IP address of a camera and they can
25   view it from the network side itself, turning off the --

Subject to Protective Order                                        USA-00813917

```
 1   (02:12:38)
 2              [Per. 29]:  -- server most likely was the
 3   safest bet for us.
 4              [FBI 27]:  Does turning off the server just stop
 5   the camera from recording or does that mean, like, you can't
 6   see them remotely either?
 7              [Per. 29]:  It means that it's just not -- it's
 8   not being stored, it's not going to -- it's not --
 9   Milestone's offline.
10              [FBI 27]:  Okay.
11              [Per. 29]:  The cameras are still live on the
12   network, but Milestone itself is offline.
13         MR. HARBACH:  So you could continue watching even
14   after you shut the servers down.
15              [Per. 29]:  If you had access to the security
16   network, you could.
17         MR. HARBACH:  I meant you personally.
18              [Per. 29]:  If I wanted to.
19         MR. HARBACH:  But I thought you said you watched
20   it live.
21              [Per. 29]:  Well, I went upstairs to
22   Eric Trump's office and two lawyers -- can I speak about --
23              [    ]:  Well, don't talk about what you
24   talked about, but you can talk about what you did after you
25   left.
```

1  (02:13:30)

2  [Per. 29]: I turned the servers back on.

3  MR. HARBACH: Okay.

4  [Per. 29]: I called [Per. 76] and told [P. 76] turn

5  the servers back on right now. [P. 76] understood. I believe [P. 76]

6  sent me a G chat message when the servers were back online.

7  MR. HARBACH: Why did [P. 76] have to do that? Why

8  couldn't you do it?

9  [Per. 29]: Because the servers were offline.

10  That would actually be a power button or it would take

11  longer for me to find out with the IPMI, the outer band is

12  to turn it off if the outer band was on. I don't remember

13  on the old servers, but I couldn't physically turn the

14  server on.

15  MR. HARBACH: I see. So you can turn them off

16  remotely, but not on.

17  [Per. 29]: At that time period --

18  MR. HARBACH: Yeah.

19  [Per. 29]: -- I believe that was -- today, a

20  little bit different.

21  MR. HARBACH: Okay. And so [Per. 76] turned them back

22  on?

23  [Per. 29]: Correct.

24  MR. HARBACH: Did you have any other conversations

25  with either [Per. 75] or any of the other law enforcement --

```
 1   (02:14:24)
 2           MR. HARBACH:  -- personnel that day -- there that
 3   day about this issue, about the cameras?
 4           [Per. 29]:  About the camera issue?  I don't
 5   believe so.
 6           MR. HARBACH:  Okay.
 7           [FBI 48]:  How much time between turning the
 8   servers off and turning them back on?
 9           [Per. 29]:  I don't know.  I would have to --
10   it was a pretty short timeframe, I would say.
11           [FBI 48]:  Okay.
12           [Per. 29]:  Yeah.
13           [FBI 48]:  The search was still occurring, right?
14           [Per. 29]:  Correct.  Yes, the search was still
15   occurring.
16           MR. HARBACH:  So you mentioned a moment ago that
17   if you had just turned the recording service off that one
18   disadvantage of that was that it would -- might produce
19   error messages when you turned the recording service back
20   on, right?
21           [Per. 29]:  Correct.
22           MR. HARBACH:  And that just turning the servers
23   off would not present that problem?
24           [Per. 29]:  It could, but I thought it was the
25   safest way to go.
```

1  (02:15:14)

2           MR. HARBACH:  Okay.  In fact, did that gap of when
3  the servers were off produce any error messages in the logs?
4           Per. 29:  I don't -- I would have to check to
5  be honest with you.
6           MR. HARBACH:  You don't know?
7           Per. 29:  No.
8           MR. HARBACH:  Do you know whether, in general,
9  turning the servers off would produce error messages or
10 other artifacts on the log?
11          Per. 29:  It would -- I mean, the Windows log
12 would say the server was off and the server was turned back
13 on.  It would say that for sure.  Milestone services would
14 stop and come back online.  When you shut a server off, it
15 goes through the steps of shutting off the Milestone
16 services before the box itself goes offline.
17          MR. HARBACH:  I see.  And what about individual
18 cameras?  Is it possible to disable individual cameras
19 remotely?
20          Per. 29:  It is possible to disable them.
21 I'm trying to think of the best way to explain.
22          MR. HARBACH:  Well, and let me be precise about
23 what I mean by disable, stop a camera from recording or stop
24 recording a feed from a particular camera.
25          Per. 29:  So one way you could do it, and --

Subject to Protective Order                              USA-00813921