# EXHIBIT 8

USA-00042969

Subject to Protective Order



USA-00042981

Subject to Protective Order