# EXHIBIT 9

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**  PAGE __1__ OF __6__

---

FD-674a (7-24-2017)

DATE: 8/08/22

CASE ID: ███████████

PHOTOGRAPHER: SA ███ FBI 24 ███

LOCATION: Mar-a-Lago (45/office)
1100 S Ocean Blvd
Palm Beach, FL 33480



FBI

Subject to Protective Order

USA-01285286

FD-674a (7-24-2017)              **ERT PHOTOGRAPHIC LOG**              PAGE 1 OF 6

**GENERAL INFORMATION**

LOCATION: Mar-a-Lago (45/office) 1100 S. Ocean Blvd., Palm Beach, FL 33480
DATE: 8/08/22
CASE ID: [redacted]
CAMERA TYPE: Nikkon D780   CARD #: 1
PREPARER/PHOTOGRAPHER: [redacted FBI 23] [redacted FBI 16]
REMARKS: / SA [redacted FBI 24]

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / **Other** / Items # | Long / Med / Close | | Photo Log |
| 2 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 3 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 4 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 5 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 6 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 7 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Entry from doorway (45 office) |
| 8 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 9 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 10 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 11 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 12 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 13 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 14 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 office) |
| 15 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 16 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 17 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 18 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 office secretary |
| 19 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to secretary 45 office |
| 20 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |
| 21 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |

FD-674a (7-24-2017)　　　　　ERT PHOTOGRAPHIC LOG　　　　　PAGE 3 OF 6

| # | Entry / Exit / Other / Items # | Long / Med / Close | Notes |
|---|---|---|---|
| 22 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 23 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 24 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 25 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 26 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 27 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 28 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room C |
| 29 | Entry / Exit / Other / (Items #) | (Long) / Med / Close | Item 1 & 1A Locations |
| 30 | Entry / Exit / Other / (Items #) 1 | Long / (Med) / Close | Item 1 & 1A Locations |
| 31 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Item 1 & 1A Locations |
| 32 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Item 1 & 1A Locations |
| 33 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Items 1 & 1A Locations |
| 34 | Entry / Exit / Other / (Items #) 1, 1A | Long / (Med) / (Close) | |
| 35 | Entry / Exit / Other / (Items #) 1, 1A | Long / Med / (Close) | |
| 36 | Entry / Exit / Other / (Items #) 1, 1A | Long / Med / (Close) | |
| 37 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 39 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 40 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 41 | Entry / Exit / Other / (Items #) 2 | (Long) / Med / Close | |
| 42 | Entry / Exit / Other / (Items #) 2 | Long / (Med) / Close | |
| 43 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | |
| 44 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | |
| 45 | Entry / Exit / Other / (Items #) | (Long) / Med / Close | Item 3 Location |
| 46 | Entry / Exit / Other / (Items #) | Long / (Med) / Close | Item 3 Location |
| 47 | Entry / Exit / Other / (Items #) | Long / Med / (Close) | Item 3 Location |

Subject to Protective Order　　　　　USA-01285288

| # | Entry/Exit/Other/Items# | Long/Med/Close | | Notes |
|---|---|---|---|---|
| 48 | Entry / Exit / Other / (Items #) 3 | Long / Med / (Close) | | with scale |
| 49 | Entry / Exit / Other / (Items #) 2A | Long / Med / (Close) | | with scale |
| 50 | Entry / Exit / Other / (Items #) 2A | Long / Med / (Close) | | with scale |
| 51 | Entry / Exit / Other / (Items #) 2A | Long / Med / (Close) | | with scale |
| 52 | Entry / Exit / Other / (Items #) 2A | Long / Med / (Close) | | with scale |
| 53 | Entry / Exit / Other / (Items #) 4 | (Long) / Med / Close | | Drawer, Item 4 Location |
| 54 | Entry / Exit / Other / (Items #) 4 | Long / (Med) / Close | | Drawer, Item 4 Location |
| 55 | Entry / Exit / Other / (Items #) 4 | Long / Med / (Close) | | Drawer, Item 4 Location |
| 56 | Entry / Exit / Other / Items # (5) | (Long) / Med / Close | | bin location - Item 5 |
| 57 | Entry / Exit / Other / Items # (5) | Long / (Med) / Close | | bin location - Item 5 |
| 58 | Entry / Exit / Other / Items # (5) | Long / Med / (Close) | | bin location - Item 5 |
| 59 | Entry / Exit / Other / Items # 5 | Long / Med / (Close) | | with scale |
| 60 | Entry / Exit / Other / Items # 5 | Long / Med / (Close) | | with scale |
| 61 | Entry / Exit / Other / Items # 5 | Long / Med / (Close) | | with scale |
| 62 | (Entry) / Exit / Other / Items # | Long / Med / Close | | room G |
| 63 | (Entry) / Exit / Other / Items # | Long / Med / Close | | room G |
| 64 | (Entry) / Exit / Other / Items # | Long / Med / Close | | room G |
| 65 | (Entry) / Exit / Other / Items # | (Long) / Med / Close | | Item 6 location |
| 66 | Entry / Exit / Other / Items # | Long / (Med) / Close | | Item 6 location |
| 67 | Entry / Exit / Other / Items # | Long / Med / (Close) | | Item 6 location |
| 68 | Entry / Exit / Other / Items # 6 | Long / Med / (Close) | | with scale |
| 69 | Entry / Exit / Other / Items # | (Long) / Med / Close | | Item 7 location |
| 70 | Entry / Exit / Other / Items # | Long / (Med) / Close | | Item 7 location |
| 71 | Entry / Exit / Other / Items # | Long / Med / (Close) | | Item 7 location |
| 72 | Entry / Exit / Other / Items # 7 | Long / Med / (Close) | | with scale |
| 73 | Entry / Exit / (Other) / Items # | Long / Med / Close | | room F wall safe |

