# EXHIBIT 10



USA-00004308
Subject to Protective Order