# EXHIBIT 15

Revised 10/07/22

## NSD Operations Alert # 2

**Contract: Mega 5 / Civil Division**
**RE:  Processing Instructions**
**Project String:  21156.0056.0201.S200.2021.1000**
**Labor Type:** 01
**PLC:** Use your MEGA PLC

## When processing the boxes for the above referenced collection of NSD instructions:

### Scanning Set Up

1. Pickup the Box Tracking Sheet when picking up an Item from the training room.
2. Sign the back of the Box Tracking Sheet to start the CACI Chain of Custody.
3. When you are done scanning the box or for the day, write on the Chain of Custody how many pages you scanned.
4. If you do not complete a box before the end of your shift, you must put in a place holder to indicate where you left off. This must be clearly identified so the person coming in behind you to complete the box knows exactly where you left off.
5. Return the box back to the training room with the Box Tracking Sheet.
6. If you do not finish scanning the box before the end of your shift, click the "Complete Later" link under Actions.
7. If you complete a box, click "Complete Item" under Actions. Then, return it to the Training room with the Box Track Sheet.

### Scanning

1. Photocopy / scan the evidence label located on the box. The item label is the first document scanned. You will need to remove all items from the box and use the photocopier to copy the label. The label should be scanned in B&W.
2. Scan photographs in Color.
3. Scan the first page of newspapers and magazines in color. The image should capture the publisher (e.g., New York Times) and the publication date.
4. For books, you should scan the cover of the book and the publication page (usually two or three pages in) that contains the copyright information.
5. For all books, newspaper and magazines, look through all pages and scan only those pages that contain written annotations in color.
6. All other paper/pages should be scanned in Black and White unless scanning in color increases legibility of the page.
7. For small items (business cards, photographs, postcards, envelopes) you must scan them individually. Do not put multiple on the flatbed and scan at once.
8. Scan all documents in the order they appear in the box.
9. Scan all documents in readable orientation.
10. Scan documents with post it notes, once with and once without the post it note.

Subject to Protective Order                                                                                    USA-01291257



11. Physical document boundaries will be identified.
12. If you come across a daily planner, you must scan all pages even if no writing is on a page.

### Books

For all books, scan the cover of the book and the page containing copyright publication date information. If there are any loose items in the book (e.g. pieces of paper, correspondence), scan the items contained within the book.  Scan any pages in the book that are flagged, circled, or otherwise annotated for attention. Do not scan the individual pages of published books.

### Folders

For items contained within a folder, scan the outside of the folder, capturing any folder label or outside notation. Then scan the contents within the folder, followed by the backside of the folder notating the end of folder contents.

### Envelopes

For items contained within envelopes, scan the outside of the envelope first, then the contents of the envelope.

If you come across any sealed envelopes, do not open. Stop and raise to the nearest Agent for view.

### Media

Locate the MEDIA FOUND slip sheet and complete. Scan the slip sheet and scan the CD label as a single document.

### Miscellaneous Items

For any item that you come across that cannot be scanned, locate the Miscellaneous Items slip sheet and complete. Scan the slip sheet as a document

### Classified SlipSheets

Scan the slipsheet as a single page document.

### Ending Your Work Session or Completing Your Box

1. If you scanned all contents within the box, click "Complete Item" in HighVIEW. If items remain to be scanned, clearly mark the location that you have scanned up to and click "Complete Later" in HighVIEW.
2. When you have completed scanning your box, record the number of pages and documents scanned on your productivity sheet.
3. Return the box to the Training Room along with the Box Tracking Sheet.

Do Not Hesitate to Ask Questions!!!!

Subject to Protective Order                                                                 USA-01291258