# EXHIBIT 16



Subject to Protective Order

USA-00042951



Subject to Protective Order

USA-00042971



Subject to Protective Order
USA-00042994