# EXHIBIT 17

- 1 of 1 -

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/25/2022

On August 9, 2022, Special Agents ████ FBI 5 ████ and ████ FBI 1 ████ met with ████ Per. 34 ████, phone number ████████, at Aioli, located at 7434 S Dixie Hwy, West Palm Beach, Florida 33405, to retrieve three documents. The documents were provided in a plain envelope. ████ Per. 34 ████ stated that ██ P. 34 ██ was providing the documents to agents because ██ P. 34 ██ believed they were classified documents and responsive to the search warrant. ████ Per. 34 ████ stated ██ P. 34 ██ found the documents in ██ P. 34 ██ desk. ████ Per. 34 ████ stated ██ P. 34 ██ desk was located in the office on the second floor of the ballroom and that ██ P. 34 ██ desk the furthest from the window and at a 90 degree angle from the other two desks in the room. SA ████ FBI 5 ████ reviewed the three documents for privilege and determined they did not contain any privileged information. SAs ████ FBI 5 ████ and ████ FBI 1 ████ transported the documents in the envelope back to the Palm Beach Residence Agency and secured them in a clearly marked folder and secured in a safe at the Palm Beach Resident Agency.

**UNCLASSIFIED//FOUO**

Investigation on   08/09/2022   at   West Palm Beach, Florida, United States (In Person)

File #  ████████████████                                    Date drafted   08/11/2022

by   ████ FBI 19 ████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order

USA-00828648