# EXHIBIT 5

# Meet the Press Blog

From the journalists at NBC News and the NBC News Political Unit

**LATEST POSTS**  **MEET THE PRESS**  **BLOG ARCHIVE**  **FULL EPISODES**  **PODCAST**

< PREVIOUS POST                                                                 NEXT POST >



— Anti-Trump demonstrators rally outside a Manhattan courthouse in New York, on April 4.
Selcuk Acar / Anadolu Agency via Getty Images file

# Anti-Trump group to spend $1.5 million against him in Iowa

*Republican Accountability PAC is advocating for a "baggage-free GOP" in their new ad campaign.*

6/25/24, 1:25 PM
Case 9:23-cr-80101-AMC   Document 651-5   Entered on FLSD Docket 06/26/2024   Page 3 of 5
Anti-Trump group to spend $1.5 million against him in Iowa



July 26, 2023, 1:22 PM EDT

By **Alexandra Marquez**

The Republican Accountability PAC, a group that opposes former President Donald Trump group, said Wednesday it plans to spend $1.5 million on a new ad campaign in Iowa, where it's currently advocating for a "baggage-free GOP."

In one ad released by the group, a voter faces the camera and tells viewers, "I supported Donald Trump and I really appreciated his presidency but I will not be supporting Donald Trump in the Republican primary because Donald Trump has way too much political baggage."

She adds, "There's so many indictments against him. The next Republican candidate has to be somebody that can convince swing voters [and] Independents to vote for them because Donald Trump can't."



The group has already spent over $330,000 on the airwaves in Iowa, per AdImpact, an ad tracking firm. The group has also already booked an additional $390,000 worth of airtime in Iowa, per AdImpact.

In total, the Republican Accountability PAC plans to spend $1.5 million on this campaign, through the end of August.

6/25/24, 1:25 PM
Case 9:23-cr-80101-AMC   Document 651-5   Entered on FLSD Docket 06/26/2024   Page 4 of 5
Anti-Trump group to spend $1.5 million against him in Iowa

The group is led by Sarah Longwell, a longtime Republican strategist who has emerged as a vocal critic of Trump.

In a statement alongside the ad campaign launch on Wednesday, Longwell said, "Many Republican primary voters still have serious concerns that [Trump] has too much baggage to beat Joe Biden in 2024 … We've heard this over and over from voters in focus groups, and this campaign is an effort to elevate those voices and persuade voters that they should support alternatives to Trump."

The group also spent over $10 million on ads in crucial races in 2022, primarily targeting Trump-backed candidates like now-Sen. JD Vance in Ohio, the Arizona Republican nominee for governor Kari Lake and the Georgia Republican nominee for Senate Herschel Walker.

And Republican Accountability PAC isn't the only group spending on anti-Trump ads in early Republican primary states.

Earlier this month, Win It Back PAC, a group affiliated with the president of the conservative Club for Growth, announced a $3.5 million ad campaign targeting Trump, with similar messaging.

In one of the Win It Back ads, a man tells viewers, "The drama … [Trump's] got so many distractions. The constant fighting – something every day – and I'm not sure he can focus on moving the country forward."

Trump's received significant support on the airwaves in the state, however, from his own aligned super PAC, MAGA Inc. It's spent $1.8 million so far on ads in Iowa, per AdImpact.



Alexandra Marquez

Alexandra Marquez is a politics reporter for NBC News.

◀ PREVIOUS POST

Eyes on 2024: Trump on the trail amid possible indictment

**NEXT POST**

Former Trump appointee Jeffrey Ross Gunter readies Nevada Senate launch

**LATEST POST**

Remembering Betty Cole Dukert, former executive producer of Meet the Press