# EXHIBIT 10

**TRENDING:** SCOTUS TRUMP    JAMAAL BOWMAN    BIDEN-TRUMP DEBATE    FEDERAL RESERVE

Ad removed. Details

### CAMPAIGN

# Republican group rips Trump in Fox News ad campaign: 'He'll do it again'

BY TARA SUTER - 08/04/23 12:10 PM ET

Share    Post    ...    More



An anti-Trump Republican group is set to run a advertisement featuring clips of the Jan. 6 insurrection on Fox News in the coming week.

The group, the Republican Accountability Project, said in a press release obtained by The Hill that it is going to air the ad in multiple states including Arizona and Wisconsin as well as on Fox News nationally "over the next week." The ad features scenes from the riot with overlaid text attacking former President Trump for his actions and words during the event.

"Trump told them to fight," according to the ad. "He'll do it again. Unless he faces consequences."

Special counsel Jack Smith announced a Trump indictment in an investigation into efforts to overturn the 2020 election Tuesday. The former president was arraigned for the indictment Thursday. He now faces four new counts, including conspiracy to defraud the United States.

The group's previous ad campaigns include calling out the former president for his attacks on Iowa Gov. Kim Reynolds (R) and shaming Republican lawmakers for backing away from blaming Trump for the events of Jan. 6, 2021.

TAGS   DONALD TRUMP   FOX NEWS   IOWA   JACK SMITH   JAN 6 INVESTIGATION   JAN. 6 CAPITOL RIOT   KIM REYNOLDS   REPUBLICAN ACCOUNTABILITY PAC   TRUMP INDICTMENTS