# EXHIBIT 1A

← **Truth Details**
4041 replies


Trending


**Donald J. Trump** ✓
@realDonaldTrump

WOW! I just came out of the Biden Witch Hunt Trial in Manhattan, the "Icebox," and was shown Reports that Crooked Joe Biden's DOJ, in their Illegal and UnConstitutional Raid of Mar-a-Lago, AUTHORIZED THE FBI TO USE DEADLY (LETHAL) FORCE. NOW WE KNOW, FOR SURE, THAT JOE BIDEN IS A SERIOUS THREAT TO DEMOCRACY. HE IS MENTALLY UNFIT TO HOLD OFFICE — 25TH AMENDMENT!

**11.4k** ReTruths   **28.9k** Likes                         May 21, 2024, 5:21 PM

# EXHIBIT 1B



STOP THE WITCH HUNT



## BREAKING FROM TRUMP: BIDEN'S DOJ WAS AUTHORIZED TO SHOOT ME!

It's just been revealed that Biden's DOJ was authorized to use DEADLY FORCE for their DESPICABLE raid in Mar-a-Lago.

You know they're just itching to do the unthinkable…

Joe Biden was locked & loaded ready to take me out & put my family in danger.

He thinks he can frighten me, intimidate me, and ***KNOCK ME DOWN!***

But worst of all? They think their **THUG TACTICS** will cause proud supporters like YOU to abandon me.

But here's the one thing they don't know: *WE WILL NEVER SURRENDER!*

Biden's corrupt regime needs to get the message - right here, right now - that our patriotic movement CANNOT BE STOPPED!

**[So before the day is over, I'm calling on ONE MILLION Pro-Trump patriots to chip in and say, STOP THE WITCH HUNT AGAINST PRESIDENT TRUMP! >](#)**

**[STOP THE WITCH HUNT](#)**

I know you & I will have the last laugh when we peacefully win back the White House in November.

BUT I WON'T WIN WITHOUT YOUR SUPPORT!

**[So I'm humbly asking for you to please, PLEASE stand with me today. >](#)**

**[STAND WITH TRUMP](#)**

With you by my side, **WE WILL MAKE AMERICA GREAT AGAIN!**

Thank you,



*Donald␣Trump signature*

Donald J. Trump

45th President of the United States

STOP THE WITCH HUNT

Contributions to Trump National Committee JFC Inc. are not deductible for federal income tax purposes. All contributions are subject to the limits and prohibitions of the Federal Election Campaign Act. Contributions from corporations, foreign nationals (i.e., without "green cards"), federal government contractors, and other federally impermissible sources are strictly prohibited. Contributions made in the name of, or refunded by, any other person are unlawful.

Paid for by Trump National Committee JFC Inc., a joint fundraising committee composed of and authorized by Donald J. Trump for President 2024, Inc. and the Republican National Committee.

You are receiving this email at previews@email.com

Trump National Committee JFC Inc., PO Box 509, Arlington, VA 22216

donaldjtrump.com

Thank you for joining Team Trump. We believe this is an important way to reach our grassroots supporters with the most up-to-date information regarding President Trump, and we're glad you're on our team. It's because of grassroots supporters like YOU that we've been able to consistently call out the Fake News media EVERY SINGLE TIME they've tried to spread misinformation or outright LIES about the important work President Trump is doing to SAVE AMERICA. Reaching grassroots supporters directly is CRITICAL if we're going to Save America from Joe Biden and the Left. But in order to do that, we need to provide supporters with the most up-to-date information on all of our efforts.

TEXT "TRUMP" to 88022 to start receiving text messages from President Trump.

It's because of the commitment and support from real Patriots, like YOU, that we will SAVE AMERICA! Thank you again for your generous support. If you'd like to change your subscription status follow this link.

Privacy Policy

# EXHIBIT 1C

← **Truth Details**

747 replies

🔥 Trending ⌄



**Donald J. Trump** ✓
@realDonaldTrump

I have gotten to know so many amazing United States Secret Service Agents - It has been my honor to have them protecting me and my family since our historic 2016 Victory against "Beautiful" Hillary Clinton. Shockingly, however, Crooked Joe Biden's Department of Injustice authorized the use of "deadly force" in their Illegal, UnConstitutional, and Un-American RAID of Mar-a-Lago, and that would include against our Great Secret Service, who they thought might be "in the line of fire." As I told Crooked Joe's DOJ, if they needed anything, "all they had to do was ask." They did not have to ILLEGALLY AND UNCONSTITUTIONALLY RAID my home, and rummage through my family's, including Barron's, private quarters. END THESE THIRD WORLD WITCH HUNTS, AND MAKE AMERICA GREAT AGAIN!

**3.92k** ReTruths  **12.2k** Likes                    May 23, 2024, 12:09 AM

# EXHIBIT 1D



# EXHIBIT 1E

