# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2025

Jay Bratt
DOJ-NSD
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

Joseph Patrick Cooney
DOJ-CRM
Criminal Division
1400 NEW YORK AVE NW
12th Floor
WASHINGTON, DC 20005

Julie Edelstein
U.S. Department of Justice
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

David Vincent Harbach II
DOJ-OSC
950 PENNSYLVANIA AVE NW ROOM B-206
WASHINGTON, DC 20530

Anne P. McNamara
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Mr. James I. Pearce
U.S. Attorney General's Office
950 PENNSYLVANIA AVE NW
1250
WASHINGTON, DC 20530-0001

John M. Pellettieri
DOJ-Crm
Criminal Division, Appellate Section

FILED BY _____ AP _____ D.C.

**Jan 10, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

David Raskin
U.S. Department of Justice
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

Brett Reynolds
U.S. Department of Justice
Civil Rights Division, Appellate Section
950 PENNSYLVANIA AVE
WASHINGTON, DC 20044

Elizabeth J. Shapiro
U.S. Department of Justice - Civil Division
Federal Programs Branch
PO BOX 883
WASHINGTON, DC 20044-0883

U.S. Attorney Service - Southern District of Florida
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Cecil Woods VanDevender
DOJ-OSC
950 PENNSYLVANIA AVE NW ROOM B-206
WASHINGTON, DC 20530

Appeal Number:  25-10076-G
Case Style:  USA v. Waltine Nauta
District Court Docket No:  9:23-cr-80101-AMC-2

## CRIMINAL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Unless counsel was appointed to represent the appellant, pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in the **District Court** a <u>Transcript Order Form</u> or a certificate stating no transcripts will be ordered. <u>See</u> FRAP 10(b) & the accompanying 11th Cir. IOP.

   *If no transcripts are ordered, appellant's brief is due 40 days after **<u>01/10/2025</u>**, except as otherwise provided by the rules. <u>See</u> 11th Cir. Rules 12-1 and 31-1.*

3. File a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>. <u>See</u> 11th Cir. R. 26.1-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Additional Appellant Requirements</u>

1. Guilty Plea Issue: If any issue concerning a guilty plea will be raised, the appellant must ensure that the record includes the transcript of the guilty plea colloquy and any written plea agreement. <u>See</u> 11th Cir. R. 30-1(a)(13).

2. Sentencing Issue: If any issue concerning the sentence will be raised, the appellant must ensure that the record includes (a) the transcript of the sentencing proceeding, and (b) the presentence investigation report and addenda (under seal in a separate envelope). <u>See</u> 11th Cir. R. 30-1(a)(14).

<u>Appellee Requirements</u>
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a <u>CIP</u> or a notice. <u>See</u> 11th Cir. R. 26.1-1(a)(3).

2. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are

permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Note to Retained Counsel
Eleventh Circuit Rule 46-10(a) states, "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

Motions to Withdraw
Counsel who file a motion to withdraw from a criminal appeal must also comply with 11th Cir. R. 27-1(a)(7), (a)(8). In addition, a motion to withdraw as counsel stays only briefing on appeal; it does not stay other deadlines. See 11th Cir. R. 31-1(b).

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CRIM 1 - Notice of Docketing

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WALTINE NAUTA, and | ) |
| CARLOS DE OLIVEIRA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEAL**

The United States hereby appeals, to the United States Court of Appeals for the

Eleventh Circuit, this Court's Order and temporary injunction of January 7, 2025,  ECF

No. 682.

Dated:  January 9, 2025

Respectfully submitted,

JACK SMITH
Special Counsel
Bar No. 2678084

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General


 _s/ Elizabeth J. Shapiro_
ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
Special Bar ID #A5502352
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044