**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Defendant Waltine Nauta's Unopposed Motion for Extension of Time [ECF No. 723] to Respond to American Oversight's Expedited Motion to Intervene and For Clarification or, Alternatively, Dissolution of January 21, 2025, Order [ECF No. 717] (the "Motion").[1]

Upon review of the Motion, and to ensure an efficient resolution of pending matters, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 723] is **GRANTED**.

2. On or before **March 14, 2025,** Defendants Nauta and De Oliveira shall file a combined response to the pending motions by American Oversight [ECF No. 717] and the Knight First Amendment Institute [ECF No. 721]. The body of the response shall not exceed thirty double-spaced pages.

---

[1] Defendant Carlos De Oliveira subsequently joined Defendant Nauta's Motion [ECF No. 725].

CASE NO. 23-80101-CR-CANNON

3. The United States also shall file a response, not to exceed thirty double-spaced pages, to the pending motions by American Oversight and the Knight First Amendment Institute [ECF Nos. 717, 721], on or before **March 21**, **2025**.

4. The joint status report deadline [ECF No. 714 pp. 13–14] is hereby extended to the same **March 14, 2025**, deadline and must be submitted by all remaining parties to this action, noting any disagreement as applicable.

5. Finally, on or before **March 10, 2025,** the United States shall file an appearance in this matter or indicate which of the present attorneys of record represents the United States' interests in this case going forward.

**ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of February 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record