**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 9:23-cr-80101-AMC**

UNITED STATES OF AMERICA

      Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA

      Defendants.

_____/

FILED BY _____ D.C.

MAR 06 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## <u>CERTIFICATION OF JAMEEL JAFFER</u>

      Jameel Jaffer, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar and the Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

<u>/s/ Jameel Jaffer</u>

Jameel Jaffer
NY Bar #3064201
jameel.jaffer@knightcolumbia.org
475 Riverside Dr. Suite 302
New York, NY 10115
(646) 745-8500