FILING FEE
PAID $150.00
Pro hac Vice 299556  Receipt
Angela E. Noble, Clerk

FILED BY _____ D.C.
MAR 06 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 23-cr-80101-AMC

UNITED STATES OF AMERICA

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Anna Diakun of Knight First Amendment Institute at Columbia University, 475 Riverside Dr. Suite 302, New York, NY 10115, (646) 745-8500, for purposes of appearance as co-counsel on behalf of Knight First Amendment Institute at Columbia University in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Anna Diakun to receive electronic filings in this case, and in support thereof states as follows:

    1.    Anna Diakun is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and the Southern District of New York.

    2.    Movant, David Buckner, Esquire, of the law firm of Buckner & Miles, 2020 Salzedo Street Suite 302, Coral Gables, FL 33134, (786) 523-0481, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Anna Diakun has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Anna Diakun, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Anna Diakun at email address: anna.diakun@knightcolumbia.org.

WHEREFORE, David Buckner, moves this Court to enter an Order for Anna Diakun to appear before this Court on behalf of Knight First Amendment Institute at Columbia University, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Anna Diakun.

Date: March 6, 2025.

Respectfully submitted,

/s/ David Buckner
David M. Buckner, Esq.
Florida Bar No. 60550
david@bucknermiles.com
Buckner & Miles
2020 Salzedo Street Suite 302
Coral Gables, FL 33134
(786) 523-0481

*Attorney for Prospective Intervenor Knight First Amendment Institute at Columbia University*