UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-80101-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.

_____/

**NOTIFICATION OF NINETY DAYS EXPIRING REGARDING
AMERICAN OVERSIGHT'S MOTION TO INTERVENE**

Prospective intervenor American Oversight submits this Notification of Ninety Days Expiring Regarding its Motion to Intervene pursuant to S.D. Fla. L.R. 7.1(b)(4)(B), and states as follows:

    1.    On February 14, 2025, American Oversight filed its Expedited Motion to Intervene and for Clarification or, Alternatively Dissolution of January 21, 2025 Order Granting Defendant's Emergency Motion to Preclude Release of Volume II of Special Counsel's Report. ECF No. 717.

    2.    On March 14, 2025, Former Defendants Waltine Nauta and Carlos De Oliveira filed their response to the Motion to Intervene. ECF No. 739.

    3.    On March 24, 2025, the United States filed its response to the Motion to Intervene. ECF No. 740.

    4.    On March 31, 2025, American Oversight filed its Reply to the former defendants and to the United States. ECF No. 746.

    5.    To date, there has not been a ruling on American Oversight's Motion to Intervene, and 90 days have elapsed since American Oversight filed its Reply.

WHEREFORE, American Oversight respectfully notifies the Court that its Motion to Intervene is ripe for adjudication.

Dated: July 10, 2025

Respectfully Submitted,

/s/ Barbara R. Llanes
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

LOREE STARK (*pro hac vice*)
loree.stark@americanoversight.org
ELIZABETH HADDIX (*pro hac vice*)
elizabeth.haddix@americanoversight.org
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
Telephone: (304) 913-6114

*Counsel for non-party American Oversight*