UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-80101-CANNON

UNITED STATES OF AMERICA

v.

WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        **Defendants.**
_____/

## NOTICE OF APPEARANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned matter.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Manolo Reboso*
Manolo Reboso
Assistant United States Attorney
Florida Bar No. 75397
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9091
Email: Manolo.Reboso@usdoj.gov