UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WALTINE NAUTA, *et ano.*,<br><br>Defendants. | Case No. 23-80101-CR<br>CANNON/REINHART |

**AMENDED NOTICE OF APPEARANCE**

Please take notice that the undersigned counsel previously filed a Notice of Appearance for President Donald J. Trump, in his individual capacity, on June 21, 2024. ECF No. 636. Undersigned counsel hereby amends the appearance to update the contact information as follows:

    Kendra L. Wharton
    Florida Bar No. 1048540
    WHARTON LAW PLLC
    500 S. Australian Ave., Ste. 600-1139
    West Palm Beach, FL 33401
    k.wharton@whartonlawpllc.com
    (561) 247-5279

Please update your records accordingly, and serve all notices, orders, electronic notifications and correspondence at the updated address and email address above.

Dated: December 2, 2025            Respectfully submitted,

                                           */s/ Kendra L. Wharton*
                                           Kendra L. Wharton
                                           Florida Bar No. 1048540
                                           WHARTON LAW PLLC
                                           500 S Australian Ave, Ste 600-1139
                                           West Palm Beach, FL 33401
                                           k.wharton@whartonlawpllc.com
                                           (561) 247-5279

                                           *Counsel for President Donald J. Trump*

## CERTIFICATE OF ELECTRONIC SERVICE

I, Kendra L. Wharton, hereby certify that a true and correct copy of the above and foregoing document was served on December 2, 2025, on all counsel of record via the Court's CM/ECF system.

*/s/ Kendra L. Wharton*
Kendra L. Wharton
