# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,

       *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

       *Defendants*.

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE*

Attorney Gene C. Schaerr of the law firm Schaerr Jaffe LLP, admitted to practice in this matter *pro hac vice,* respectfully moves to withdraw his appearance as counsel for *Amici Curiae* Former United States Attorney General Edwin Meese III, Professors of Law Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation. All parties consent to the withdrawal. *Amici* continue to be represented by attorney Edward H. Trent of Schaerr Jaffe LLP.

February 26, 2026

       Respectfully submitted,

       */s/ Edward H. Trent*
       GENE C. SCHAERR*
       EDWARD H. TRENT (FSB #957186)
       *Counsel of Record*
       SCHAERR | JAFFE LLP
       1717 K Street NW, Suite 900
       Washington, DC 20006
       (202) 787-1060
       gschaerr@schaerr-jaffe.com
       etrent@schaerr-jaffe.com

       *Admitted pro hac vice

       *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2026, I caused a true and correct copy of the foregoing to be served via ECF on all parties and counsel of record in this matter.

*/s/ Edward H. Trent*
Edward H. Trent