UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON

CASE NO.: 23-CR-80101-AMC

UNITED STATES OF AMERICA,
     Plaintiff,

v.

DONALD J. TRUMP, WAULTINE NAUTA,
and CARLOS DE OLIVEIRA
                                     /

## NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Joint Motion to Intervene to Seek Stay, entered on February 23, 2026 (Docket Entry 780).

Date: March 2, 2026

Respectfully submitted,

/s/
David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

Scott Wilkens*  
Jameel Jaffer*  
Alexander Abdo*  
Knight First Amendment Institute  
   at Columbia University  
475 Riverside Drive, Suite 302–304  
New York, NY 10115  
scott.wilkens@knightcolumbia.org  
(646) 745-8500  

*admitted pro hac vice  

*Counsel for Prospective Intervenor*

## **CERTIFICATE OF SERVICE**

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal electronically with the Clerk of the Court using CM/ECF for the United States District Court for the Southern District of Florida on March 2, 2026.

                                        Respectfully submitted,

                                        /s/
                                        David M. Buckner Esq.
                                        Florida Bar No.: 60550
                                        Buckner + Miles
                                        2020 Salzedo Street
                                        Suite 302
                                        Coral Gables FL 33134
                                        Phone: (305) 964-8003
                                        david@bucknermiles.com