UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80101-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,
v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that American Oversight, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Motion to Intervene, entered on February 23, 2026 (ECF No. 780).

[SIGNATURE ON THE NEXT PAGE]

Dated: March 2, 2026

Respectfully Submitted,

*/s/ Barbara R. Llanes*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


ELIZABETH HADDIX *(pro hac vice forthcoming)*
elizabeth.haddix@americanoversight.org
LOREE STARK *(pro hac vice forthcoming)*
loree.stark@americanoversight.org
AMERICAN OVERSIGHT
1030 15th Street, NW, B255
Washington, D.C. 20005
Telephone: 202-869-5246

*Counsel for Non-Party American Oversight*