**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 23-CR-80101-AMC**

UNITED STATES OF AMERICA,
          Plaintiff,
     v.
DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA,
          Defendants.

**NOTICE OF WITHDRAWAL OF**
**KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY'S**
**TRANSCRIPT ORDER FORM [D.E. 788]**

Prospective Intervenor, Knight First Amendment Institute at Columbia University by and through undersigned counsel hereby gives notice of and withdraws its *Transcript Order Form [D.E. 788].* Corrected *Transcript Order Form [D.E. 789]* has been filed.

Dated: February 9, 2026          Respectfully submitted,

                             /s/ *David Buckner*
                           David Buckner
                           Florida Bar No.: 60550
                           Buckner + Miles
                           2020 Salzedo Street, Suite 302
                           Coral Gables FL 33134
                           Phone: (305) 964-8003
                           david@bucknermiles.com

                           Scott Wilkens (*pro hac vice*)
                           Alex Abdo (*pro hac vice*)
                           Jameel Jaffer (*pro hac vice*)
                           Knight First Amendment Institute
                            at Columbia University
                           475 Riverside Drive, Suite 302
                           New York, N.Y. 10115
                           Phone: (646) 745-8500
                           scott.wilkens@knightcolumbia.org

## CERTIFICATE OF SERVICE

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Withdrawal

on March 16, 2026, via CM/ECF, through which service will be made on all parties in this matter.

Dated: March 16, 2026                    Respectfully submitted,

                                         /s/ *David Buckner*
                                         David Buckner
                                         Buckner + Miles
                                         2020 Salzedo Street
                                         Suite 302
                                         Coral Gables FL 33134
                                         (305) 964-8003

                                         *Counsel for Prospective Intervenor Knight*
                                         *First Amendment Institute at Columbia*
                                         *University*