FILED BY_____AP_____D.C.

Apr 14, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10674

_____

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA
UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

*versus*

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

DONALD J. TRUMP,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

_____

ORDER:

Appellant Knight First Amendment Institute at Columbia
University ("Knight Institute") did not sign its notice of appeal, as
required by Fed. R. Crim. P. 49(b)(4). While this is not a

2                           Order of the Court                           26-10674

jurisdictional defect, it is nevertheless one that must be corrected for Knight Institute's appeal to proceed.  *See Becker v. Montgomery*, 532 U.S. 757, 760-65 (2001).

Accordingly, Knight Institute is DIRECTED to file a signed notice of appeal in the district court within fourteen days.  Failure to comply with this order will result in the dismissal of Knight Institute's appeal without further notice.  *See* 11th Cir. R. 42-1(b).

The Clerk is DIRECTED to provide a copy of this Order to the district court.  The district court shall transmit to this Court any signed notice of appeal filed in compliance with this Order.

/s/ Andrew L. Brasher

UNITED STATES CIRCUIT JUDGE