UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON

CASE NO.: 23-CR-80101-AMC

UNITED STATES OF AMERICA,
      Plaintiff,

v.

DONALD J. TRUMP, WAULTINE NAUTA,
and CARLOS DE OLIVEIRA

_____/

## NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Joint Motion to Intervene to Seek Stay, entered on February 23, 2026 (Docket Entry 780).

[Signature on the next page}

Date: March 2, 2026

Respectfully submitted,

David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

Scott Wilkens*
Jameel Jaffer*
Alexander Abdo*
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
scott.wilkens@knightcolumbia.org
(646) 745-8500

*admitted pro hac vice

*Counsel for Prospective Intervenor*

## CERTIFICATE OF SERVICE

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal

electronically with the Clerk of the Court using CM/ECF for the United States District Court for

the Southern District of Florida on March 2, 2026.


Respectfully submitted,


David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com