**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

**UNITED STATES OF AMERICA,**

     Plaintiff,

v.

**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

     Defendants.

_____/

**MOTION FOR LEAVE TO FILE**
**NOTICE OF ALLEGED VIOLATION OF COURT ORDER**

Comes now the United States of America, by and through the undersigned United States Attorney for the Northern District of Florida, and respectfully moves this Honorable Court, pursuant to Rule 49(c) of the Rules of Criminal Procedure, to grant leave to file the attached Notice of Alleged Violation of Court Order.

This filing is made in fulfillment of the duty of candor to this Honorable Court required by Rule 11.1(c) of the Local Rules of the United States District Court for the Southern District of Florida and Rule 4-3.3 of the Rules Regulating

the Florida Bar.  It is not intended to serve as a notice of appearance by the

undersigned in this matter.

Respectfully submitted,

_____
JOHN P. HEEKIN
United States Attorney
Northern District of Florida
Florida Bar No. 94658
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

2