UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cr-80101-AMC

UNITED STATES OF AMERICA

Plaintiff,

vs.

TRUMP, NAUTA, and DE OLIVEIRA

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully submits the following Notice of Appearance in the above-captioned case notifying all interested persons that Assistant United States Attorney Courtney E. Albini shall appear on behalf of the United States in this matter.

Respectfully submitted,

JASON QUIÑONES REDING
UNITED STATES ATTORNEY

*/s/Courtney E. Albini*
Courtney E. Albini
Assistant United States Attorney
Special No. A5503494
99 N.E. 4th Street
Miami, Florida 33132-2111
(Cell) 786-338-6771
Courtney.Albini3@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on the 29th day of September, 2026, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record through CM/ECF.

*/s/ Courtney E. Albini*
Courtney E. Albini
Assistant United States Attorney