FD-674a (7-24-2017)                  ERT PHOTOGRAPHIC LOG                  PAGE 5 OF 6

| # | Type | Shot | Description |
|---|---|---|---|
| 74 | Entry / Exit / (Other) / Items # | Long / Med / Close | room F wall safe |
| 75 | Entry / Exit / (Other) / Items # | Long / Med / Close | room F wall safe |
| 76 | Entry / Exit / Other / Items # | Long / Med / Close | room label B |
| 77 | Entry / Exit / Other / Items # | Long / Med / Close | room label C |
| 78 | Entry / Exit / Other / Items # | Long / Med / Close | room label D |
| 79 | Entry / Exit / Other / Items # | Long / Med / Close | room label E |
| 80 | Entry / Exit / Other / Items # | Long / Med / Close | room label F |
| 81 | Entry / Exit / Other / Items # | Long / Med / Close | room label G |
| 82 | Entry / (Exit) / Other / Items # | Long / Med / Close | room F |
| 83 | Entry / (Exit) / Other / Items # | Long / Med / Close | room F |
| 84 | Entry / (Exit) / Other / Items # | Long / Med / Close | room F |
| 85 | Entry / (Exit) / Other / Items # | Long / Med / Close | room E |
| 86 | Entry / (Exit) / Other / Items # | Long / Med / Close | room E |
| 87 | Entry / (Exit) / Other / Items # | Long / Med / Close | room E |
| 88 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 89 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 90 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 91 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 92 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 93 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 94 | Entry / (Exit) / Other / Items # | Long / Med / Close | room C |
| 95 | Entry / (Exit) / Other / Items # | Long / Med / Close | room D |
| 96 | Entry / (Exit) / Other / Items # | Long / Med / Close | room D |
| 97 | Entry / (Exit) / Other / Items # | Long / Med / Close | room G |
| 98 | Entry / (Exit) / Other / Items # | Long / Med / Close | room G |
| 99 | Entry / (Exit) / Other / Items # | Long / Med / Close | room B |

Subject to Protective Order                                              USA-01285290

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**  PAGE 6 OF 6

| # | Type | Shot | Notes |
|---|---|---|---|
| 100 | Entry / (Exit) / Other / Items # | Long / Med / Close | room B |
| 101 | Entry / (Exit) / Other / Items # | Long / Med / Close | room B |
| 102 | Entry / (Exit) / Other / Items # | Long / Med / Close | room B |
| 103 | Entry / (Exit) / Other / Items # | Long / Med / Close | room B |
| 104 | Entry / (Exit) / Other / Items # | Long / Med / Close | room B |
| 105 | Entry / (Exit) / Other / Items # | Long / Med / Close | 45 office |
| 106 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd floor rooms across 45 office |
| 107 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd floor rooms across 45 office |
| 108 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd floor rooms across 45 office |
| 109 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd floor rooms across 45 office |
| 110 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd floor rooms across 45 office |
| 111 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd floor rooms across 45 office |
| 112 | Entry / Exit / (Other) / Items # | Long / Med / Close | 4th floor door |
| 113 | Entry / Exit / (Other) / Items # | Long / Med / Close | 4th floor door |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | |

Subject to Protective Order    USA-01285291